1 Charles S. Bishop, CSB No. 99335
cbishop@connbish.com
2 Connor & Bishop
44 Montgomery Street, Suite 1750
3 San Francisco, CA 94104
Telephone 415.434.3006
4 Facsimile 415.434.1445

5 Attorney for Plaintiffs

ORIGINAL FILED 2010 APR 30 P 4: 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV 10 1897 SC

JASON BAKER, SEAN BOSQUETT, FRANK BACHMAN, PAUL GRAHAM, and PAUL VANNATTA, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SONY COMPUTER ENTERTAINMENT AMERICA, LLC successor to SONY COMPUTER ENTERTAINMENT AMERICA, INC.

Defendant.

**CLASS ACTION**

PLAINTIFFS' NOTICE OF RELATED CASE

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, plaintiffs state that the following is or may be related to the instant matter:

- Anthony Ventura v. Sony Computer Entertainment America, Inc., United States District Court; Northern District of California Action No. CV 10 1811 EMC.

---

CLASS ACTION PLAINTIFFS' NOTICE OF RELATED CASE

Baker v. Sony Computer Entertainment       Page -1-

1  This instant matter may qualify as a "related case" to the above-referenced action because each
2  plaintiff has alleged that SONY COMPUTER ENTERTAINMENT AMERICA, LLC successor
3  to SONY COMPUTER ENTERTAINMENT AMERICA, INC. engaged in improper business
4  practices relating to PlayStation 3 game consoles, to their damage. Each plaintiff seeks to
5  represent a class of all similarly situated persons.

7  Dated: April 30, 2010                     CONNOR & BISHOP

9                                       By:  _____
                                             Charles S. Bishop
10                                           Attorneys for Plaintiffs

---

CLASS ACTION PLAINTIFFS' NOTICE OF RELATED CASE

Baker v. Sony Computer Entertainment            Page -2-