LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
GEORGE J. GIGOUNAS, Bar No. 209334
george.gigounas@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DEBORAH E. MCCRIMMON, Bar No. 229769
deborah.mccrimmon@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC (erroneously sued herein as
SONY COMPUTER ENTERTAINMENT
AMERICA INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY VENTURA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendant. | CASE NO.  3:10-CV-01811-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

/////

/////

/////

/////

/////

/////

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party, Sony Computer Entertainment America LLC, erroneously sued herein as Sony Computer Entertainment America Inc., hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 17, 2010

DLA PIPER LLP (US)

By     /s/ Deborah E. McCrimmon
DEBORAH E. MCCRIMMON
Attorneys for Defendant
Sony Computer Entertainment America LLC