**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## May 19, 2010

CASE NUMBER:  CV 10-01811 EMC
CASE TITLE:  ANTHONY VENTURA-v-SONY COMPUTER ENTERTAINMENT

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable RICHARD SEEBORG**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/19/10

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 5/19/10AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA