| | |
|---|---|
| 1 | LUANNE SACKS, Bar No. 120811 |
|  | luanne.sacks@dlapiper.com |
| 2 | GEORGE J. GIGOUNAS, Bar No. 209334 |
|  | george.gigounas@dlapiper.com |
| 3 | CARTER W. OTT, Bar No. 221660 |
|  | carter.ott@dlapiper.com |
| 4 | DEBORAH E. MCCRIMMON, Bar No. 229769 |
|  | deborah.mccrimmon@dlapiper.com |
| 5 | DLA PIPER LLP (US) |
|  | 555 Mission Street, Suite 2400 |
| 6 | San Francisco, CA  94105 |
|  | Tel:  415.836.2500 |
| 7 | Fax:  415.836.2501 |

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC (erroneously sued herein as "Sony Computer Entertainment America Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY VENTURA, on behalf of himself and all others similarly situated, | CASE NO.  3:10-CV-01811 |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | |
| Defendant. | |

The parties hereto stipulate, by and through their respective counsel, that Defendant Sony Computer Entertainment America LLC (erroneously sued herein as "Sony Computer Entertainment America Inc.") shall have a forty (40) day extension of time to respond to the Complaint on file herein, to and including June 29, 2010.

Dated: _____

DLA PIPER LLP (US)

By: /s/ _____
      GEORGE J. GIGOUNAS

Attorneys for Defendant
Sony Computer Entertainment America LLC

Dated: _____

CARTON & EBERZ P.C.

By: /s/ _____
      REBECCA COLL

Attorneys for Plaintiff
Anthony Ventura, on behalf of himself
and all others similarly situated

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DLA PIPER LLP (US)

By: /s/ _____
      GEORGE J. GIGOUNAS

Attorneys for Defendant
Sony Computer Entertainment America LLC