| | |
|---|---|
| 1 | BRUCE L. SIMON (Bar No. 96241) |
| | bsimon@pswplaw.com |
| 2 | **PEARSON, SIMON, WARSHAW & PENNY, LLP** |
| | 44 Montgomery Street, Suite 2450 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 433-9000 |
| 4 | Facsimile: (415) 433-9008 |
| 5 | MICHAEL P. LEHMANN (Bar No. 77152) |
| | mlehmann@hausfeldllp.com |
| 6 | **HAUSFELD LLP** |
| | 44 Montgomery Street, Suite 3400 |
| 7 | San Francisco, California 94104 |
| | Telephone: (415) 633-1908 |
| 8 | Facsimile: (415) 358-4980 |
| 9 | Attorneys for Plaintiff Jonathan Huber and All Others Similarly Situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHONY VENTURA, on behalf of himself and all others similarly situated, | Case No. 10-cv-1811-RS |
| Plaintiff, | **[PROPOSED] ORDER:** |
| | **(1) CONSOLIDATING CASES** |
| vs. | **(2) APPOINTING HAUSFELD LLP AND PEARSON, SIMON, WARSHAW, AND PENNY LLP AS CO-LEAD COUNSEL** |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | **(3) APPOINTING EXECUTIVE COMMITTEE** |
| Defendant. | Date: July 8, 2010 |
| | Time: 1:30 |
| | Crtrm.: 3 |
| | The Honorable Richard Seeborg |
| This document also relates to: | |
| TODD DENSMORE and ANTAL HERZ, on behalf of themselves and all others similarly situated, | Case No. 10-cv-1945-RS |
| | The Honorable Richard Seeborg |
| Plaintiffs, | |
| vs. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation, | |
| Defendant. | |

814873.1                                                                10-cv-1811-RS

**PROPOSED ORDER: (1) CONSOLIDATING CASES (2) APPOINTING HAUSFELD LLP & PEARSON, SIMON, WARSHAW & PENNY, LLP AS CO-LEAD COUNSEL; (3) APPOINTING EXECUTIVE COMM.**

| | | |
|---|---|---|
| 1 | This document also relates to: | |
| 2 | JASON BAKER, SEAN BOSQUETT, FRANK BACHMAN, PAUL GRAHAM, and PAUL VANNATA, Individually and on Behalf of All Others Similarly Situated, | Case No. 10-cv-1897-RS |
| 3 | | The Honorable Richard Seeborg |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | vs. | |
| 7 | SONY COMPUTER ENTERTAINMENT AMERICA, LLC successor to SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| 8 | | |
| 9 | Defendant. | |
| 10 | This document also relates to: | |
| 11 | KEITH WRIGHT, on behalf of himself and all others similarly situated, | Case No. 10-cv-1975-RS |
| 12 | | The Honorable Richard Seeborg |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | SONY COMPUTER ENTERTAINMENT AMERICA INC.; and SONY COMPUTER ENTERTAINMENT AMERICA, LLC., | |
| 16 | | |
| 17 | Defendants. | |
| 18 | This document also relates to: | |
| 19 | JONATHAN HUBER, on Behalf of Himself and All Others Similarly Situated, | Case No. 10-cv-2213 DMR |
| 20 | | The Honorable Donna M. Ryu |
| 21 | Plaintiff, | |
| 22 | vs. | |
| 23 | SONY COMPUTER ENTERTAINMENT AMERICA, LLC, formerly SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation, | |
| 24 | | |
| 25 | Defendant. | |

814873.1                                                                                                        10-cv-1811-RS

**PROPOSED ORDER: (1) CONSOLIDATING CASES (2) APPOINTING HAUSFELD LLP & PEARSON, SIMON, WARSHAW & PENNY, LLP AS CO-LEAD COUNSEL; (3) APPOINTING EXECUTIVE COMM.**

On June 24, 2010, at 1:30 am, the Court heard the motion of Plaintiff Jonathan Huber ("Plaintiff") for an order: (1) consolidating cases; (2) appointing Hausfeld LLP and Pearson, Simon, Warshaw & Penny, LLP as Interim, Co-Lead Counsel; and (3) appointing an executive committee. Having reviewed the parties' papers and heard oral argument, and good cause appearing, the Court GRANTS Plaintiff's motion.

