**United States District Court**
For the Northern District of California

**\*E-Filed 5/28/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY VENTURA, | Case No. C 10-1811 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The motions to consolidate and to appoint lead counsel, presently set for hearing on June 24, 2010 and July 8, 2010 (Dkt. Nos. 11, 27, 32, 38, and 45), shall instead all be heard **July 15, 2010, at 1:30 p.m.**

Dated:   5/28/10

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Corinne Lew
Courtroom Deputy Clerk