1   LUANNE SACKS, Bar No. 120811
    luanne.sacks@dlapiper.com
2   GEORGE J. GIGOUNAS, Bar No. 209334
    george.gigounas@dlapiper.com
3   CARTER W. OTT, Bar No. 221660
    carter.ott@dlapiper.com
4   DEBORAH E. MCCRIMMON, Bar No. 229769
    deborah.mccrimmon@dlapiper.com
5   DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
6   San Francisco, CA  94105
    Tel:  415.836.2500
7   Fax:  415.836.2501

8   Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT
9   AMERICA LLC

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14

15  KEITH WRIGHT, on behalf of himself        CASE NO.  3:10-CV-01975-RS
    and all others similarly situated,
16                                            **STIPULATION EXTENDING TIME TO**
                Plaintiff(s),                 **RESPOND TO COMPLAINT**
17
           v.
18
    SONY COMPUTER ENTERTAINMENT
19  AMERICA LLC,

20              Defendant.

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21973825.2

-1-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:10-CV-01975-RS

1    The parties hereto stipulate, by and through their respective counsel, that Defendant Sony

2   Computer Entertainment America LLC shall have an extension of time to and including July 29,

3   2010 to respond to the Complaint on file herein.

4

5   Dated: _____, 2010

6                                                        DLA PIPER LLP (US)

7                                                        By: /s/
                                                             _____
8                                                              DEBORAH E. MCCRIMMON

9                                                        Attorneys for Defendant
                                                         Sony Computer Entertainment America LLC

10
    Dated: _____, 2010
11
                                                         CALVO & CLARK, LLP.
12

13                                                       By: /s/
                                                             _____
14                                                             JAMES A. QUADRA

15                                                       Attorneys for Plaintiff
                                                         Keith Wright, on behalf of himself and all
16                                                       others similarly situated

17
                                    **SIGNATURE ATTESTATION**
18
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19
    "conformed" signature (/S/) within this efiled document.
20

21  DLA PIPER LLP (US)

22
    By: /s/
23      _____
        DEBORAH E. MCCRIMMON
24
    Attorneys for Defendant
25  Sony Computer Entertainment America LLC

26

27

28