LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
GEORGE J. GIGOUNAS, Bar No. 209334
george.gigounas@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DEBORAH E. MCCRIMMON, Bar No. 229769
deborah.mccrimmon@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON BAKER, SEAN BOSQUETT, FRANK BACHMAN, PAUL GRAHAM, and PAUL VANNATTA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, successor to SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>    Defendant. | CASE NO.  3:10-CV-01897-RS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The parties hereto stipulate, by and through their respective counsel, that Defendant Sony Computer Entertainment America LLC shall have an extension of time to and including July 29, 2010 to respond to the Complaint on file herein.

Dated: _____

DLA PIPER LLP (US)

By: /s/ _____
      GEORGE J. GIGOUNAS

Attorneys for Defendant
Sony Computer Entertainment America LLC

Dated: _____

CONNOR & BISHOP

By: /s/ _____
      CHARLES S. BISHOP

Attorneys for Plaintiffs
Jason Baker, Sean Bosquett, Frank Bachman,
Paul Graham, and Paul Vannatta, Individually
and on behalf of all others similarly situated

### **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DLA PIPER LLP (US)

By: /s/ _____
      GEORGE J. GIGOUNAS

Attorneys for Defendant
Sony Computer Entertainment America LLC