*E-Filed 7/21/10*

James A. Quadra (SBN 131084)
jquadra@calvoclark.com
**CALVO & CLARK, LLP**
One Lombard Street, Second Floor
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

James Pizzirusso
jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Sony PS3 "Other OS" Litigation | Case No. CV-10-1811-RS <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Local Rule 6-2, IT IS HEREBY STIPULATED as follows:

WHEREAS, the Court, by order dated June 30, 2010, consolidated the seven actions entitled *Ventura v. Sony Computer Entertainment America, Inc.*, Case No. CV-10-01811-RS; *Baker, et al. v. Sony Computer Entertainment America, LLC,* Case No. CV-10-01897-RS; *Densmore, et al. v. Sony Computer Entertainment America, Inc.*, Case No. CV-10-1945-RS; *Wright v. Sony Computer Entertainment, Inc., et al.*, Case No. CV-10-01975-RS; *Huber v. Sony Computer Entertainment America, LLC*, Case No. CV-10-02213-RS; *Harper, et al. v. Sony Computer Entertainment, Inc.*, Case No. CV-10-02197-RS; and *Benavides v. Sony Computer Entertainment America, Inc.*, Case No. CV-10-02612-RS and appointed Interim Co-Lead Counsel.  Dkt. No. 12.

1    WHEREAS, Plaintiffs' Consolidated Class Action Complaint ("Complaint") is due on or before July 30, 2010.

2    WHEREAS, Defendant's answer or response to the Complaint is due on or before 30 days after the filing and service of the Complaint.

3    WHEREAS, the initial Case Management Conference is scheduled for September 9, 2010.

4    WHEREAS, Plaintiffs' counsel has a scheduling conflict on September 9, 2010.

5    WHEREAS, the parties have agreed to additional time to complete Initial Disclosures;

6    WHEREAS, there have been no previous time modifications in the case.

7    WHEREAS, all served parties, through their respective counsel have stipulated to the terms provided herein.

**IT IS HEREBY AGREED TO AS FOLLOWS:**

1. The initial Case Management Conference shall be rescheduled for September 2, 2010 at 10:00 a.m. or a date after September 27, 2010, that is convenient for the Court. The parties will hold their Rule 26(f) conference on or before August 17, 2010. A Joint Case Management Statement is due ten days prior to the Case Management Conference.

2. The parties will exchange initial disclosures on or before September 20, 2010.

Dated: July 20, 2010          FINKELSTEIN THOMPSON LLP

                              /s/ Rosemary M. Rivas
                              Rosemary M. Rivas

Dated: July 20, 2010          CALVO & CLARK, LLP

                              /s/James Calvo
                              James Calvo

Dated: July 20, 2010          HAUSFELD LLP

                              /s/ James Pizzirusso
                              James Pizzirusso

                              *Interim Co-Lead Counsel for Plaintiffs*

2
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CMC
CASE NO. CV-10-01811-RS

Dated: July 20, 2010             DLA PIPER LLP (US)

                                         /s/ Luanne Sacks
                                         Luanne Sacks

*Counsel for defendant Sony Computer Entertainment America LLC*

I, Rosemary M. Rivas, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that James Calvo, James Pizzirusso, and Luann Sacks have concurred in this filing.

Dated: July 20, 2010             /s/ Rosemary M. Rivas
                                         Rosemary M. Rivas

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** the Initial Case Management Conference shall be rescheduled for 9/2/10 at 10:00 a.m. The parties shall submit a Joint Case Management Conference Statement ten days before the conference. It is further ordered that the parties will exchange initial disclosures on or before September 20, 2010.

Dated: 7/21/10

                                         HONORABLE RICHARD SEEBORG
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CMC
CASE NO. CV-10-01811-RS