*E-Filed 8/24/10*

1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
3  GEORGE J. GIGOUNAS, Bar No. 209334
   george.gigounas@dlapiper.com
4  DEBORAH E. MCCRIMMON, Bar No. 229769
   deborah.mccrimmon@dlapiper.com
5  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
6  San Francisco, CA  94105
   Tel:  415.836.2500
7  Fax:  415.836.2501

8  Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT
9  AMERICA LLC (erroneously sued as "Sony
   Computer Entertainment America Inc.")
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15
   In re SONY PS3 "OTHER OS"          CASE NO.  3:10-CV-01811
16 LITIGATION
                                      **STIPULATION AND [PROPOSED]**
17                                    **ORDER TO EXTEND TIME**

18                                    Judge:      Hon. Richard Seeborg
                                      Dept:       Courtroom 3
19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
                    WEST\222261219.1

1      Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

2  and agreed by Plaintiffs and defendant Sony Computer Entertainment America LLC ("SCEA"),

3  by and through their attorneys of record, as follows:

4      The parties formerly stipulated and the Court entered an Order providing that SCEA

5  would file a response to Plaintiffs' Consolidated Class Action Complaint (the "Complaint") on or

6  before thirty days after the filing and service of the Complaint.  *See* Docket #64.  Plaintiffs filed

7  their Complaint on July 30, 2010.  *See* Docket #76.  Accordingly, as a result of the parties'

8  stipulation, SCEA's deadline to respond to the Complaint is currently August 29, 2010.

9      To provide SCEA with additional time in which to respond to the Consolidated Class

10  Action Complaint, the parties have stipulated to extend SCEA's deadline to respond to September

11  10, 2010.  Since certain of Plaintiffs' co-lead counsel will be on vacation at the time SCEA files

12  its response, Plaintiffs shall have 30 days to file opposition briefs should SCEA file any

13  dispositive motions or a motion to strike and the parties shall meet and confer as to a hearing date.

14  The parties agree that discovery will not be stayed pending the resolution of SCEA's motions.

15  IT IS SO STIPULATED.

16  Dated:  August 19, 2010

17                                              DLA PIPER LLP (US)

18

19                                              By:  /s/ Carter Ott
                                                    CARTER W. OTT
20                                                  Attorneys for Defendant
                                                    SONY COMPUTER ENTERTAINMENT
21                                                  AMERICA LLC

22  Dated:  August 19, 2010

23                                              CALVO & CLARK LLP

24

25                                              By:  /s/ James A. Quadra
                                                    JAMES A. QUADRA
26                                                  Interim Co-Lead Counsel and Counsel for
                                                    Plaintiffs

27

28

1  Dated:  August 19, 2010

2                                                   FINKELSTEIN THOMPSON LLP

3
                                                    By: /s/ Rosemary M. Rivas
4                                                       ROSEMARY M. RIVAS
                                                        Interim Co-Lead Counsel and Counsel for
5                                                       Plaintiffs

6
   Dated:  August 19, 2010
7
                                                    HAUSFELD LLP
8

9                                                   By: /s/ James Pizzirusso
                                                        JAMES PIZZIRUSSO
10                                                      Interim Co-Lead Counsel and Counsel for
                                                        Plaintiffs
11

12

13      I, Carter Ott, am the ECF user whose ID and password are being used to file this

14 STIPULATION TO EXTEND TIME.  In compliance with General Order 45, X.B., I hereby attest

15 that James Quadra, Rosemary Rivas, and James Pizzirusso have concurred in this filing.

16                                          **ORDER**

17      Defendant Sony Computer Entertainment America LLC's deadline to respond to

18 Plaintiffs' Consolidated Class Action Complaint is hereby extended to September 10, 2010.  The

19 parties shall meet and confer as to a hearing date and Plaintiffs shall have 30 days to file any

20 opposition briefs.  Discovery will not be stayed pending the resolution of any SCEA's motions.

21 IT IS SO ORDERED

22 DATED: ___8/24/10___, 2010

23                                          By _____
                                               HONORABLE RICHARD SEEBORG
24                                             United States District Judge

25

26

27

28