UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  11/4/10                                             **Time in Court: 1 hour**

**Case No.:** C 10-1811 RS

**Case Title:** Anthony Ventura, et al.,   v.  Sony Computer Entertainment America, Inc.

**Appearances:**
   For Plaintiff(s): James Pizzirusso, Rosemary Rivas, Daniel Warshaw, James Quadra

   For Defendant(s:)Luanne Sacks, Carter Ott

**Deputy Clerk:** Corinne Lew              **Court Reporter:** Kathy Sullivan

## *PROCEEDINGS*

Defendant's Motion to Strike and Motion to Dismiss

MOTION/MATTER:  ( ) Granted
                ( ) Denied request for Preliminary Injunction.
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:


Order to be prepared by:       ( ) Plaintiff    ( ) Defendant    **(X ) Court**