1 LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
2 CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
3 DLA PIPER LLP (US)
555 Mission Street, Suite 2400
4 San Francisco, CA 94105
Tel: 415.836.2500
5 Fax: 415.836.2501

6 Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
7 AMERICA LLC (erroneously sued as "Sony
Computer Entertainment America Inc.")
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 3:10-CV-01811 (EMC) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
|---|---|

1     IT IS HEREBY STIPULATED AS FOLLOWS:

2     WHEREAS, the parties have reached an impasse regarding several discovery issues that
3 now require the Court's resolution. Specifically, the parties have met and conferred without
4 success regarding multiple outstanding discovery items. Consequently, Defendant Sony
5 Computer Entertainment America LLC ("SCEA") will move to compel testimony, information
6 and production of documents and things by Plaintiffs, and Plaintiffs' Initial Disclosures; and
7 conversely, Plaintiffs will file a motion to compel and seek a protective order regarding certain
8 discovery sought by SCEA (collectively, the "Discovery Motions").

9     WHEREAS, to expedite these disputes so as not to avoid further delay, the parties have
10 agreed to the following expedited briefing schedule regarding the Discovery Motions, subject to
11 the Court's approval.

12     IT IS HEREBY AGREED TO AS FOLLOWS:

13     The parties' pending discovery disputes will be briefed and heard pursuant to the
14 following schedule:

15         <u>December 15, 2010:</u>  Discovery Motions filed and served.

16         <u>January 14, 2011:</u>  Opposition Briefs filed and served.

17         <u>January 26, 2011:</u>  Reply Briefs filed and served.

18         <u>February 9, 2011, 10:30 a.m.:</u>  Hearing regarding Discovery Motions.

19     Should the Court set a date after February 9, 2011 for hearing on the Discovery Motions,
20 Opposition Briefs must be filed and served 28 days before such hearing date and Reply Briefs
21 must be filed and served 14 days before such hearing date.

Dated: December 13, 2010

                              FINKELSTEIN THOMPSON LLP

                              By:  /s/  Rosemary M. Rivas
                                 Rosemary M. Rivas
                                 *Plaintiffs' Interim Co-Lead Counsel*

Dated: December 13, 2010

CALVO & CLARK, LLP

By: /s/ James Calvo
    James Calvo
    *Plaintiffs' Interim Co-Lead Counsel*

Dated: December 13, 2010

HAUSFELD LLP

By: /s/ James Pizzirusso
    James Pizzirusso
    *Plaintiffs' Interim Co-Lead Counsel*

Dated:  December 13, 2010

DLA PIPER LLP (US)

By: /s/ Luanne Sacks
    Luanne Sacks
    *Counsel for defendant Sony Computer Entertainment America LLC*

I, Luanne Sacks, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation And [Proposed] Order Regarding Briefing Schedule.  I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By:
    Honorable Edward M. Chen
    United States Magistrate Judge