LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC (erroneously sued as "Sony
Computer Entertainment America Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 3:10-CV-01811 RS (EMC) <br><br> **DECLARATION OF CARTER OTT IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL** <br><br> Date: February 9, 2011 <br> Time: 10:30 a.m. <br> Judge: Hon. Edward M. Chen <br> Courtroom: C |

DLA PIPER LLP (US)

WEST\222848721.1

DECL. OF CARTER OTT ISO DEF'S MOTION TO COMPEL
CASE NO. 3:10-CV-01811 RS (EMC)

I, Carter Ott, declare:

1. I am an attorney at law duly licensed to practice before the courts of the State of California, and I am an attorney with the law firm of DLA Piper LLP (US), attorneys of record for defendant Sony Computer Entertainment America LLC in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would competently testify to these matters.

2. Attached hereto as Exhibit A is a true and correct copy of the System Software License Agreement (Version 1.4) for the PlayStation®3 System. I obtained this document on September 9, 2010 from the Internet at www.scei.co.jp/ps3-eula/ps3_eula_en.html.

3. Attached hereto as Exhibit B is a true and correct copy of the Terms Of Service And User Agreement for the PlayStation®Network, Version 7.0. I obtained this document on September 9, 2010 from the Internet at legaldoc.dl.playstation.net/ps3-eula/psn/u/u_tosua_en.html.

4. Attached hereto as Exhibit C is a true and correct copy of an email I sent to Plaintiff Anthony Ventura's counsel at Meiselman Denlea Packman Carton & Eberz P.C. on June 6, 2010 at 11:27 a.m.

5. Attached hereto as Exhibit D is a true and correct copy of an email chain ending with an email I sent to Plaintiff Anthony Ventura's counsel at Meiselman Denlea Packman Carton & Eberz P.C. on June 6, 2010 at 3:17 p.m.

6. Attached hereto as Exhibit E is a true and correct copy of an email chain ending with an email I sent to Jeffrey Carton and Rebecca Coll, with a carbon copy to Luanne Sacks, on June 7, 2010 at 11:11 a.m.

7. Attached hereto as Exhibit F is a true and correct copy of a letter I received via email from Jeffrey Carton on June 7, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of a letter I transmitted, on behalf of Luanne Sacks, via email to Jeffrey Carton and Rebecca Coll on June 9, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of an email Luanne Sacks received from Jeffrey Carton on June 10, 2010 at 5:28 a.m.

10. Attached hereto as Exhibit I is a true and correct copy of an email Tony Wichowski sent on August 26, 2010 on my behalf to James Pizzirusso, with carbon copies to Luanne Sacks, Kathleen Fischer, and me, attaching a letter dated August 26, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of an email I received on September 16, 2010 at 12:05 p.m. from James Pizzirusso attaching a letter dated September 16, 2010.

12. Attached hereto as Exhibits K, L, M, N, and O are true and correct copies of the Notice of Deposition and Requests for Production of Documents SCEA served on Plaintiffs Jonathan Huber, Anthony Ventura, Antal Herz, Jason Baker, and Elton Stovell, respectively, on September 24, 2010.

13. Attached hereto as Exhibit P is a true and correct copy of an email I received on October 4, 2010 at 10:35 a.m. from Anna Galloway, on behalf of James Pizzirusso, attaching a letter dated October 4, 2010.

14. Attached hereto as Exhibit Q is a true and correct copy of an email chain ending with an email from James Pizzirusso dated October 8, 2010, 3:32 p.m.

15. Attached hereto as Exhibit R is a true and correct copy of an email chain ending with an email from Luanne Sacks dated October 19, 2010, 4:38 p.m.

16. Attached hereto as Exhibit S is a true and correct copy of an email chain ending with an email from Luanne Sacks dated October 21, 2010, 5:39 p.m.

17. Attached hereto as Exhibits T, U, V, W, and X are true and correct copies of the Responses and Objections to SCEA's Requests for Documents and Things served by Plaintiffs Jonathan Huber, Anthony Ventura, Antal Herz, Jason Baker, and Elton Stovell, respectively, on October 28, 2010.

18. Attached hereto as Exhibit Y is a true and correct copy of excerpts from the transcript of the November 4, 2010 hearing regarding SCEA's Motion to Dismiss and Motion to Strike.

19. Attached hereto as Exhibit Z is a true and correct copy of an email chain ending with an email from James Quadra dated November 8, 2010, 10:46 a.m.

20. Attached hereto as Exhibit AA is a true and correct copy of an email chain ending with an email from James Pizzirusso dated November 9, 2010, 11:53 a.m.

21. Attached hereto as Exhibit BB is a true and correct copy of an email chain ending with an email from James Quadra dated November 10, 2010, 11:05 a.m.

22. Attached hereto as Exhibit CC is a true and correct copy of an email chain ending with an email from Luanne Sacks dated November 12, 2010, 4:50 p.m.

23. Attached hereto as Exhibit DD is a true and correct copy of an email chain ending with an email from Luanne Sacks dated November 15, 2010, 3:30 p.m.

24. Attached hereto as Exhibit EE is a true and correct copy of an email that I received from Rosemary Rivas on November 18, 2010 at 3:20 p.m.

25. Attached hereto as Exhibit FF is a true and correct copy of an email chain ending with an email I sent to Rosemary Rivas, James Quadra, James Pizzirusso, and Rebecca Coll, with a carbon copy to Luanne Sacks, on November 23, 2010 at 7:13 p.m.

26. Attached hereto as Exhibit GG is a true and correct copy of an email chain ending with an email I sent to Rebecca Coll, James Quadra, Daniel Warshaw, James Pizzirusso, Genevieve Rapadas, Kevin Moon, and Rosemary Rivas, with a carbon copy to Luanne Sacks, on November 23, 2010, at 7:29 p.m.

27. Attached hereto as Exhibit HH is a true and correct copy of an email chain ending with an email from Rosemary Rivas dated November 24, 2010, 8:26 a.m.

28. Attached hereto as Exhibit II is a true and correct copy of an email chain ending with an email from James Pizzirusso dated December 1, 2010, 5:57 p.m.

29. Attached hereto as Exhibit JJ and KK are true and correct copies of relevant documents produced by Messrs. Huber and Herz, respectively, on December 2, 2010.

30. Attached hereto as Exhibit LL, MM, and NN are true and correct copies of relevant documents produced by Messrs. Ventura, Baker, and Stovell, respectively, on December 7, 2010.

31. Attached hereto as Exhibit OO is a true and correct copy of an email chain ending with an email I sent to James Quadra, with carbon copies to James Pizzirusso, Rosemary Rivas, Rebecca Coll, Daniel Warshaw, and Luanne Sacks, on December 9, 2010 at 4:14 p.m.

32. Attached hereto as Exhibit PP is a true and correct copy of Plaintiffs' Amended Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(a)(1), served on December 10, 2010.

33. Attached hereto as Exhibit QQ is a true and correct copy of a screenshot from the website of Meiselman Denlea Packman Carton & Eberz P.C. I obtained this document from the Internet at http://www.mdpcelaw.com/disclaimer.cfm on December 14, 2010.

34. Attached hereto as Exhibit RR is a true and correct copy of an email chain ending in an email from Rebecca Coll dated December 15, 2010, 4:00 a.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of December, 2010, in San Francisco, California.

    /s/ Carter Ott
CARTER OTT