*E-Filed 1/7/11*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 "Other OS" LITIGATION | CASE No.   3:10-CV-01811 RS (EMC)<br><br>**STIPULATION TO RELATE AND CONSOLIDATE ACTIONS** |
| JAMES ALLEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br><br>Defendant. | CASE No.   4:10-CV-05179 (DMR) |
| JAMES GIRARDI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>Defendant. | CASE No.   3:10-CV-05224 (EDL) |

STIP. TO RELATE AND CONSOLIDATE ACTIONS

1    Pursuant to Local Rules 3-12 and 6-2, Fed. R. Civ. P. 42, and the Stipulation and Case

2    Management Order Number 1 as Modified by the Court ("CMO #1") (Docket #65), IT IS

3    HEREBY STIPULATED as follows:

4    WHEREAS, the Court entered CMO #1 on June 30, 2010 which, among other things

5    consolidated seven related class actions pending before this Court and ordered that those

6    consolidated matters be captioned *In re Sony PS3 "Other OS" Litigation* ("*Other OS*"), Case No.

7    CV-10-01811-RS; appointed Interim Co-Lead Counsel; and ordered that Plaintiffs file a

8    Consolidated Class Action Complaint.  *See* Docket #65.

9    WHEREAS, CMO #1 also specifically provides that "terms of this Order shall apply to

10   actions later instituted in, removed to, or transferred to this Court that involve the same or

11   substantially similar issues of law and fact, subject to applicable rules."  Docket #65, 4:20-22.

12   WHEREAS, pursuant to the Case Management Order, Consolidated Plaintiffs in the *Other*

13   *OS* matter, filed a Consolidated Class Action Complaint on July 30, 2010 (*see* Docket #76) which

14   is "deemed the operative complaint, superseding all complaints filed in this action, or any of the

15   actions to be consolidated hereunder or in any related cases."  Docket #65, 7:16-17.

16   WHEREAS, defendant Sony Computer Entertainment America LLC ("SCEA") thereafter

17   filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and a motion to strike pursuant to

18   Fed. R. Civ. P. 12(f) and 23 to the Consolidated Class Action Complaint on September 10, 2010.

19   The parties have fully briefed those motions, and the Court heard the parties' arguments on

20   November 4, 2010.

21   WHEREAS, a separate class action titled *James Allee, et al. v. Sony Computer*

22   *Entertainment America, Inc.* ("*Allee*") was initiated on July 28, 2010 in the Circuit Court of

23   Milwaukee County, Wisconsin; removed to the United States District Court, Eastern District of

24   Wisconsin; and, on November 10, 2010, transferred to this District.

25   WHEREAS, a separate class action titled *James Girard, et al. v. Sony Computer*

26   *Entertainment America, LLC* ("*Girardi*") was initiated on November 17, 2010 in this District.

27   WHEREAS, *Allee* and *Girardi* are related to the *Other OS* consolidated actions in that (i)

28   the actions are premised on the PlayStation®3 gaming console's Other OS feature and the release

-2-

STIP. TO RELATE AND CONSOLIDATE ACTIONS

1   of Firmware Update 3.21 that, if downloaded, disabled that feature; (ii) the proposed class in the

2   *Other OS* consolidated actions overlaps and is broader than those asserted in *Allee* and *Girardi*;

3   and (iii) the *Allee* and *Girardi* actions raise claims and seek relief similar to that of the *Other OS*

4   consolidated actions.

5         WHEREAS, the parties agree that the *Allee* and *Girardi* Actions pending before the Court

6   meet the criteria set forth in CMO #1 and should be consolidated with the pending *Other OS*

7   actions.

8         WHEREAS, all served parties, through their respective counsel have stipulated to the

9   terms provided herein.

