James A. Quadra (SBN 131084)
jquadra@calvoclark.com
**CALVO & CLARK, LLP**
One Lombard Street, Second Floor
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

James Pizzirusso (*admitted pro hac vice*)
jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Sony PS3 "Other OS" Litigation | Case No. CV-10-1811-RS<br><br>**STATEMENT OF RECENT DECISION BY THE CALIFORNIA SUPREME COURT**<br><br>[Related to Plaintiffs' Opposition to Defendant Sony Computer Entertainment America LLC's Motion to Dismiss (Docket No. 104)] |

On January 27, 2011, the California Supreme Court issued its written opinion in *Kwikset Corp. v. Superior Court (Benson)*, ___ Cal.4th ___ (Jan. 27, 2011). Plaintiffs attach a true and correct copy of this decision as Exhibit 1.

1
STATEMENT OF DECISION BY THE CALIFORNIA SUPREME COURT
CASE NO. CV-10-01811-RS

The Supreme Court issued this opinion after Plaintiffs filed their Opposition to Defendant Sony Computer Entertainment America LLC's Motion To Dismiss. The Court took the matter under submission on November 4, 2010

Dated: January 28, 2011                Respectfully submitted:

/s/ Rosemary M. Rivas
Rosemary M. Rivas
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 415-398-8700
Facsimile: 415-398-8704

Douglas G. Thompson
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

James A. Quadra
Rebecca Coll
**CALVO FISHER & JACOB, LLP**
One Lombard Street, Second Floor
San Francisco, California 94111
Telephone: 415-374-8370
Facsimile: 415-374-8373

James Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
1700 K St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201

Michael P. Lehman
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: 415-633-1908
Facsimile: 415-358-4980

*Co-Interim Lead Counsel for Plaintiffs*
Bruce L. Simon
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: 415-433-9000
Facsimile: 415-433-9008

Daniel L. Warshaw
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818-788-8300
Facsimile: 818-788-8104

Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 W. Lancaster Ave.
Haverford, Pennsylvania 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633

Ralph B. Kalfayan
**KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP**
625 Broadway, Suite 635
San Diego, California 92101
Telephone: 619-232-0331
Facsimile: 619-232-4019

Jeffrey Carton (*pro hac vice*)
D. Greg Blankinship (*pro hac vice*)
**MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ PC**
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: 914-517-5055
Facsimile: 914-517-5055

John R. Fabry
**BAILEY & GALYEN**

18333 Egret Bay Blvd., Suite. 444
Houston, Texas 77058
Telephone: 281-335-7744
Facsimile: 281-335-5871

Guri Ademi
Shpetim Ademi
David J. Syrios
John D. Blythin
**ADEMI & O'REILLY LLP**
3620 East Layton Ave.
Cudahy, Wisconsin 53110
Telephone: 866.264.3995
Facsimile: 414.482.8001

Ben Barnow
**BARNOW & ASSOCIATES PC**
One North LaSalle Street
Suite 4600
Chicago, Illinois 60602
Telephone: 312-621-2000
Facsimile: 312-641-5504

Lance A. Harke
Howard Bushman
**HARKE CLASBY & BUSHMAN**
9699 NE Second Ave.
Miami, FL 33138
Telephone: 305-536-8220
Facsimile: 305-536-8229

Robert C. Schubert
Willem F. Jonckheer
Jason Andrew Pikler
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center
Suite 1650
San Francisco, California 94111
Telephone: 415-788-4220
Facsimile: 415-788-0161

*Plaintiffs' Counsel*

4

STATEMENT OF DECISION BY THE CALIFORNIA SUPREME COURT
CASE NO. CV-10-01811-RS

# CERTIFICATE OF SERVICE

I, Julia Dito, declare as follows:

I am employed by Finkelstein Thompson, 100 Bush Street, Suite 1450, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On January 28, 2011, I served the following document(s):

1. **STATEMENT OF RECENT DECISION BY THE CALIFORNIA SUPREME COURT**

[X] **BY CM/ECF ELECTRONIC SERVICE:** Electronically filing the foregoing with the Clerk of the Court using the CM/ECF system sent notification of such filing to the e-mail addresses of registered participants.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 28th day of January 2011 at San Francisco, California.

_____
Julia Dito