**\*\*E-filed 2/18/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SONY PS3 OTHER OS LITIGATION | No. C 10-1811 RS<br><br>**ORDER RE CASE MANAGEMENT SCHEDULING** |

    Good cause appearing, the deadline for completing non-expert discovery relating to the class certification issue is hereby continued to April 30, 2011. The deadline for filing a class certification motion is hereby vacated, and will be reset when the pleadings are settled.

IT IS SO ORDERED.

Dated: 2/17/11

                                RICHARD SEEBORG
                                UNITED STATES DISTRICT JUDGE