1 | LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
2 | CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
3 | DLA PIPER LLP (US)
555 Mission Street, Suite 2400
4 | San Francisco, CA  94105
Tel:  415.836.2500
5 | Fax:  415.836.2501

6 | JOSEPH COLLINS (*Pro Hac Vice*, Ill. Bar No. 06238527)
joseph.collins@dlapiper.com
7 | DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
8 | Chicago, IL 60601-1293
Tel:  312.368.4000
9 | Fax: 312.236.7516

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO.  3:10-CV-01811 RS (EMC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLEADING CHALLENGE BRIEFING SCHEDULE** |

1  IT IS HEREBY STIPULATED AS FOLLOWS:

2  WHEREAS, the parties have agreed upon the following schedule to provide them with
3  comparable time in which to brief and file an opposition responding to and a reply in support of a
4  pleading challenge defendant Sony Computer Entertainment America LLC ("SCEA") intends to
5  file in response to Plaintiffs' First Amended Consolidated Class Action Complaint (Docket
6  #165). Pursuant to the Fed. R. Civ. P., the last day to file that pleading challenge is March 28,
7  2011.

8  IT IS HEREBY AGREED TO AS FOLLOWS:

9  SCEA's pleading challenge will be briefed and heard pursuant to the following schedule:

10  <u>March 28, 2011:</u>  Last day to file pleading challenge to the First Amended Consolidated
11  Class Action Complaint.

12  <u>April 18, 2011:</u>  Last day to file opposition to SCEA's pleading challenge.

13  <u>April 28, 2011:</u>  Last day to file any reply brief in support of SCEA's pleading challenge.

14  <u>May 12, 2011, 1:30 p.m.:</u>  Hearing regarding SCEA's pleading challenge.

Dated: March 21, 2011

FINKELSTEIN THOMPSON LLP

By: /s/ Rosemary Rivas
    Rosemary M. Rivas
    *Plaintiffs' Interim Co-Lead Counsel*

Dated: March 21, 2011

CALVO FISHER & JACOB, LLP

By: /s/ James Quadra
    James Quadra
    *Plaintiffs' Interim Co-Lead Counsel*

Dated:  March 21, 2011

                                              HAUSFELD LLP

                                              By:  /s/ James Pizzirusso
                                                  JAMES PIZZIRUSSO
                                                  *Plaintiffs' Interim Co-Lead Counsel*

Dated:  _ March 21, 2011

                                              DLA PIPER LLP (US)

                                              By:  /s/ Carter Ott
                                                  CARTER OTT
                                                  *Counsel for defendant Sony Computer Entertainment America LLC*

I, Carter Ott, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation And [Proposed] Order Regarding Pleading Challenge Briefing Schedule.  I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _3/23_____, 2011

                                              By:  _____
                                            Honorable Richard Seeborg
                                            United States District Court Judge