1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA 94105
   Tel: 415.836.2500
5  Fax: 415.836.2501

6  JOSEPH COLLINS (*Pro Hac Vice*, Ill. Bar No. 06238527)
   joseph.collins@dlapiper.com
7  DLA PIPER LLP (US)
   203 North LaSalle Street, Suite 1900
8  Chicago, IL 60601-1293
   Tel: 312.368.4000
9  Fax: 312.236.7516

10 Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
11 (erroneously sued as "Sony Computer Entertainment America Inc.")

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17

18 | In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 3:10-CV-01811 RS (EMC) |
19 | | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED AS FOLLOWS:

2    WHEREAS, the parties formerly agreed to schedule the hearing regarding defendant Sony

3  Computer Entertainment America LLC's ("SCEA") Motion to Dismiss Plaintiffs' First Amended

4  Consolidated Class Action Complaint on May 12, 2011 at 1:30 P.M.

5    WHEREAS, to assist the parties' discussions regarding mediation and scheduling a

6  mediation, the parties hereby agree to continue that hearing to July 21, 2011 at 1:30 P.M.

7

8  Dated:  May 10, 2011

                                    FINKELSTEIN THOMPSON LLP
9

10                                  By:  /s/ Rosemary Rivas
                                         Rosemary M. Rivas
11                                       *Plaintiffs' Interim Co-Lead Counsel*

12  Dated:  May 10, 2011

13                                  CALVO & FISHER, LLP

14

15                                  By:  /s/ James Quadra
                                         James Quadra
16                                       *Plaintiffs' Interim Co-Lead Counsel*

17  Dated:  May 10, 2011

18                                  HAUSFELD LLP

19
                                    By:  /s/ James Pizzirusso
20                                       JAMES PIZZIRUSSO
                                         *Plaintiffs' Interim Co-Lead Counsel*
21

22  Dated:  _ May 10, 2011

23                                  DLA PIPER LLP (US)

24
                                    By:  /s/ Carter Ott
25                                       CARTER OTT
                                         *Counsel for defendant Sony Computer*
26                                       *Entertainment America LLC*

27

28

I, Carter Ott, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation And [Proposed] Order Continuing Hearing. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing regarding defendant Sony Computer Entertainment America LLC's Motion to Dismiss is continued from May 12, 2011 to July 21, 2011 at 1:30 P.M.

Dated: _____, 2011

By:_____
      Honorable Richard Seeborg
      United States District Court Judge