1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  JOSEPH COLLINS (*Pro Hac Vice*, Ill. Bar No. 06238527)
   joseph.collins@dlapiper.com
7  DLA PIPER LLP (US)
   203 North LaSalle Street, Suite 1900
8  Chicago, IL 60601-1293
   Tel:  312.368.4000
9  Fax:  312.236.7516

10 Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
11 (erroneously sued as "Sony Computer Entertainment America
   Inc.")
12

13                    UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17
                                        CASE NO.  3:10-CV-01811 RS (EMC)
18
   In re SONY PS3 "OTHER OS"            **JOINT STIPULATION AND [PROPOSED]**
19 LITIGATION                           **ORDER CONTINUING HEARING**

20

21

22

23

24

25

26

27

28

1   IT IS HEREBY STIPULATED AS FOLLOWS:

2   WHEREAS, the parties formerly agreed to schedule the hearing regarding defendant Sony Computer Entertainment America LLC's ("SCEA") Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint on May 12, 2011 at 1:30 P.M.

WHEREAS, to assist the parties' discussions regarding mediation and scheduling a mediation, the parties hereby agree to continue that hearing to July 21, 2011 at 1:30 P.M.

Dated: May 10, 2011

FINKELSTEIN THOMPSON LLP

By:  /s/ Rosemary Rivas
Rosemary M. Rivas
*Plaintiffs' Interim Co-Lead Counsel*

Dated: May 10, 2011

CALVO & FISHER, LLP

By:  /s/ James Quadra
James Quadra
*Plaintiffs' Interim Co-Lead Counsel*

Dated: May 10, 2011

HAUSFELD LLP

By:  /s/ James Pizzirusso
JAMES PIZZIRUSSO
*Plaintiffs' Interim Co-Lead Counsel*

Dated: _ May 10, 2011

DLA PIPER LLP (US)

By:  /s/ Carter Ott
CARTER OTT
*Counsel for defendant Sony Computer Entertainment America LLC*

I, Carter Ott, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation And [Proposed] Order Continuing Hearing. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing regarding defendant Sony Computer Entertainment America LLC's Motion to Dismiss is continued from May 12, 2011 to July 21, 2011 at 1:30 P.M.

Dated: __5/10_____, 2011

By: _____
Honorable Richard Seeborg
United States District Court Judge