James A. Quadra (SBN 131084)
jquadra@calvoclark.com
**CALVO & CLARK, LLP**
One Lombard Street, Second Floor
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (State Bar No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

James Pizzirusso (*admitted pro hac vice*)
jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Sony PS3 "Other OS" Litigation | Case No. CV-10-1811-RS<br><br>**STATEMENT OF RECENT DECISION**<br><br>**[Related to Plaintiffs' Opposition to Defendant Sony Computer Entertainment America LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Docket No. 168)]** |

On August 22, 2011, the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") issued its written opinion in three related cases: *Stearns v. Ticketmaster Corp., et al.*, No. 08-56065 (9th Cir. Aug. 22, 2011); *Johnson et al. v. Ticketmaster Corp., et al.*, No. 09-56126 (9th Cir. Aug. 22, 2011); *Mancini et al., v. Ticketmaster Corp., et al.*, No. 10-55341 (9th

Cir. Aug. 22, 2011) (collectively, "*Stearns v. Ticketmaster Corp.*"). Plaintiffs attach a true and correct copy of this decision as Exhibit 1.

The Ninth Circuit issued this opinion after Plaintiffs filed their Opposition to Defendant Sony Computer Entertainment America LLC's Motion To Dismiss Plaintiffs' First Amended Complaint (Docket No. 173). The Court took the matter under submission on July 21, 2011 (Docket No. 179).

Dated: August 23, 2011                     Respectfully submitted:

/s/ Rosemary M. Rivas
Rosemary M. Rivas
Danielle A. Stoumbos
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 415-398-8700
Facsimile: 415-398-8704

Douglas G. Thompson
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

James A. Quadra
Rebecca Coll
**CALVO FISHER & JACOB, LLP**
One Lombard Street, Second Floor
San Francisco, California 94111
Telephone: 415-374-8370
Facsimile: 415-374-8373

James Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
1700 K St., NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201

Michael P. Lehman
**HAUSFELD LLP**

2
STATEMENT OF DECISION BY THE NINTH CIRCUIT
CASE NO. CV-10-01811-RS

44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: 415-633-1908
Facsimile: 415-358-4980

*Co-Interim Lead Counsel for Plaintiffs*

Bruce L. Simon
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: 415-433-9000
Facsimile: 415-433-9008

Daniel L. Warshaw
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: 818-788-8300
Facsimile: 818-788-8104

Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 W. Lancaster Ave.
Haverford, Pennsylvania 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633

Ralph B. Kalfayan
**KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP**
625 Broadway, Suite 635
San Diego, California 92101
Telephone: 619-232-0331
Facsimile: 619-232-4019

Jeffrey Carton (*pro hac vice*)
D. Greg Blankinship (*pro hac vice*)
**MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ PC**
1311 Mamaroneck Avenue

3
STATEMENT OF DECISION BY THE NINTH CIRCUIT
CASE NO. CV-10-01811-RS

White Plains, New York 10605
Telephone: 914-517-5055
Facsimile: 914-517-5055

John R. Fabry
**BAILEY & GALYEN**
18333 Egret Bay Blvd., Suite 444
Houston, Texas 77058
Telephone: 281-335-7744
Facsimile: 281-335-5871

Guri Ademi
Shpetim Ademi
David J. Syrios
John D. Blythin
**ADEMI & O'REILLY LLP**
3620 East Layton Ave.
Cudahy, Wisconsin 53110
Telephone: 866.264.3995
Facsimile: 414.482.8001

Ben Barnow
**BARNOW & ASSOCIATES PC**
One North LaSalle Street
Suite 4600
Chicago, Illinois 60602
Telephone: 312-621-2000
Facsimile: 312-641-5504

Lance A. Harke
Howard Bushman
**HARKE CLASBY & BUSHMAN**
9699 NE Second Ave.
Miami, FL 33138
Telephone: 305-536-8220
Facsimile: 305-536-8229

Robert C. Schubert
Willem F. Jonckheer
Jason Andrew Pikler
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center
Suite 1650
San Francisco, California 94111
Telephone: 415-788-4220
Facsimile: 415-788-0161

*Plaintiffs' Counsel*

4

STATEMENT OF DECISION BY THE NINTH CIRCUIT
CASE NO. CV-10-01811-RS

**CERTIFICATE OF SERVICE**

I, Julia Dito, declare as follows:

I am employed by Finkelstein Thompson, 100 Bush Street, Suite 1450, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On August 23, 2011, I served the following document(s):

1. **STATEMENT OF RECENT DECISION BY THE NINTH CIRCUIT**

[X] **BY CM/ECF ELECTRONIC SERVICE:** Electronically filing the foregoing with the Clerk of the Court using the CM/ECF system sent notification of such filing to the e-mail addresses of registered participants.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 23rd day of August 2011 at San Francisco, California.

*Julia Dito*
Julia Dito