UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: SONY PS3 OTHER OS LITIGATION,

ANTHONY VENTURA; et al.,

    Plaintiffs - Appellants,

v.

SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC,

    Defendants - Appellees.

No. 11-18066

D.C. No. 3:10-cv-01811-RS
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered January 06, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each parties shall bear their own costs on appeal.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rhonda Roberts
        Deputy Clerk