**RIMAC MARTIN**, P.C.
JOSEPH M. RIMAC SBN 72381
WILLIAM REILLY SBN 177550
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LOOKSMART LTD.

Matthew D. Taylor
Andrew B. Holmes
**HOLMES, TAYLOR & JONES LLP**
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017
Telephone: 213.985.2200

Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, <br><br> Plaintiffs, <br><br> v. <br><br> LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, <br><br> Defendants. | Case No.: 3:13-cv-05304 SC <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

- 1 -
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR FILING
Case No. 3:13-cv-05304 SC

Plaintiff WEBOOST MEDIA S.R.L. and Defendant LOOKSMART LTD., stipulate to continue the January 16, 2015 Case Management Conference to February 6, 2015.

Good cause exists for this brief extension because of plaintiff's counsel's illness.

**SO STIPULATED**.

                                          **RIMAC MARTIN, P.C.**

Dated: January 8, 2015

                                          By:   */s/ William Reilly*
                                          William Reilly
                                          Attorneys for Defendant
                                          LOOKSMART LTD

DATED: January 8, 2015        **HOLMES, TAYLOR & JONES, LLP**

                                          By:   */s/ Matthew D. Taylor*
                                          Matthew D. Taylor
                                          Attorneys for Plaintiff
                                          WEBOOST MEDIA S.R.L.

**SO ORDERED**.

Dated: 01/15/2015

                                          HON.
                                          UNITED STATES DISTRICT COURT JUDGE

*(Signed: Judge Samuel Conti)*