William N. Hebert (SBN 136099)
whebert@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

James Pizzirusso (*Pro Hac Vice*)
jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Interim Co-Lead Counsel for Plaintiffs*

Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 374-0640

Cynthia A. Ricketts (*Pro Hac Vice*)
cricketts@srclaw.com
**SACKS, RICKETTS & CASE, LLP**
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

*Attorneys for Defendant
SONY COMPUTER
ENTERTAINMENT AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 3:10-CV-01811-SC<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, as follows:

1. The parties have made progress in settlement discussions and continue to negotiate the terms of a potential settlement;

2. The Court has set a November 20, 2015 deadline for Plaintiffs to file a Motion for Class Certification;

3. In light of the ongoing settlement discussions, the parties request that the November 20, 2015 date be vacated and that this action be stayed until December 14, 2015 to afford time to complete their negotiations.

Dated: October 16, 2015        SACKS, RICKETTS & CASE LLP

By: /s/ *Michele Floyd*
    LUANNE SACKS
    CINDY RICKETTS
    MICHELE FLOYD
    Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT
    AMERICA LLC

Dated: October 16, 2015        CALVO FISHER & JACOB LLP

By: /s/ *William Hebert*
    Interim Co-Lead Counsel and Counsel for
    Plaintiffs ANTHONY VENTURA,
    JONATHAN HUBER, JASON BAKER,
    JAMES GIRARDI and DERRICK ALBA

Dated: October 16, 2015        FINKELSTEIN THOMPSON LLP

By: /s/ *Rosemary Rivas*
    ROSEMARY M. RIVAS
    Interim Co-Lead Counsel and Counsel for
    Plaintiffs ANTHONY VENTURA,
    JONATHAN HUBER, JASON BAKER,
    JAMES GIRARDI and DERRICK ALBA

Dated:  October 16, 2015         HAUSFELD LLP

By:  /s/ *James Pizzirusso*
　　JAMES PIZZIRUSSO
　　Interim Co-Lead Counsel and Counsel for
　　Plaintiffs ANTHONY VENTURA,
　　JONATHAN HUBER, JASON BAKER,
　　JAMES GIRARDI and DERRICK ALBA

## **ATTESTATION CLAUSE**

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Joint Notice of Settlement. I hereby attest under penalty of perjury that the above-referenced signatories to this stipulation have concurred in the filing of this document.

Dated:  October 16, 2015                SACKS, RICKETTS & CASE LLP


                                        By: /s/ *Michele Floyd*
                                            LUANNE SACKS
                                            CINDY RICKETTS
                                            MICHELE FLOYD
                                            Attorneys for Defendant
                                            SONY COMPUTER ENTERTAINMENT
                                            AMERICA LLC

# [~~PROPOSED~~] ORDER

Based on the stipulation of the Parties, IT IS HEREBY ORDERED that the November 30, 2015 deadline is vacated and that this action is stayed until December 14, 2015.

Dated: October __19__, 2015

_____
Honorable Samuel Conti
Judge of the United States District Court

-4-

STIPULATION AND PROPOSED ORDER FOR STAY
CASE NO. 3:10-CV-01811-SC