United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY VENTURA, ET AL.**, <br> Plaintiffs, <br> v. <br> **SONY COMPUTER ENTERTAINMENT AMERICA LLC**, <br> Defendant. | Case No.  10-cv-01811-YGR <br><br> **ORDER RE: JOINT CASE STATUS STATEMENT; SETTING COMPLIANCE HEARING** |

The instant action having been reassigned for all further proceedings to the undersigned, the parties are directed to file a joint statement regarding the status of the case and the need for a continued stay no later than Friday, December 11, 2015.

A compliance hearing regarding the case status shall be **SET** for **Friday, December 18, 2015,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  If the joint status statement is filed timely, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**