UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ANTHONY VENTURA, ET AL.**, <br> Plaintiffs, <br> v. <br> **SONY COMPUTER ENTERTAINMENT AMERICA LLC**, <br> Defendant. | Case No.  10-cv-01811-YGR <br><br> **ORDER VACATING COMPLIANCE HEARING; CONTINUING STAY; SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Statement Regarding Status of the Case.  (Dkt. No. 244.)  In light of the representations therein, the Court **VACATES** the compliance hearing set for Friday, December 18, 2015.

This matter is **SET** for a case management conference on February 1, 2016, at 2:00 p.m. in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland.  The parties are directed to file an updated statement seven days in advance of the case management conference.

The stay currently in place in this litigation is **CONTINUED** until date of the next case management conference.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**