UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY VENTURA, ET AL.,**

    Plaintiffs,

  v.

**SONY COMPUTER ENTERTAINMENT AMERICA LLC**,

    Defendant.

Case No. 10-cv-01811-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAY**

The Court is in receipt of the parties' Supplemental Joint Statement Regarding Status of the Case. (Dkt. No. 249.) In light of the representations therein, the Court **CONTINUES** the case management conference set for February 22, 2016, to **April 11, 2016,** at 2:00 p.m. in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland. The parties are directed to file an updated statement seven days in advance of the case management conference.

The stay currently in place in this litigation is **CONTINUED** until date of the next case management conference.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**