UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY VENTURA, ET AL.**,

    Plaintiffs,

  v.

**SONY COMPUTER ENTERTAINMENT AMERICA LLC**,

    Defendant.

Case No. 10-cv-01811-YGR

**ORDER CONTINUING COMPLIANCE HEARING TO JUNE 3, 2016**

The Court understands from the Joint Statement filed May 13, 2016 (Dkt. No. 253) that the parties are in the process of finalizing a settlement and motion for preliminary approval, which they anticipate filing no later than May 26, 2016. In light thereof, the compliance hearing currently set for May 20, 2016 is **CONTINUED** to **June 3, 2016**, at 9:01 a.m., in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than May 26, 2016, the parties shall file either: (1) their motion for preliminary approval; or (2) a joint statement setting forth the status of the motion. If compliance is completed timely, the Court may take the compliance hearing off calendar without the need for an appearance. If a hearing is necessary, telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**