UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY VENTURA, ET AL.,**

    Plaintiffs,

  v.

**SONY COMPUTER ENTERTAINMENT AMERICA LLC**,

    Defendant.

Case No. 10-cv-01811-YGR

**ORDER CONTINUING COMPLIANCE HEARING TO JUNE 17, 2016**

The Court understands from the Joint Statement filed May 26, 2016 (Dkt. No. 254) that the parties are in the process of finalizing their settlement agreement and motion for preliminary approval, which they anticipate filing no later than June 10, 2016. In light thereof, the compliance hearing currently set for June 3, 2016, is **CONTINUED** to **June 17, 2016**, at 9:01 a.m., in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than June 10, 2016, the parties shall file either: (1) their motion for preliminary approval; or (2) a joint statement setting forth the status of the motion. If compliance is completed timely, the Court may take the compliance hearing off calendar without the need for an appearance. If a hearing is necessary, telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**