Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1 California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SONY PS3 "OTHER OS" LITIGATION | Case No.: 4:10-cv-01811 <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Taylor Warren, declare as follows:

I am employed by Finkelstein Thompson LLP, 1 California Street, Suite 900, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this action.

On June 17, 2016, I served the following document(s):

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF ROSEMARY M. RIVAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

[X]   **BY CM/ECF ELECTRONIC SERVICE:** Electronically filing the foregoing with the Clerk of the Court using the CM/ECF system sent notification of such filing to the e-mail addresses of registered participants.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 17th day of June 2016 at San Francisco, California.

_____
Taylor Warren