# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: 7/19/16 | Time: 2:00pm-2:23pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 10-cv-01811-YGR | Case Name: In re Sony PS3 "Other OS" Litigation | |

**Attorney for Plaintiff:** Rosemary Rivas, Daniel Warshaw, Kathleen Fisher and James Pizzirusso
**Attorney for Defendant:** Luanne Sacks and Neel Limaye

**Deputy Clerk:** Frances Stone        **Court Reporter:** Diane Skillman

## PROCEEDINGS

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement [Dkt. no. 259]- HELD and SUBMITTED.

**Order to be prepared by: Court**

**Notes:** Exemplars filed by 8/5/16