UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY VENTURA, ET AL.**,

        Plaintiffs,

    v.

**SONY COMPUTER ENTERTAINMENT AMERICA LLC**,

        Defendant.

Case No.  10-cv-01811-YGR

**ORDER REQUIRING SECOND SUPPLEMENTAL FILING RE: PRELIMINARY APPROVAL**

At oral argument on the parties' Motion for Preliminary Approval of Class Action Settlement, the Court directed Plaintiffs to submit exemplars of the forms of proof that the named plaintiffs could provide to satisfy the categories in the proposed settlement claims process. (Transcript of July 19, 2016 hearing at 5:16-6:2.)

Plaintiffs have now submitted their Exemplars and Written Information in Further Support of Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 267). However, their submission only demonstrates how three of the five named class representatives could establish proof of their claim. No evidence was submitted regarding proof of claim for Jason Baker or James Girardi.

Plaintiffs are therefore directed to submit, no later than **August 26, 2016,** a second supplemental filing addressing: (1) evidence to establish proof of the claims for these other two class representatives; and (2) an explanation as to why such proof was not submitted with Docket No. 267.

**IT IS SO ORDERED.**

Dated: August 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**