1  Rosemary M. Rivas (SBN 209147)
   rrivas@finkelsteinthompson.com
2  **FINKELSTEIN THOMPSON LLP**
   One California Street, Suite 900
3  San Francisco, California 94111
4  Telephone: (415) 398-8700/Facsimile: (415) 398-8704

5  Kathleen Fisher (State Bar No. 70838)
   kfisher@calvofisher.com
6  **CALVO FISHER & JACOB LLP**
7  555 Montgomery Street, Suite 1155
   San Francisco, California 94111
8  Telephone: (415) 373-8370/Facsimile: (415) 374-8373

9  James Pizzirusso (*pro hac vice*)
   jpizzirusso@hausfeld.com
10 **HAUSFELD LLP**
11 1700 K Street NW, Suite 650
   Washington, DC 20006
12 Telephone: (202) 540-7200/Facsimile: (202) 540-7201

13 *Class Counsel*

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16

17 In re SONY PS3 "OTHER OS" LITIGATION    |    Case No. 4:10-CV-01811-YGR

18

19                                              **DECLARATION OF KATHLEEN V.
                                                 FISHER IN SUPPORT OF PLAINTIFF'S**
20                                              **MOTION FOR AWARD OF ATTORNEYS'
                                                 FEES, COSTS, AND INCENTIVE**
21                                              **AWARDS**

22                                              Date:        January 24, 2017
                                                Time:        2:00 PM
23                                              Judge:       Hon. Yvonne Gonzalez Rogers
                                                Courtroom: 1, 4th Floor
24

25

26

27

28

---

**DECLARATION OF KATHLEEN V. FISHER RE: FEE PETITION**
CASE NO. 4:10-CV-01811-YGR

1      I, Kathleen V. Fisher, declare as follows:

2      1.     I am a partner with Calvo Fisher & Jacob LLP ("CF&J") one of the appointed Class

3 Counsels for Plaintiffs in this class action. I make this declaration in support of Plaintiffs' Motion

4 for Award of Attorneys' Fees, Costs, and Incentive Awards. I have personal knowledge of the

5 matters set forth herein and could testify thereto under oath if called as a witness.

6      2.     I am admitted to practice law in California and before this Court, and a member in

7 good standing of the State Bar of California. I have practiced for almost 40 years. I have extensive

8 experience litigating complex class-action cases. Prior to joining CF&J, I was an associate and

9 then a partner at Morrison & Foerster for almost 30 years. During that period, in addition to other

10 management positions, I served as chair of Morrison's global litigation practice.

11      3.     My firm filed a consolidated class action complaint on behalf of named plaintiff

12 Anthony Ventura on July 30 2010 and was appointed Co-Lead Counsel for the class with law

13 firms Hausfeld LLP and Finkelstein Thompson LLP.

14      4.     Until January 1, 2016, when my partner William ("Bill") Hebert retired, he and our

15 former partners James ("Jim") A. Quadra and Rebecca ("Becca") M. Coll, both of whom departed

16 in 2012, and associates Kevin Moon, Jay Trickett and Genevieve Rapadas were extensively

17 involved in representing and prosecuting claims against defendant SCEA. Following

18 January 1, 2016, when Bill Hebert retired, I took over his responsibilities and continued to work

19 with Co-Lead Counsel at Hausfeld LLP and Finkelstein LLP, primarily on settlement- related

20 tasks. During the course of my firm's representation, as reflected on Attachment 1, individual

21 CF&J attorneys and legal assistants spent significant time investigating claims, researching,

22 drafting pleadings, participating in extensive discovery, motions practice, reviewing document

23 productions, taking and defending depositions, participating in court hearings and arguments, and

24 participating in settlement negotiations for the benefit of the class.

25      5.     In particular, Jim Quadra argued the first motion to dismiss under the Unfair

26 Competition Law and the False Advertising Law claims. He also argued the second motion to

27 dismiss. Becca Coll took the lead on negotiating the stipulated protective order and the protocol for

28

2

DECLARATION OF KATHLEEN V. FISHER RE: FEE PETITION<br/>CASE NO. 4:10-CV-01811-YGR

1   the imaging of the plaintiffs' PS3s. They also assisted in drafting the motion to compel discovery

2   and finding a vendor for online storage and review of SCEA's document production.

