1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  MICHELE FLOYD (SBN 163031)
   mfloyd@srclaw.com
3  **SACKS, RICKETTS & CASE LLP**
   177 Post Street, Suite 650
4  San Francisco, CA 94108
   Telephone: 415-549-0580
5  Facsimile: 415-549-0640

6
   CYNTHIA A RICKETTS (*Pro Hac Vice*)
7  cricketts@srclaw.com
   **SACKS, RICKETTS & CASE, LLP**
8  2800 North Central Avenue, Suite 1230
   Phoenix, AZ 85004
9  Phone: (602) 385-3370
   Fax: (602) 385-3371
10
11 Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT
12 AMERICA, LLC

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 In re SONY PS3 "OTHER OS"            ) Case No.: 4:10-cv-01811-YGR
   LITIGATION                          )
17                                     )
                                       ) **DECLARATION OF MICHELE FLOYD**
18                                     ) **IN SUPPORT OF DEFENDANT**
                                       ) **SONY COMPUTER ENTERTAINMENT**
19                                     ) **AMERICA, LLC'S RESPONSES TO**
                                       ) **OBJECTIONS TO PROPOSED CLASS**
20                                     ) **ACTION SETTLEMENT**
                                       )
21        I, Michele Floyd, declare as follows:

22        1.      I am an attorney at law licensed to practice law in the state of California and

23 before this Court. I am over the age of 18 and I am not a party to this action. I am a partner of

24 the law firm Sacks, Ricketts & Case LLP, counsel of record for Sony Computer Entertainment

25 America, LLC ("SCEA"), defendant herein. I have personal knowledge of the facts set forth

26 below except as to those facts set forth upon information and belief. As to those facts, I believe

27                                    1

28

them to be true.  If called as a witness, I could and would testify competently to the facts set forth below.  I make this Declaration in Support of SCEA's Consolidated Response to Objections to Proposed Class Action Settlement.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of SCEA's System Software License Agreement that was produced pursuant to discovery related to this litigation, Bates No. SCEA0006074 – 76.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the PlayStation Network Terms of Service and User Agreement ("PSN ToSUA") that was produced pursuant to discovery related to this litigation, Bates No. SCEA0006092 – 99.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Plaintiff Derek Alba.  The deposition transcript is regularly maintained in my law firm's files.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from the deposition of Plaintiff Jonathan Huber.  The deposition transcript is regularly maintained in my law firm's files.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from the deposition of Plaintiff Jason Baker.   The deposition transcript is regularly maintained in my law firm's files.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the deposition of Plaintiff James Girardi. The deposition transcript is regularly maintained in my law firm's files.

8.     During the most recent mediation session in this matter, I shared information from a consumer perception survey with Plaintiffs' counsel and the mediator indicating that more than 90 percent of consumers were unaware of the Other OS functionality at the time of purchase and those who did know about it placed little or no value on it.  The survey is attorney work product and therefore was not provided to Plaintiffs' counsel.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2  10th day of January, 2017 in San Francisco, California.

3                                                    s/Michele Floyd
                                                     Michele Floyd

# EXHIBIT 1

# SYSTEM SOFTWARE LICENSE AGREEMENT FOR THE PLAYSTATION®3 SYSTEM

PLEASE READ THIS SYSTEM SOFTWARE LICENSE AGREEMENT CAREFULLY TO UNDERSTAND YOUR RIGHTS AND OBLIGATIONS.

Version 1.0 (November 11, 2006)

ACCESS TO OR USE OF THE SYSTEM SOFTWARE IN THE SONY COMPUTER ENTERTAINMENT INC. ("SCE")'S PLAYSTATION®3 COMPUTER ENTERTAINMENT SYSTEM UNIT ("PS3™ system") IS EXPRESSLY CONDITIONED UPON ACCEPTANCE OF THE TERMS OF THIS AGREEMENT.

This Agreement is a contract with SCE. This Agreement applies to any system software or firmware included in the PS3™ system, and any patches, updates, upgrades, or new versions of the system software or firmware provided to or made available for your PS3™ system through any SCE service or online network, SCE website or PS3™ system game disc (software is collectively, "System Software").

## 1. LICENSE GRANT

Subject to the terms and conditions of this Agreement, all System Software is licensed to users solely for personal, non-commercial use on the PS3™ system in the country in which the PS3™ system was designed by SCE to operate. To the extent permitted by applicable law, your rights to use or access the current version of the System Software shall cease upon installation of a newer version of the System Software onto your PS3™ system, whether such installation occurs through manual or automatic download by SCE through SCE's online network, or otherwise. SCE does not grant any license to System Software obtained by users in any manner other than SCE's authorized distribution methods. You do not have any ownership rights or interests in the System Software. All intellectual property rights therein belong to SCE and its licensors, and all use or access to such System Software shall be subject to the terms of this Agreement and all applicable copyright and intellectual property laws. Except as expressly granted in this Agreement, SCE and its licensors reserve all rights, interests and remedies.

## 2. RESTRICTIONS

You may not lease, rent, sublicense, publish, modify, adapt, or translate any portion of the System Software. To the fullest extent permitted by law, you may not reverse engineer, decompile, or disassemble any portion of the System Software, or create any derivative works, or otherwise attempt to create System Software source code from its object code. You may not (i) use any unauthorized, illegal, counterfeit, or modified hardware or software in connection with the System Software, including use of such tool to bypass, disable, or circumvent any encryption, security, or authentication mechanism for the PS3™ system; (ii) violate any laws, regulations or statutes, or rights of SCE or third parties in connection with your access to or use of the System Software, including the access, use, or distribution of any software or hardware that you know or should have known to be infringing or pirated; (iii) use any hardware or software to cause the System Software to accept or use unauthorized, illegal, or pirated software or hardware; (iv) obtain the System Software in any manner other than through SCE's authorized distribution methods; or (v) exploit the System Software in any

CONFIDENTIAL

SCEA0006074

manner other than to use it in your PS3™ system in accordance with the accompanying documentation and with authorized software or hardware, including use of the System Software to design, develop, update, or distribute unauthorized software or hardware for use in connection with the PS3™ system for any reason. Any violation of these restrictions will void the PS3™ system's warranty and affect your ability to obtain warranty services and repair services from SCE.

## 3. SERVICES AND UPDATES

From time to time, SCE may provide certain updates, upgrades or services to your PS3™ system to ensure it is functioning properly in accordance with SCE guidelines. Some services may be provided automatically without notice when you sign onto SCE's online network, and others may be available to you through SCE's website or authorized channels. Without limitation, services may include the provision of the latest update or download of new release that may include security patches, and new or revised settings and features which may prevent access to pirated games, or use of unauthorized hardware or software in connection with the PS3™ system. Some services may change your current settings, cause a loss of data or content, or cause some loss of functionality. It is recommended that you regularly back up any data on the hard disk that is of a type that can be backed up.

## 4. CONTROL MECHANISM

SCE may use DNAS (Dynamic Network Authentication System), a proprietary system designed to authenticate game titles and the PS3™ system when you connect the PS3™ system to a network. DNAS may retrieve information about your hardware and software for authentication, copy protection, account blocking, system, rules, game management and other purposes. The information collected is not your personally identifying information and there is no way to identify you from the information collected by DNAS. Any unauthorized transfer, exhibition, export, import or transmission of programs and devices circumventing DNAS may be prohibited by law. SCE reserves the right to use any other authentication or security system, or method in connection with the PS3™ system.

