1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   **IN RE SONY PS3 "OTHER OS" LITIGATION**          Case No.   10-cv-01811-YGR

8                                                     **ORDER DENYING ADMINISTRATIVE**
                                                      **MOTIONS TO REMOVE "INCORRECTLY**
9                                                     **FILED DOCUMENTS"**

10                                                    **DKT. NO. 292, 296**

11

12          On January 18, 2017, Defendant Sony Computer Entertainment America LLC ("Sony")

13   filed an administrative motion to remove an "incorrectly filed" document (Dkt. Nos. 292), seeking

14   to remove from the ECF docket in this matter the document Sony originally filed at Docket No.

15   288, Sony's response to certain objections to the Motion for Final Approval of Class Action

16   Settlement.  On January 19, 2017, Plaintiffs filed an administrative motion (Dkt. No. 296) to

17   remove "incorrectly filed" documents at Docket Nos. 286 and 286-1.  Sony's motion indicated

18   that the document it wanted removed from the Court's electronic docket "contained an incorrect

19   draft of footnotes 2 and 3."  (Dkt. No. 292 at 2.)  Similarly, Plaintiffs' motion sought to remove

     permanently from the docket a response and declaration which "contained a draft of [seven lines]
20
     that require clarification."
21
            Both parties only sought to do so after an objector requested an opportunity to respond to
22
     what he saw as errors in the parties' responses to his objection.[1]  Both parties cited Local Rule 7-
23
     11 and ECF "rules" regarding "Correcting E-Filing Mistakes."  Both parties filed corrected
24
     versions or errata at the same time they filed their motions to remove the prior versions.
25
            The administrative motions to remove these documents are **DENIED**.
26

27          _____

            [1] *See* Dkt. No. 289, filed January 17, 2017, and corrected version at Dkt. No. 290, filed
28   January 18, 2017.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Local Rule 7-11 deals only with the procedural rules for administrative relief.  It makes no

2    mention of removal of documents from the Court's docket.  The ECF guidance on the Court's

3    website states specifically that, if a party seeks to file a corrected version, the party should simply

4    file that corrected version on the docket and note that it is a correction of the previously filed

5    document.  It specifically limits the circumstances under which a motion to remove a document is

6    appropriate, as follows:

7          If—and only if—your e-filing mistake involves the unintended disclosure of
           confidential information, you may file a motion to remove a sensitive e-filed
8          document.  The Court views removing an e-filed document as a drastic measure
           or last resort reserved for documents whose contents are **confidential**. If
9          confidential information is not involved, simply e-file a corrected version.

10   *See* https://cand.uscourts.gov/ecf/correctingmistake (emphasis in original).

11         A request to remove a document because it needed correction or editing is plainly

12   inappropriate.  The parties do not identify any confidential information that was included in the

13   documents they want removed, nor does any appear.

14         A motion seeking to remove such documents from the Court's website is contrary to the

15   Court's policy of providing the public full access to documents filed with the Court to the greatest

16   extent possible, as well as a waste of judicial resources.  Counsel are cautioned against making

17   similar motions in the future.

18         **IT IS SO ORDERED.**

19         This terminates Docket Nos. 292 and 296.

20   Dated: January 31, 2017

21                                        _____
                                          **YVONNE GONZALEZ ROGERS**
22                                        **UNITED STATES DISTRICT JUDGE**

23

24

25

26

27

28

2