IT IS HEREBY ORDERED:

1. The following cases are consolidated:

- *Ventura v. Sony Computer Entertainment America Inc.*, 10-cv-1811-RS;
- *Densmore, et al. v. Sony Computer Entertainment America, Inc.*, 10-cv-1945-RS;
- *Baker, et al. v. Sony Computer Entertainment America, LLC*, 10-cv-1897-RS;
- *Wright v. Sony Computer Entertainment America Inc. et al.*, 10-cv-1975-RS;
- *Harper, et al. v. Sony Computer Entertainment of America, Inc.,* 10-cv-2197-JL; and
- *Huber v. Sony Computer Entertainment America LLC*, 10-cv-2213-DMR.

The Court finds that these cases involve common questions of law and fact, pursuant to Fed. R. Civ. P. 42.

2. Pursuant to Fed. R. Civ. P. 23(g)(3), Hausfeld LLP and Pearson, Simon, Warshaw & Penny, LLP are appointed Interim, Co-Lead Counsel based on the firms': (1) work in identifying or investigating potential claims in the action; (2) experience in handling class actions, other complex litigation, and claims of the type asserted in the action; (3) knowledge of the applicable law; and (4) resources the firms will commit to representing the class. Hausfeld LLP and Pearson, Simon, Warshaw & Penny, LLP shall have responsibility for and authority over the following matters on behalf of all Plaintiffs in the Consolidated Action:

    a. Determining and presenting in motions, briefs, oral argument or such other fashion as may be appropriate, the position of all of the Plaintiffs as to all matters arising during all pretrial and trial proceedings;

    b. Conducting or coordinating discovery on behalf of the Plaintiffs consistent

with the Federal Rules of Civil Procedure, including the preparation of joint interrogatories, requests for production of documents, requests for admissions and the examination of witnesses in depositions;

c. Communicating with the Court;

d. Communicating with defense counsel;

e. Directing, supervising and monitoring the activities of Plaintiffs' counsel and implementing procedures to ensure that schedules are met and unnecessary expenditures of time and funds by counsel are avoided;

f. Signing any consolidated complaint, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of all Plaintiffs or those plaintiffs filing the particular papers;

g. Conducting all pre-trial proceedings on behalf of all Plaintiffs

h. Employing and consulting with experts;

i. Calling meetings of all Plaintiffs' counsel when appropriate;

j. Conducting settlement discussions with defense counsel on behalf of the Plaintiffs and the putative class;

k. Informing all Plaintiffs and Plaintiffs' counsel of the progress of this litigation as necessary;

l. Making all work assignments to Plaintiffs' counsel in such a manner as to promote the orderly and efficient prosecution of this litigation and to avoid unnecessary duplication and unproductive efforts for all parties;

m. Ensuring that work assignments to all Plaintiffs' counsel are made in the best interests of the Plaintiffs and the proposed class, and are made on the basis of the qualifications and expertise of the persons assigned particular tasks or responsibilities, counsel's knowledge of the law, facts and issues, efficiency and cost-effectiveness;

n. Assessing Plaintiffs' counsel's common litigation costs in proportion to the work performed by counsel and to collect all assessments on a regular

basis;

    o.    Collecting and reviewing time, lodestar and expense reports from each Plaintiff's Counsel, including paralegals and any other staff members; and

    p.    Otherwise coordinating the work of all Plaintiffs' counsel, and performing such other duties as necessary or as authorized by further order of the Court.

3. Pursuant to Fed. R. Civ. P. 23(g)(3), the Court appoints the following firms to work on an Executive Committee with the Interim, Co-Lead Counsel:_____

_____

_____

IT IS SO ORDERED.

 

_____
Judge Richard Seeborg
United States District Court

814873.1    3    10-cv-1811-RS

**PROPOSED ORDER: (1) CONSOLIDATING CASES (2) APPOINTING HAUSFELD LLP & PEARSON, SIMON, WARSHAW & PENNY, LLP AS CO-LEAD COUNSEL; (3) APPOINTING EXECUTIVE COMM.**