10      **IT IS HEREBY AGREED TO AS FOLLOWS:**

11       1.     The *Allee* and *Girardi* actions shall be related and consolidated with the *Other OS*

12   actions as set forth more fully in the CMO #1.  Accordingly, the *Allee* and *Girardi* actions are

13   hereby consolidated into *In re Sony PS3 "Other OS" Litigation* ("*Other OS*"), Case No. CV-10-

14   01811-RS.  The terms of CMO #1 entered in the *Other OS* action shall apply equally to the

15   parties and counsel in the *Allee* and the *Girardi* actions.

16       2.     All parties agree that the pending Consolidated Complaint is the operative,

17   superseding complaint and any motions filed as to that Complaint still stand.  Any class

18   certification order as to the *Other OS* action, or any orders on SCEA's pending motion to dismiss

19   and/or motion to strike in the *Other OS* action, will be deemed binding on the *Allee* and *Girardi*

20   actions.

21       3.     In the interest of efficiency and economy, SCEA need not respond separately to

22   the *Allee* or *Girardi* Complaints.

23       4.     This Order may be modified, supplemented, or superseded by order of the Court or

24   upon the motion of any party for good cause shown.

25

26

27

28

STIP. TO RELATE AND CONSOLIDATE ACTIONS

1

2
Dated: January 4, 2011                    FINKELSTEIN THOMPSON LLP

3
                                          By: /s/ Rosemary M. Rivas
4                                              Rosemary M. Rivas
                                               *Other OS Plaintiffs' Interim Co-Lead Counsel*
5

6
Dated: January 4, 2011                    CALVO & CLARK, LLP

7
                                          By: /s/ James A. Quadra
8                                              James A. Quadra
                                               *Other OS Plaintiffs' Interim Co-Lead Counsel*
9

10

11
Dated: January 4, 2011                    HAUSFELD LLP

12
                                          By: /s/ James Pizzirusso
13                                             James Pizzirusso (*Pro hac vice*)
                                               *Other OS Plaintiffs' Interim Co-Lead Counsel*
14

15
Dated: January 4, 2011                    ADEMI & O'REILLY, LLP

16
                                          By: /s/ David Syrios
17                                             Guri Ademi
                                               Shpetim Ademi
18                                             David J. Syrios
                                               John D. Blythin
19                                             *Counsel for Plaintiff James Allee*

20

21
Dated: January 4, 2011                    BARNOW AND ASSOCIATES, P.C.

22

23                                        By: /s/ Ben Barnow
                                               Ben Barnow
24                                             *Counsel for Plaintiff James Allee*

25

26

27

28

                              STIP. TO RELATE AND CONSOLIDATE ACTIONS

1

2
Dated: January 4, 2011                        SCHUBERT JONCKHEER & KOLBE LLP

3
                                              By: /s/ Willem F. Jonckheer

4                                                 Robert C. Schubert
                                                  Willem F. Jonckheer
5                                                 Jason Andrew Pikler
                                                  *Counsel for Plaintiff James Girardi*

6
Dated: January 4, 2011

7                                             DLA PIPER LLP (US)

8
                                              By: /s/ Luanne Sacks

9                                                 Luanne Sacks
                                                  *Counsel for defendant Sony Computer*
10                                                *Entertainment America LLC*

11
          I, Rosemary M. Rivas, am the ECF user whose identification and password are being used

12
to file the foregoing Stipulation To Relate And Consolidate Actions.  I hereby attest that the

13
above-referenced signatories to this stipulation have concurred in this filing.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO RELATE AND CONSOLIDATE ACTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AND IT IS FURTHER ORDERED THAT:**

      1.     The Clerk shall relate *Allee, et al. v. Sony Computer Entertainment America, Inc.*, Case No. 4:10-CV-05179 (DMR) and *Girardi, et al. v. Sony Computer Entertainment America, LLC*, Case No. 3:10-cv-05224 (EDL), to Case No. C 10-1811 RS (EMC), and close the files on the *Allee* and *Girardi* actions.

      2.     All filings hereafter shall be made exclusively in Case No. C 10-1811 RS (EMC).

Dated:   1/7/11

By: _____
      Honorable Richard Seeborg
      United States District Court Judge

STIP. TO RELATE AND CONSOLIDATE ACTIONS