3         6.      Bill Hebert and CF&J associate Jay Trickett took the lead in preparing the appellate

4   briefs arguments under California's Consumer Legal Remedies Act, the Unfair Competition Law

5   and the False Advertising Law claims following dismissal of this case without leave to amend on

6   December 8, 2011. Bill Hebert successfully argued the appeal from the dismissal before the Ninth

7   Circuit in October 2013 that resulted in reversal of the dismissal of some of the claims in January

8   2014. Bill Hebert also worked on defending named plaintiffs Anthony Ventura's and Jason

9   Baker's depositions.

10        7.      Attached hereto as **Attachment 1** is a chart of CF&J's billing summary of time

11   spent during the course of its representation in this action. This and other attachments hereto were

12   prepared under my direction and supervision and were based on contemporaneous time records

13   submitted by each time keeper and maintained by CF&J.

14        8.      The rates indicated on Attachment 1 are the rates that my firm normally charges and

15   is paid by our other clients and are commensurate with rates charged for attorneys with similar

16   experience in the San Francisco Bay Area. CF&J spent over 1,919.90 hours for a total of

17   $895,333.00. This amount does not include the approximately 55 hours of time I wrote off during

18   my billing review, which amounts to over $15,000.00.

19        9.      Also submitted herewith as **Attachment 2** is a summary of the costs and expenses

20   incurred by CF&J during the course of its representation in this action. These costs and expenses

21   include court fees and associated expenses, deposition costs, travel expenses, courier costs,

22   //

23   //

24   //

25   //

26   //

27

28

**DECLARATION OF KATHLEEN V. FISHER RE: FEE PETITION**
CASE NO. 4:10-CV-01811-YGR

1   photocopy costs and other related expenses. The total amount of costs/expenses actually incurred

2   is $19,426.28.

3         I declare under penalty of perjury under the laws of the State of California that the

4   foregoing is true and correct.

5         Executed this 30th day of November, 2016 at San Francisco, California.

Kathleen V. Fisher

4

**DECLARATION OF KATHLEEN V. FISHER RE: FEE PETITION**
CASE NO. 4:10-CV-01811-YGR

# ATTACHMENT 1

# ATTACHMENT 1

## Calvo Fisher & Jacob LLP

| IN RE: SONY PS3 "OTHER OS" LITIGATION – FEES | | | | |
|---|---|---|---|---|
| **ATTORNEY / Non-Attorney** | **YEARS OF EXPERIENCE** | **HOURS** | **HOURLY RATE** | **LODESTAR** |
| Kathleen V. Fisher (Partner) | 39 | 17.30 | $650 | $11,245.00 |
| William N. Hebert (Partner) | 27 | 353 | $650 | $229,450.00 |
| James A. Quadra (Partner) | 28 | 248.60 | $650 | $161,590.00 |
| Rebecca M. Coll (Partner) | 19 | 433.10 | $650 | $281,515.00 |
| Kevin O. Moon (Associate) | 9 | 218.20 | $300 | $65,460.00 |
| Jay D. Trickett (Associate) | 8 | 30.20 | $300 | $9,060.00 |
| Genevieve P. Rapadas (Associate) | 7 | 356.60 | $300 | $106,980.00 |
| Joy A. Valdez (Former Paralegal) | 9 | 71.80 | $100.00 | $7,180.00 |
| Michele K. Ho (Paralegal) | 14 | 81.80 | $100.00 | $8,180.00 |
| Matthew Leon Guerrero (Paralegal) | 2 | 65.30 | $150.00 | $9,795.00 |
| Dominique S. Palacios (Paralegal) | 18 | 15.30 | $150.00 | $2,295.00 |
| Catherine W. Arnstein (Case Assistant.) | 2 | 28.70 | $90.00 | $2,583.00 |
| **TOTAL** | | **1,919.90** | | **$895,333.00** |

# ATTACHMENT 2

## ATTACHMENT 2

### Calvo Fisher & Jacob LLP

| IN RE: SONY PS3 "OTHER OS" LITIGATION – COSTS | |
|---|---|
| CATEGORY | Amount |
| COURT COSTS/FILING FEES | $693.00 |
| DEPOSITION COSTS | $3,369.85 |
| EXPERTS/CONSULTANTS | $6,225.00 |
| FEDERAL EXPRESS | $260.37 |
| HEARING TRANSCRIPTS | $41.20 |
| LEXIS/WESTLAW ONLINE RESEARCH | $3,280.58 |
| MESSENGER/DELIVERY | $179.98 |
| PHOTOCOPIES – IN HOUSE | $2,491.80 |
| POSTAGE | $8.29 |
| SERVICE OF PROCESS | $60.00 |
| TELEPHONE/CONFERENCE SERVICES | $55.19 |
| TRAVEL/LODGING/MEALS | $594.64 |
| MISCELLANEOUS/WEBSITE HOSTING | $2,166.38 |
| TOTAL | $19,426.28 |