## 5. WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY

No warranty is given about the quality, usability, or functionality of the System Software. The System Software is provided "AS IS". User is responsible for all fees in connection with use of or access to the internet. SCE expressly disclaims any implied warranty of merchantability, warranty of fitness for a particular purpose and warranty of non-infringement. SCE EXCLUDES ALL LIABILITY FOR ANY LOSS OF DATA, LOSS OF PROFIT, OR ANY OTHER LOSS OR DAMAGE SUFFERED BY YOU OR ANY THIRD PARTY, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL HOWEVER ARISING, AS A RESULT OF ACCESSING TO OR USING THE SYSTEM SOFTWARE. THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

## 6. TERMINATION

If SCE determines that you have violated the terms of this Agreement, SCE may take all actions to protect its interests, including denial of any services such as warranty services and repair services provided for your PS3™ system and termination of your access to PLAYSTATION®Network, implementation of upgrades or devices intended to discontinue unauthorized use, or reliance on any other remedial efforts as reasonably necessary to prevent the use of a modified PS3™ system, or any pirated material or equipment. SCE and its licensors reserve the right to bring legal action in the event

CONFIDENTIAL                                                                      SCEA0006075

of a violation of this Agreement. SCE reserves the right to participate in any government or private legal action or investigation relating to your conduct.

## 7. EXPORT CONTROL

The PS3™ system may contain technology that is subject to certain restrictions under the U.S. Export Administration Regulations, and may not be exported or re-exported to U.S. embargoed destinations. In addition, the PS3™ system may not be exported or re-exported to persons and entities prohibited by the U.S. Export Administration Regulations.

## 8. GENERAL LEGAL

By using or accessing the System Software, you agree to be bound by all current terms of this Agreement. To access a printable, current copy of this Agreement, go to http://web.archive.org/web/20061206023303/http://www.scei.co.jp/ps3-eula/ on your personal computer. SCE, at its sole discretion, may modify the terms of this Agreement at any time. Please check back on this website from time to time for changes to this Agreement. Your continued access to or use of the System Software will signify your acceptance of any changes to this Agreement. In the event of any conflict between this Agreement and the Terms of Service and User Agreement for SCE's online network, the terms of this Agreement shall control the use of or access to, the System Software.

Document selection

Country / Region selection

©2006 Sony Computer Entertainment Inc. All rights reserved

CONFIDENTIAL

SCEA0006076

# EXHIBIT 2

# PLAYSTATION®NETWORK
# TERMS OF SERVICE AND USER AGREEMENT

Version 1.0 (November 11, 2006)

PLEASE READ THIS ENTIRE AGREEMENT AND INDICATE WHETHER YOU AGREE TO
ITS TERMS BY CLICKING THE "ACCEPT" OR "DO NOT ACCEPT" BUTTON AT THE END
OF THE AGREEMENT. YOUR ACCESS TO SONY COMPUTER ENTERTAINMENT
AMERICA'S PLAYSTATION®NETWORK ("PSN") IS EXPRESSLY CONDITIONED UPON
YOUR ACCEPTANCE OF THE TERMS OF THIS AGREEMENT. IF YOU CLICK THE " DO
NOT ACCEPT " BUTTON, YOU WILL NOT BE ABLE TO ACCESS PSN.

This Agreement is a contract between you and Sony Computer Entertainment America Inc. ("SCEA")
and can be accepted only by an adult 18 years or older. If you are under 18, you must ask your parent
or legal guardian to consent to this Agreement and Privacy Policy. By clicking the "ACCEPT" button
yourself, you affirm that you are 18 years or older and you accept this Agreement. You also affirm
that you are accepting this Agreement on behalf of, and all legal and financial responsibility and
liability for the actions of, your child, and for all subordinate accounts ("Sub Accounts") attached to
your Master Account.

This Agreement applies to the services, software and content provided through or in connection with
PSN, including game subscriptions, data, system software, fixes, updates or newer releases and
peripheral materials.

If you accept this Agreement, you are subject to its terms and all other agreements that you have
entered into in connection with PSN. You agree that you will not directly or indirectly use PSN (i) in
any way for any commercial purpose, (ii) in any way that violates the law or the community code of
conduct, or (iii) in any way that harms or has the potential to harm SCEA, its parent company, or any
affiliates, subsidiaries, licensors, providers, partners of SCEA or its parent company, and users. You
agree that you will not use any unauthorized hardware or software to access or use PSN.

## 1. PSN ACCOUNT REGISTRATION

Through PSN, you can participate in SCEA's online community, play games online, and purchase
content and services, such as new levels for your favorite games or subscriptions to games. PSN may
not be available, or may not be supported, in some countries and some languages. You must create a
PSN account in order to access PSN's content and services. SCEA reserves the right to deny the
creation of any account at its discretion and for any reason. Currently, there are no charges for
creating a PSN account, but there may be charges associated with certain online content or services
that are available through PSN. All information provided during PSN account registration must be
truthful and accurate. There are two types of PSN accounts: Master Accounts and Sub Accounts. All
PSN accounts have an associated PSN mailbox for receiving text mail.

If you are 18 years or older, you can create a Master Account for yourself. Each Master Account can
create up to six (6) associated Sub Accounts. You are not permitted to create Sub Accounts for
persons under the age of 18 who are not your children or for whom you are not the legal guardian.

A Master Account has access to and control over the following aspects of its Sub Accounts: (i)
financial aspects; (ii) content availability and (iii) certain chat features. Text mail from SCEA that



SCEA0006092

relates to a Sub Account's purchases on PSN will be sent to the mailbox of the associated Master Account. At its sole discretion, SCEA may send text mail to the Master Account relating to the Sub Account's other activities on PSN.

A child under 18 can only have a Sub Account associated with a Master Account of the child's parent or legal guardian. If you are creating a Sub Account for a child under the age of 13, you must provide (i) your consent for SCEA to disclose, pursuant to SCEA's privacy policy, your child's personally identifying information to third parties for the purpose of allowing your child to participate in PSN activities, such as video and voice chat and gameplay; and (ii) your credit card information. Your credit card will be used to verify parental consent under laws requiring such consent. You will not be charged a fee for creating the Sub Account. If you do not consent to the disclosure of this requested information, you will not be able to create a Sub Account for the child. If all requested information is provided, a separate email containing a code will be sent to the Master Account's email account with instructions to complete registration by entering the code into the Sub Account using a personal computer. You will need to create for your child an Online ID that will be associated with the child's PSN Sub Account. Please note that the Online ID is publicly available to and viewable by all PSN users and your child may receive text emails from any PSN users, including adults, in your child's PSN account mailbox. The parent's Master Account will not be notified of text emails sent to a child's Sub Account mailbox. As the parent or legal guardian, it is your sole responsibility to monitor your child's access to or use of PSN, as well as any communications made or received by your child on or through PSN.

Some content and services may not be appropriate for children under a certain age. Please check age ratings for content before purchase. Some purchased content is designed to be downloaded to your PLAYSTATION®3 computer entertainment system unit and will be accessible by all users of that unit. Please monitor your child's access to content that may be age inappropriate that you or others may purchase and download. PSN parental controls will not apply to downloaded content. Your child may not be able to access content, services or play games rated for players older than his or her registered age. In some countries, parents and legal guardians with Master Accounts will be permitted to set their parental controls to override content restrictions on associated sub accounts. Please see the Regional Online Manual at http://web.archive.org/web/20070103203102/http://www.us.playstation.com/SCEAROM for more information.

A Master Account can also create Sub Accounts for people over the age of 18. Credit card information is not required to create a Sub Account for someone over 18. Adult Sub Account holders must accept this Terms of Service and User Agreement and the applicable Privacy Policy themselves. The Master Account holder is jointly and severally legally and financially responsible for the actions of his or her Sub Account holders on PSN, regardless of their age.

Both Master Account and Sub Account holders select their own Online ID, Sign-In ID and password to gain access to their accounts. All users should safeguard their account information to prevent unauthorized use. Certain information, which may include the Online ID, "About Me" statement, avatar pictures, country/area of residence, preferred language and recently played game titles, is provided to all PSN users, including children. SCEA shall have no liability for any unauthorized usage of a PSN account. PSN accounts registered on a personal computer and not used on a PLAYSTATION®3 computer entertainment system unit after a certain amount of time may be subject to deletion. Deletion or termination of a Master Account will result in the deletion and termination of all associated Sub Accounts.

SCEA0006093

## 2. PSN COMMUNITY

Currently, no purchase is required to participate in general PSN community activities. If you have a PSN account, you can chat via voice and video with friends and enjoy single sign on benefits without purchase, as well as enjoy online gaming for which there is no subscription or purchase requirement.

## 3. COMMUNITY CODE OF CONDUCT

You must adhere to the following rules of conduct, and also follow a reasonable, common-sense code of conduct. Users are required to take into consideration community standards and refrain from abusive or deceptive conduct, cheating, hacking, or other misuse of PSN. Rights of other players should be respected.

The violations that are prohibited include but are not limited to the following:

- You may not engage in deceptive or misleading practices.
  You may not abuse or harass others, including but not limited to stalking behavior.
- You may not use offensive or vulgar language, images, or sounds in any communication or in the creation of any Online ID, public profile or other publicly viewable areas. This includes but is not limited to, speech that is racially, ethnically, or religiously offensive, libel and defamation, threats, bullying and stalking.
- You may not organize hate groups or use or promote hate speech.
- You may not use, make, or distribute unauthorized software or hardware in conjunction with PSN, or take or use any data from PSN to design, develop or update unauthorized software or hardware, including but not limited to cheat code software or devices that circumvent any security features or limitations included on any software or devices.
- You may not modify or attempt to modify the online client, disc, save file, server, client-server communication, or other parts of any game title, or content.
- You may not cause disruption to any account, system, hardware, software, or network connected to PSN for any reason, including to gain an unfair advantage in a game.
- You may not bypass or attempt to bypass any user authentication systems or security feature.
- You may not attempt to hack or reverse engineer any code or equipment in connection with PSN.
- You may not provide anyone with your name or any other personally identifying information, or the name, password or personally identifying information of any other person or business through any means, including messaging, chat or any other form of PSN communication.
- You may not send excessive communications that are disruptive (spamming) to the normal flow of chat or gameplay, or that are otherwise unsolicited.
- You may not introduce content that is commercial in nature such as advertisements, solicitations, promotions and links to web sites.
- You may not introduce content that will be harmful to SCEA, its licensor, or players such as any code or virus that may damage any property or interfere with the use of the property or PSN.
- You may not access, use, or distribute any content or material that you know or should have known to be infringing or pirated.
- You may not impersonate another player, an SCEA employee, or an employee of a third party publisher.
- You may not provide SCEA or any third party company with false or inaccurate information, including reporting false complaints to SCEA Consumer Services or providing false or inaccurate information during account registration.

SCEA0006094

- You may not engage in any activity to gain unauthorized access to or interfere with any account, system, hardware, software, or network connected to the PSN.
- You may not sell, buy, or trade your Online ID or any personal access to PSN through any means or method, including use of web auction sites.
- You may not conduct any activities that violate any local, state or federal laws, including but not limited to, copyright or trademark infringement, defamation, invasion of privacy, identity theft, hacking, stalking, fraud, and the distribution of counterfeit software.

Unless otherwise required by applicable law, there is no requirement or expectation that SCEA will monitor or record any online activity on PSN, including communications. However, SCEA reserves the right to monitor and record any online activity on PSN, and you give SCEA your express consent to monitor and record your activities. SCEA reserves the right to remove any content from anywhere on PSN at SCEA's sole discretion. SCEA has no liability for any violation of this Agreement by you or by any other player.

## 4. CONTENT ON PSN

PSN provides you with the ability to buy a variety of content, including game-specific items, such as new gameplay levels and graphics, as well as game subscriptions. All content is provided through PSN by SCEA, including content created or published by third parties. Third party publishers may administer the gameplay or provide customer service for certain games. To enable third party publishers to administer games or provide customer service, we must provide them with your personal information. If you do not consent to allow us to share your personal information with third party publishers for the purpose of providing you with PSN services, you will not be able to participate in PSN. In order to access certain content, you may be required to accept additional content-specific terms of service ("Service Agreement"). Notwithstanding any provision of any other agreement, in the event of any conflict between this Agreement and the Service Agreement or any other terms of service in connection with PSN or in connection with any disc-based product used with PSN, this Agreement shall control.

## 5. WALLET

All content, including third party published content, may only be purchased from SCEA using funds from the PSN wallet. All purchases made by the Sub Account or the Master Account must be made through a PSN wallet that is automatically associated with a Master Account. A Sub Account does not have its own separate wallet. Master Accounts can set a maximum spending amount for each Sub Account, effective at the beginning of the following month. A Master Account holder can fund the PSN wallet up to a maximum amount determined by SCEA ("Limit"), using either (i) a credit or debit card; (ii) a pre-paid card where available; or (iii) other payment methods as approved by SCEA from time to time. SCEA reserves the right to refuse purchase of any wallet funds for any reason. Except as otherwise permitted by applicable law or as expressly provided in this Agreement, funds added to the wallet are non-refundable and non-transferable. Wallet funds have no value outside PSN and can only be used to purchase content or services from SCEA through PSN. Subject to applicable law, wallet funds that are deemed abandoned or unused by law will not be returned or restored.

## 6. PREPAID CARDS

Each Master Account and its associated Sub Accounts will be subject to the Limit. If you purchase a prepaid card that has a value that, when added to the wallet's existing balance, exceeds the Limit, you will not be able to apply the value of the prepaid card to the wallet until sufficient funds have been

SCEA0006095

spent from the wallet to allow the sum of the full value of the prepaid card and wallet to be equal to or less than the Limit. The Master Account will only accept pre-paid cards with currency value from the same country as the one designated for the Master Account. Prepaid cards may be sold by authorized distributors or retailers and are the sole responsibility of authorized distributors and retailers. SCEA is not responsible for, or liable for any claims arising as a result of, any problems encountered using a prepaid card or for any defects in a prepaid card. Please contact the distributor or retailer from whom you purchased your prepaid card if you have any problems with your card.

## 7. PURCHASES

All purchases on or through the PSN are made solely between you and SCEA. By making a purchase through your master account or allowing a purchase through an associated Sub Account, you are (i) agreeing to pay for all purchases made by the Master Account and its associated Sub Accounts; (ii) authorizing SCEA to deduct from the wallet all applicable fees due and payable for all purchases made by the Master Account and its associated Sub Accounts; and (iii) agreeing to any applicable Service Agreement and the terms of service associated with the particular content, subject to Section 4 above. All sales are final. Purchased content or services are not refundable or transferable, and cannot be redeemed for cash, credit, or funds to your wallet. SCEA reserves the right to deduct from the wallet any amount resulting from a Master Account holder's request to the Master Account holder's credit card company to reverse charges for a purchase on the PSN. SCEA also reserves the right to terminate the Master Account and all Sub Accounts associated with the Master Account. In lieu of termination of the Master Account in such circumstances, SCEA may elect to provide a mechanism by which a Master Account may fund the wallet to prevent the Master Account and its associated Sub Accounts from being terminated. All transactions are made in the currency of your country of residence. Prices, items offered for sale and services are subject to change or withdrawal at any time. Prices listed do not include sales tax. Applicable sales tax will be calculated and added at the time you purchase the item or service. All sales are subject to the laws of the State of California, County of San Mateo.

You can make purchases only from a designated Sony regional company which is determined by your country/area of residence. Your country/area of residence may be verified by your credit or debit card number and may be rejected if the information does not match. If you are a Master Account holder, you will receive an email summary for each purchase after it is made, if you have given us a valid, current, operational email address. You can view your purchase history in the PSN Account Management area.

Although SCEA will try to ensure that all prices are accurate, errors may occur. If we discover an error in the price of items you have ordered, we will contact you promptly. You will have the option of either reconfirming your order at the correct price or canceling it. If we are unable to contact you, your order will be cancelled.

Upon receipt of your purchase, content or services will be made available to you through your PSN account throughout the authorized term of use or access for such content or service.

## 8. GENERAL LICENSE RESTRICTIONS AND TERMS

All content and software provided through PSN are licensed non-exclusively and revocably to you, your children and children for whom you are a legal guardian (collectively for purposes of this section, "You" or "Your"), solely for Your personal, non-commercial use on the PLAYSTATION®3 computer entertainment system unit or any other hardware devices authorized by SCEA, subject to the terms of this Agreement. All intellectual property rights subsisting in the PSN, including but not

SCEA0006096

limited to, all software, data, and content subsisting in or connection with the operation of PSN, the Online ID, the products and services offered on or through PSN and hardware used in connection with PSN (collectively defined as "Property"), belong to SCEA and its licensors. All use or access to such Property shall be subject to the terms of this Agreement and all applicable copyright and other intellectual property rights laws. You may not sell, transfer, rent, sublicense, modify, adapt, translate, reverse engineer, decompile, or disassemble any portion of the Property. You may not create any derivative works, attempt to create the source code from the object code, or download or use any Property for any purpose other than game play or other SCEA authorized use. Property is not licensed for resale or for public performance. Except as expressly granted in this Agreement, SCEA and its licensors reserve all rights, interests, and remedies in connection with PSN and the Property.

Additional terms of service and use may apply to particular content or services. Use may be restricted depending on content or service. Please read carefully all specific terms of service and use for particular content or service before purchasing. The restrictions to which particular content or service is subject are in the sole discretion of SCEA or its licensors and are subject to change at any time. Use of the terms "purchase," "sale," "sell" or "buy" on PSN or in connection with PSN shall not mean or imply any transfer of ownership of any content, data or software or any intellectual property rights therein from SCEA or its licensors to any user or third party. All other company, product, and service names and logos referenced on the PSN are the marks, trade names, trademarks/ service marks, and registered trademarks/ service marks of their respective owners.

## 9. SUBSCRIPTIONS

Subscriptions may not be shared among any PSN accounts, including the Master Account with its associated Sub Accounts. All subscriptions will be automatically renewed unless you cancel the subscription. For automatic renewal, your wallet must contain funds in an amount sufficient to cover the subscription's automatic renewal cost, or your subscription will be terminated. If you do not have sufficient funds in your wallet and you have previously entered your credit card billing information, your credit card will be automatically charged a minimum amount determined by SCEA in order to renew your subscription automatically, even if the amount charged exceeds the cost of the subscription. Any difference between the amount charged and the sum of the cost of the subscription and existing balance will be credited to your wallet. Subscription charges may be increased at the end of each subscription period. If charges are increased, you will be asked to confirm whether to continue with the subscription. You may cancel subscriptions via PSN Account Management. Cancellation will take effect from the next renewal of that subscription. Except as otherwise stated in this Agreement, you will not receive a refund for any subscriptions paid in advance.

## 10. MAINTENANCE

From time to time, it may become necessary for SCEA to provide certain content or services to you to ensure that PSN, your PLAYSTATION®3 computer entertainment system unit or other SCEA-authorized hardware is functioning properly in accordance with SCEA guidelines. Some content or services may be provided automatically without notice when you sign into PSN. Such content or service may include automatic updates or upgrades which may change your current operating system, cause a loss of data or content or cause a loss of functionalities or utilities. Such upgrades or updates may be provided for system software for your PLAYSTATION®3 computer entertainment system unit or other SCEA-authorized hardware. Access or use to any system software is subject to terms and conditions of a separate end user license agreement found at http://web.archive.org/web/20070103203102/http://www.us.playstation.com/termsofuse. You authorize SCEA to provide such content and services and agree that SCEA shall not be liable for any

SCEA0006097

damages arising from provision of such content or services or maintenance services. It is recommended that you regularly back up any data located on the hard disk that is of a type that can be backed up.

## 11. PUBLIC INFORMATION

SCEA may provide all users with information relating to your game play. You hereby authorize SCEA to use, distribute, copy, display, and publish information relating to your game play for purposes such as tournaments and ranking, without payment to you. In addition, you will have the option to post pictures, photographs, game related materials, or other information through PSN to share with the PSN community ("User Material"), provided no rights of others are violated. By posting User Material you represent and warrant that you have the appropriate rights in the User Material to allow posting. You authorize and sublicense SCEA the right to authorize anyone to use, distribute, copy, modify, display, and publish your User Material in any manner on any medium without payment to you, and you hereby waive all claims, including any moral rights, against SCEA, its affiliates and subsidiaries for SCEA or any other third party's use of User Material and game play information, as applicable. You further agree to cooperate with SCEA in resolving any dispute that may arise from your posting of User Material through PSN. SCEA reserves the right to remove any User Material at its sole discretion.

## 12. TERMINATION/ CANCELLATION

If SCEA determines in its sole discretion that you have violated any term of this Agreement or any other terms of service or agreements connected with PSN or have otherwise injured or damaged the PSN community, SCEA may take all actions to protect its interests, including termination or suspension of your PSN account (both the Master Account and any associated Sub Accounts), removal of content, implementation of upgrades or devices intended to discontinue unauthorized use, or reliance on any other remedial efforts as necessary to remedy the violation. You will not receive a refund for purchased items, value accumulated on in-game items or any unused balance in your wallet except as expressly provided in this Agreement. SCEA reserves the right to bring legal action and to participate in any government or private legal action or investigation relating to your conduct, which may require the disclosure of your information. Unless as otherwise stated in this Agreement, SCEA, at its sole discretion, may indefinitely suspend, or discontinue any and all online services and content at any time, including for maintenance service or upgrades, without prior notice or liability.

## 13. GENERAL LEGAL

SCEA, at its sole discretion, may modify the terms of this Agreement at any time, including imposing a fee for creating PSN accounts. By accepting this Agreement or by accessing PSN, you agree to be bound by all current terms of the Agreement. To access a printable, current copy of this Agreement, go to http://web.archive.org/web/20070103203102/http://www.us.playstation.com/termsofuse on your personal computer. If material changes to this Agreement are made, you will be notified by a posting as you sign in to PSN. If necessary, you will be given additional choices regarding such change(s). Please check back from time to time to ensure that you are aware of these changes. Your continued use of PSN, including use of your associated Sub Account(s), will signify your acceptance of these changes. If you do not accept material changes to the Agreement, then you may contact us to terminate this Agreement and your account(s). If there are funds in your wallet as of the date SCEA terminates your account, those funds may be refunded to you and you will not be able to access PSN.

SCEA0006098

This Agreement shall be construed and interpreted in accordance with the laws of the State of California applying to contracts fully executed and performed within the State of California. Both parties submit to personal jurisdiction in California and further agree that any dispute arising from or relating to this Agreement shall be brought in a court within San Mateo County, California. In the event of litigation to enforce any part of this Agreement, all costs and fees, including attorney's fees, shall be paid by the non-prevailing party.

## 14. WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY

No warranty is given about the quality, functionality, availability or performance of PSN, or any content or services offered on or through PSN. In addition to the limitations of liability in Sections 1, 3 and 12 of this Agreement, SCEA expressly disclaims any implied warranty of merchantability, warranty of fitness for a particular purpose and warranty of non-infringement. SCEA assumes no liability for any inability to purchase or use any content, goods or services. YOUR SOLE AND EXCLUSIVE RECOURSE IN THE EVENT OF ANY DISSATISFACTION WITH OR DAMAGE ARISING FROM PSN OR IN CONNECTION WITH THIS AGREEMENT AND SCEA'S MAXIMUM LIABILITY UNDER THIS AGREEMENT OR WITH RESPECT TO YOUR USE OF OR ACCESS TO PSN SHALL BE LIMITED TO YOUR DIRECT DAMAGES, NOT TO EXCEED THE UNUSED FUNDS IN YOUR WALLET AS OF THE DATE OF TERMINATION. EXCEPT AS STATED IN THE FOREGOING SENTENCE, SCE EXCLUDES ALL LIABILITY FOR ANY LOSS OF DATA, DAMAGE CAUSED TO YOUR SOFTWARE OR HARDWARE, AND ANY OTHER LOSS OR DAMAGE SUFFERED BY YOU OR ANY THIRD PARTY, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL AND HOWEVER ARISING, AS A RESULT OF ACCESSING OR DOWNLOADING CONTENT TO YOUR PLAYSTATION®3 COMPUTER ENTERTAINMENT SYSTEM UNIT OR USING OR ACCESSING PSN. Internet Service Provider fees are the full responsibility of the user. UNLESS THIS PROVISION IS UNENFORCEABLE IN YOUR JURISDICTION, THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.

PLEASE CONTACT SONY COMPUTER ENTERTAINMENT AMERICA INC. CONSUMER SERVICES FOR FURTHER INFORMATION OR QUESTIONS ON OUR WEBSITE http://web.archive.org/web/20070103203102/http://www.us.playstation.com/Corporate/ContactUs OR BY PHONE AT 877-971-7669.

Document selection

Country / Region selection

©2006 Sony Computer Entertainment Inc. All rights reserved

SCEA0006099

# EXHIBIT 3

1    purchase.

2         Q.  But you understand, as you told us before,

3    that the unit came with the specific warranty,

4    correct, a one-year warranty?

5         A.  That's correct.

6         Q.  Okay.  And so you understood that if

7    anything happened within the first year after you

8    purchased the PlayStation 3 Sony would repair or

9    replace it; correct?

10        A.  That's correct.

11        Q.  And you knew that if anything happened to

12   it after the expiration of that first year, you

13   would be the person who would have to pay for any

14   repair or replacement; correct?

15        A.  That's correct.

16        Q.  And Sony never told you anything to make

17   you think to the contrary?

18        A.  Well, my understanding of the ten-year

19   thing is that Sony would support it in terms of

20   games and updates and development of their library.

21   So five years down the road, this wouldn't be

22   obsolete with PlayStation 4.  It would be ten years

23   I could use the PlayStation 3 platform.

24        Q.  So, in other words, you could continue to

25   use your library of PlayStation 3 games for

1          Are you contending -- and I'm not asking

2     for a legal conclusion.  I just want it in your

3     words.

4          Are you contending that Sony had a contract

5     with you that it breached?

6          A.  I can't say as to whether yes or no because

7     it's a legal matter.

8          Q.  And you are not personally contending that

9     Sony accessed your PS3 console without

10    authorization; correct?

11         A.  That's correct.

12         Q.  The second PS3 that you bought, do you

13    continue to update that, all the firmware updates?

14    Is that updated through like the one you brought

15    with you today?

16         A.  Yes.  I can do that.

17         Q.  So you also accepted firmware update 3.21

18    on that unit?

19         A.  Yes.

20         Q.  Again, though, you did accept the update on

21    the second unit?  It wasn't unauthorized -- without

22    authorization placed on the PS3; correct?

23         A.  That is correct.

24         Q.  Okay.  From the time that you first saw any

25    advertising related to the PlayStation 3 right up

1  until today, have you ever seen any ad by Sony that

2  you contend is untrue?

3      A.  Not that I recall.

4      Q.  I'm going to make it a little bit broader

5  just because people can have different views of

6  what's an ad.  So just to make it easier.

7          As you sit today, are you contending that

8  there was any statement made to you by Sony in

9  writing or orally that was untrue?

10     A.  I can't recall.

11     Q.  We don't have the purchase documents here

12  for the second PS3; correct?

13     A.  No.

14     Q.  Okay.  What's your best recollection of

15  when you purchased that?

16     A.  I can't recall off the top of my head, but

17  it was probably a few years after my first purchase.

18     Q.  Okay.  Do you recall if it was in 2009?

19     A.  I don't recall specifically.

20     Q.  Okay.  But you're certain that it was a fat

21  model?

22     A.  Yes, it is a fat model.

23     Q.  In this lawsuit, though, you're not making

24  any claim against Sony for the loss of functionality

25  for the second PS3 when you took it back to BestBuy

# EXHIBIT 4

```
 1   changed.                                           13:29

 2         Q      The Slim's functionality is           13:29

 3   different than the Fat's, correct?                 13:29

 4         A      It was different from the Fat's, but  13:29

 5   it was also a lower price and it was advertised    13:29

 6   that it did not support backward compatibility of  13:29

 7   PS2 and PS1 games, and it was communicated in      13:29

 8   websites that it would not support "Other OS."     13:29

 9         Q      So my question is:  Was the release   13:29

10   of the Slim a violation of the ten-year life cycle 13:29

11   commitment?                                        13:30

12         A      No, because no one bought that Slim   13:30

13   expecting to support Linux.                        13:30

14         Q      Have you ever seen any reference to   13:30

15   a ten-year Linux feature anywhere?                 13:30

16         A      No, and I have not seen one for a     13:30

17   ten-year Blu-ray feature either.                   13:30

18         Q      That's right.  I would agree with     13:30

19   you.  What did you understand was the expected life 13:30

20   cycle of the Xbox One?                             13:30

21         A      I have not heard any claims from      13:30

22   Microsoft on the life of the product.              13:30

23         Q      What about the Xbox 360?              13:30

24         A      Same.  I have not really refreshed    13:30

25   myself on the 360 on what I was looking at, but I  13:31
```

Page 153

```
 1    oh, what it did do, everything does not mean minus       13:40

 2    one of what it did.                                       13:40

 3         Q    Okay.  Was the PS3 as you understood           13:40

 4    it advertised with the tag line "It only does            13:40

 5    everything" as of December 26, 2006?                     13:40

 6         A    It wasn't in 2006.  I don't remember           13:40

 7    it then.                                                 13:40

 8         Q    It came after, correct?                        13:40

 9         A    I think so.                                    13:40

10         Q    So that wasn't something that you              13:40

11    relied upon in making your purchasing decision?          13:40

12         A    That's correct.                                13:40

13         Q    Anything else that is your                     13:40

14    understanding or your knowledge of the fact that         13:40

15    Sony intended to sell the PS3 differently than it        13:40

16    advertised it at the time you made your purchase?        13:41

17         A    Could you repeat that again?                   13:41

18         Q    Sure.  Is there anything else that             13:41

19    you're relying on to say that Sony sold you the PS3      13:41

20    intentionally different than it advertised it?           13:41

21              MR. PIZZIRUSSO:  Objection.  Calls             13:41

22         for a legal conclusion.  You can answer.            13:41

23              THE WITNESS:  Before the purchase,             13:41

24         since the purchase or --                            13:41

25                                                             13:41
```

Veritext Legal Solutions
866 299-5127

```
 1    read the whole thing at this moment, things I am        14:48
 2    familiar with.                                          14:48
 3            Q    This came out November 29, 2010            14:48
 4    after you made your purchasing decision, correct?       14:48
 5            A    Yes.                                        14:48
 6            Q    So when you decided in 2014 to buy         14:48
 7    an Xbox One, did you do any research then on what       14:48
 8    if anything Microsoft was signaling as its expected     14:48
 9    console model life cycle?                               14:49
10            A    Honestly, I had kind of given up on        14:49
11    that premise at this point.                             14:49
12            Q    Is it your -- when you are referring       14:49
13    to that ten-year life cycle, is that in the context    14:49
14    of when a manufacturer stops making software and       14:49
15    hardware for use with the specific console?            14:49
16            MR. PIZZIRUSSO:   Objection.                    14:49
17    Misstates his testimony.  You can answer.              14:49
18            THE WITNESS:   So at the ten-year is            14:49
19    from the launch of the product when we                  14:49
20    will have -- there's games and literally                14:49
21    games coming out for that and support for               14:49
22    that hardware.                                          14:49
23            (Thereupon, the respective                      14:49
24            document was marked as Exhibit                  14:49
25            Number 22.)                                     14:49
```

Veritext Legal Solutions
866 299-5127

**EXHIBIT 5**

```
 1        Q.  Let's go back to that date in March of 2007 when

 2   you purchased the PS3 at about 11 o'clock in the evening.

 3        A.  Yes.

 4        Q.  Who accompanied you to make that purchase

 5   besides your father?                                    12:09:51

 6        A.  It was just me and my dad.

 7        Q.  And before going to the Walmart the evening of

 8   March of 2007 -- I think it's the 17th; correct?

 9        A.  Yes.

10        Q.  Okay.  Before going to Walmart, you'd already    12:10:02

11   made the decision to purchase the PS3?

12        A.  Yes.

13        Q.  Is it correct that nothing that you saw at the

14   Walmart store influenced your decision to purchase the

15   PS3?                                                    12:10:14

16        A.  No, I was already going to buy one.

17        Q.  Okay.  Did you have any conversation with anyone

18   working at the Walmart store about any of the features or

19   functions of the PlayStation 3?

20        A.  No.                                            12:10:23

21        Q.  You didn't ask any questions about it?

22        A.  Nope.

23        Q.  And we've already established that you didn't

24   look at the box in terms of sitting there and reading the

25   contents of it; correct?                               12:10:32
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1          A.  No.  There's very little information on the box.
 2     I already knew I wanted one before I even got the box in
 3     my hand.
 4          Q.  Were there any television advertisements that
 5     you had seen prior to purchasing the PlayStation 3 on        12:10:44
 6     March 17th, 2007, regarding the features and functions of
 7     the PS3?
 8          A.  Yeah, I had seen several.
 9          Q.  Did anything that you saw in a television ad
10     influence your decision to purchase a PS3?                   12:11:01
11          A.  Well, yes.
12          Q.  What specifically in a television ad that you
13     saw influenced your decision?
14          A.  The quality of the graphics and the -- the
15     Blu-ray capability were particular.                         12:11:12
16          Q.  What do you mean by "the quality of the
17     graphics"?
18          A.  It -- it would do graphics in 1080P, which was
19     the finest that you could get at the time, and then the
20     quality of some of the examples on the commercials just     12:11:29
21     showed that it had a high -- high-quality display, I
22     guess, would be the best way to describe it.
23          Q.  Do you recall how many different TV ads you saw
24     regarding the PlayStation 3 before making your purchasing
25     decision?                                                   12:11:46
```

Page 104

1    A.  I had seen at least five different commercials.

2    Q.  Was there any statement made in any of the

3    commercials that you observed on television about the

4    Linux feature or functioning on the PS3?

5    A.  Not in any of the ones that I had seen, no.          12:12:03

6    Q.  Was there any reference in any of the TV ads

7    that you saw to the ability to run an alternative

8    operating system on the PS3?

9    A.  Not in any of the commercials that I saw, no.

10   Q.  Did you see any print ads regarding the          12:12:21

11   PlayStation 3 prior to making your purchasing decision?

12   A.  Yes.

13   Q.  Where did you see print ads regarding the PS3?

14   A.  They were in newspapers, they were in magazines,

15   they were little splash ads on web pages.  They were          12:12:39

16   pretty ubiquitous.  They were all over the place.

17   Q.  I'm going to focus specifically on when I say

18   "print," I mean a hard copy, just so we're clear.

19   A.  Sure.

20   Q.  Okay?  So let's separate anything you saw on the          12:12:50

21   internet for the moment.  Okay?  So what newspaper ads do

22   you recall seeing concerning the PlayStation 3 prior to

23   making your purchasing decision?

24   A.  They were in Best Buy ads.  They were in --

25   we're talking newspaper only?  Is that what you're          12:13:05

```
 1    talking about?

 2         Q.  Yes, for this moment.

 3         A.  I don't know about any specific articles off the

 4    top of my head in a newspaper.  I'm speculating that

 5    there probably were some, but I mean, to recall exactly        12:13:24

 6    what date or what newspaper I saw it in would be a little

 7    difficult.

 8         Q.  And I want to pare it down even more.

 9         A.  Sure.

10         Q.  So when we're talking about newspapers, I'm          12:13:32

11    talking specifically about advertisements right now --

12         A.  Okay.  As.

13         Q.  -- opposed to editorial comment.  Are we on the

14    same page?

15         A.  Okay.  All right.                                    12:13:40

16         Q.  So did you see any newspaper advertisements by

17    Sony Computer regarding the features of the PlayStation 3

18    that referenced the alternative operating system before

19    making your purchasing decision?

20         A.  Well, you kind of have a contradictory statement     12:13:53

21    there.  Most of the time advertisements are by the

22    retailer, not by the -- not by the manufacturer.  You

23    know, when you say an ad, you know, it's usually like a

24    Best Buy ad, and it says, I've got such-and-such TV for

25    sale at such-and-such a price.                                12:14:14
```

Veritext National Deposition & Litigation Services
866 299-5127

1      Q.  Okay.  Let's do it that way.  Did you see any

2  advertisement in any newspaper by anyone about the

3  features and functions of the PlayStation 3 that

4  specifically referenced the alternative operating system?

5      A.  Not that I saw.                          12:14:26

6      Q.  Okay.  Did you see any advertisement in any

7  newspaper by anyone regarding the PlayStation 3 that

8  specifically referenced the ability to run Linux on the

9  PlayStation 3?

10      A.  As far as advertisement?  No.            12:14:37

11      Q.  Yes.  Let's go beyond newspapers.  We've covered

12  that already.  Did you see any print advertisement

13  anyplace by anyone that referenced the alternative

14  operating system as a feature of the PS3?

15      A.  Advertisement.  Not as an advertisement per se,  12:14:56

16  no.

17      Q.  Okay.  And the answer would be the same with

18  regard to the feature specifically of running Linux:  You

19  never saw a print advertisement anyplace by anyone that

20  specifically stated that PS3 would be able to run Linux?  12:15:24

21      A.  Not in the advertising, no.

22      Q.  Did you see any advertisement on the internet by

23  anyone that referenced the ability to run an alternative

24  operating system on the PS3?

25      A.  I saw numerous articles outlining that    12:15:44

```
 1    capability, but as far as whether they could be construed

 2    as an advertisement or not, I saw many different

 3    articles, but they were mostly articles.

 4          As far as like an ad, usually ads are short, and

 5    I can't say that I did not see any, but I can't say          12:16:10

 6    specifically what I did see either, you know.

 7          Q.  Well, as you sit here today, do you recall ever

 8    seeing an internet advertisement by a retailer, by a

 9    manufacturer, whoever, but an advertisement saying, here,

10    buy the PS3, it will be able to run Linux?                   12:16:32

11          A.  I don't recall seeing that in an advertisement.

12          Q.  All right.  You've said a couple times now that

13    you saw articles.

14          A.  Yes.

15          Q.  And I want to focus specifically on the point in  12:16:47

16    time before you purchased the PS3.  So before March 17th

17    at 11:00 p.m.

18          A.  Right.

19          Q.  What articles did you read prior to that point

20    in time that referenced the ability to run the              12:16:59

21    alternative operating system?

22          A.  There were articles on IBM's internal news that

23    talked about it.  There were articles from certain gaming

24    magazines, various technical blogs that -- you know, they

25    give them advance notice of products and they detail the    12:17:22
```

1    things that they can do.  They're mainly editorial-type

2    columns, I guess you'd call them, articles, yeah.

3         Q.  What article, if any, did you see prior to

4    purchasing the PS3 that was issued by Sony Computer that

5    referenced the alternative operating system?          12:17:40

6         A.  I believe there was one marketing piece that was

7    put out by Sony.  It wasn't like an advertisement, but it

8    was a downloadable PDF file that was approximately 30

9    pages long that detailed the entire -- like all the specs

10   and the workings of the PS3.  It had pictures.  It had    12:18:01

11   lots of detailed technical information, and I believe

12   that document was put out by Sony.

13           I've been looking for that document, and I

14   haven't been able to find it in either a printed-out copy

15   or a downloadable copy.  That's the only place that I     12:18:19

16   recall reading that kind of information that would have

17   come directly from Sony.

18        Q.  When do you recall first seeing the article that

19   you've just described, the downloadable technical piece?

20        A.  It would have been after reading about it in the  12:18:41

21   IBM news, and when I was, you know, going to the

22   PlayStation site to get more information about the

23   machine.

24        Q.  And is it your testimony that when you visited

25   the PlayStation site after reading the IBM news, you read  12:19:03

```
 1    the 30-page downloadable piece?

 2         A.  Yes.

 3         Q.  Did you download it?

 4         A.  I did and I printed it off, but I haven't been

 5    able to procure a copy of it.                      12:19:12

 6         Q.  On what computer did you download it?

 7         A.  That's unclear to me at this point which

 8    computer I did it on.  I'm not sure if I did that on my

 9    work laptop or if I did that on a computer at home.

10         Q.  And what have you done to search for it?  12:19:30

11         A.  I have looked on all the computers that I have

12    and also I've looked online, but I haven't been able to

13    find that exact document.

14         Q.  Prior to the occasion in which you read and

15    downloaded this roughly 30-page file, had you ever before  12:19:44

16    visited Sony's website, Sony Computer's website?

17         A.  Yes, I had.

18         Q.  When did you first visit Sony Computer's

19    website?

20         A.  Let's see here.  I'm trying to think of what  12:20:05

21    products they had that I would have looked up on there.

22    I know I had a mini-disk player.  So, you know, I looked

23    up specs on that.  Probably downloaded an owner's manual

24    to look over before purchasing it.

25              That would have been, I'm estimating, probably  12:20:24
```

1   around 2005.  That was the probably the first time.

2        Q.  Is that your general practice, before buying a

3   piece of technology, to look at the owner's manual?

4        A.  I like to, yeah.  I like to -- to see -- sales

5   materials don't give you a lot of in-depth information,          12:20:44

6   and for comparison purposes, I like to be able to look

7   and see how the thing's going to function and operate

8   before purchasing it, yeah.

9        Q.  And did you review the user manual on the Sony

10  Computer website regarding the PS3 prior to purchasing          12:21:01

11  it?

12       A.  I don't know that I did that.  I may have.  I

13  can't say for sure.  It wouldn't surprise me if I did.

14       Q.  Is there anything other than the roughly 30-page

15  technical piece that you read prior to purchasing the PS3       12:21:16

16  that referenced the ability to run Linux on the

17  alternative operating system?

18       A.  Now are you saying provided by Sony or?

19       Q.  Yes.

20       A.  I know it was in the owner's manual, but I don't        12:21:39

21  know.  I can't say for certain whether I actually looked

22  at the owner's manual before or after purchase.

23       Q.  Did you look at the warranty for the

24  PlayStation 3 on the Sony Computer website before

25  purchase?                                                       12:21:54

```
 1        Q.  My question wasn't clear.

 2            Did you understand the Complaint is the

 3   mechanism by which you inform the Court of the basis of

 4   your claims?

 5        A.  Yes.                                          16:30:49

 6        Q.  And you understood that you were acting as a

 7   putative class representative; correct?

 8        A.  Yes.

 9        Q.  And in your original Complaint, which we've

10   marked as Exhibit 7 -- sorry, I lost my page -- you     16:31:02

11   understand that you were suing not just for yourself, but

12   also for other PlayStation 3 purchasers; correct?

13        A.  Yes.

14        Q.  And do you know what information, if any, in the

15   Complaint was provided by any of the other putative class  16:31:27

16   plaintiffs?

17        A.  I don't know which documents were provided by

18   the other plaintiffs.  It was a collaborative thing.

19        Q.  And specifically where, if anywhere, did you see

20   a promise by Sony Computer before you bought the        16:31:53

21   PlayStation 3 in March of 2007 that the Other OS

22   alternative operating system would continue to be

23   supported by the company for ten years?

24        A.  I never saw any statement that said that.

25        Q.  And we've already confirmed that there's no    16:32:12
```

```
 1            THE VIDEOGRAPHER:  Going off the record, the

 2     time is 5:06 p.m.

 3            (Recess.)

 4            (Exhibit 21, Sony PlayStation 3 Quick Reference,

 5            marked for identification.)              17:11:59

 6            THE VIDEOGRAPHER:  Back on the record, the time

 7     is 5:12 p.m.

 8        Q.  BY MS. SACKS:  Prior to -- I'm sorry, you

 9     understand you're still under oath?

10        A.  Yes.                                     17:12:39

11        Q.  Okay.  Prior to purchasing the PS3 in March of

12     2007, did you see any promise by Sony Computer that

13     access to the PlayStation Network would be available for

14     ten years to PS3 purchasers?

15        A.  A specific statement to that effect, no.  17:12:56

16        Q.  Yes.  Did you ever see any promise that

17     continued access to the PlayStation Network and the

18     ability to use the Other OS feature was guaranteed for

19     ten years by Sony Computer?

20        A.  In those exact words, no.                17:13:14

21        Q.  Take a look at what we've marked as Exhibit 21,

22     please.  You mentioned earlier this morning that you had

23     seen a document prior to the purchase of the PS3 that was

24     about 30 pages and had technical specifications.  Take a

25     look at Exhibit 21 and see if that refreshes your  17:13:34
```

```
 1        Q.  Have you got it?

 2        A.  The Second Amended, yes.

 3        Q.  Okay.  Could you turn to page 8, please.  And

 4   I'm going to focus specifically on paragraph 19.

 5        A.  Okay.                                      17:49:44

 6        Q.  Now the Second Amended Complaint was just filed

 7   May 29th, 2014; correct?

 8        A.  Correct.

 9        Q.  So this was after the case has gone up on appeal

10   and it's come back down on some of the claims, as you   17:49:58

11   understood it; correct?

12        A.  Yes, correct.

13        Q.  And you reviewed Exhibit -- I didn't write the

14   number down -- 7?  Could you look at the first page?

15        A.  Exhibit?                                   17:50:09

16        Q.  The exhibit number.

17        A.  Oh, Exhibit 9.

18        Q.  Thank you.

19        A.  The Second Amended Complaint?

20        Q.  Yes.                                       17:50:15

21        A.  Yes.

22        Q.  You reviewed Exhibit 9 to make sure that it was

23   factually accurate; correct?

24        A.  Correct.

25        Q.  Paragraph 19 is relevant to you, specifically?  17:50:20
```

Page 299

```
1          A.  Yes, it is.

2          Q.  Okay.  And you reviewed that to make sure that

3    everything was accurate; correct?

4          A.  Yes.

5          Q.  Nowhere in paragraph 19 does it mention that you    17:50:30

6    ever saw any statement by Sony Computer prior to

7    purchasing the PS3 in March of 20 -- of 2007 about a

8    ten-year lifespan?

9          A.  I don't see that here.

10         Q.  And is that because -- strike that.                 17:50:54

11              It states throughout this paragraph various

12    representations that you attribute to Sony that you

13    relied upon in making your decision to purchase the PS3;

14    correct?

15         A.  Correct.                                             17:51:07

16         Q.  And you wanted to make sure that everyone

17    understood exactly what it was that had you relied on

18    that was a statement by Sony before buying your

19    PlayStation 3; correct?

20         A.  Correct.                                             17:51:20

21         Q.  Did you review the contents of Exhibit 9 as they

22    related to the other named plaintiffs or just that part

23    that was related to you?

24         A.  I reviewed the entire document.

25         Q.  So, for instance, with regard to Mr. Alba in        17:51:43
```

Veritext National Deposition & Litigation Services
866 299-5127

# EXHIBIT 6

1  the court stated that it's difficult to discern

2  exactly what affirmation of fact or description of

3  the goods are set forth in these statements you

4  allege in your Class Action Complaint.  I'm just

5  asking if you're aware of that ruling.

6          MR. QUADRA:  Lacks foundation.  He

7  testified that he was not aware of the ruling.

8          THE WITNESS:  Yeah.

9          MR. QUADRA:  You can answer it again.

10          THE WITNESS:  Not to my recollection.

11  BY MR. COLLINS:

12      Q.  Are you aware that the court held that

13  plaintiffs failed to allege that Sony made any

14  expressed warranties as to the continued

15  availability of the OS feature?

16      A.  Not to my recollection.

17      Q.  None of the statements by Sony that are in

18  your complaint say anything about the continued

19  availability of the OtherOS feature; correct?

20      A.  Not that I remember.

21      Q.  In your --

22      A.  My assumption is that it always would be

23  there.

24      Q.  Okay.  But you're not aware of any

25  statement by Sony that it would always be there?

1    A.  I don't remember any -- a statement from

2    Sony.  My assumption is that it would always be

3    there.

4        Q.  Okay.

5        A.  If you're offering a feature, why would you

6    take it away?

7        Q.  Okay.  In your original lawsuit you brought

8    a claim under the Massachusetts Consumer Protection

9    Act; is that correct?

10       A.  Correct.

11       Q.  And in your complaint you cited that -- in

12   paragraph 10, that this is a Civil Action filed

13   under M.G.L. Chapter 93A, Section 9(2) and Rule 23

14   of the Federal Rules of Civil Procedure.

15           Is "M.G.L." the Massachusetts General Laws,

16   or do you know?

17       A.  I don't know that for sure.

18       Q.  Okay.  Do you know what the statute refers

19   to?

20       A.  I'm not a lawyer, so I don't really

21   understand the legal jargon.

22       Q.  Are you familiar with the Massachusetts

23   Consumer Protect Act?

24       A.  Yes.

25       Q.  What is that?