| | |
|---|---|
| Quentin Roberts (SBN 306687)<br>qroberts@rinkelsteinthompson.com<br>**FINKELSTEIN THOMPSON LLP**<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 398-8700<br>Facsimile: (415) 398-8704<br><br>Kathleen Fisher (SBN 70838)<br>kfisher@calvofisher.com<br>**CALVO FISHER & JACOB LLP**<br>555 Montgomery Street, Suite 1155<br>San Francisco, California 94111<br>Telephone: (415) 373-8370<br>Facsimile: (415) 374-8373<br><br>James Pizzirusso (*Pro Hac Vice*)<br>jpizzirusso@hausfeld.com<br>**HAUSFELD LLP**<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* | LUANNE SACKS (SBN 120811)<br>lsacks@srclaw.com<br>MICHELE FLOYD (SBN 163031)<br>mfloyd@srclaw.com<br>**SACKS, RICKETTS & CASE LLP**<br>177 Post Street, Suite 650<br>San Francisco, CA 94108<br>Telephone: 415-549-0580<br>Facsimile: 415-549-0640<br><br>CYNTHIA A RICKETTS (*Pro Hac Vice*)<br>cricketts@srclaw.com<br>**SACKS, RICKETTS & CASE, LLP**<br>2800 North Central Avenue, Suite 1230<br>Phoenix, AZ 85004<br>Phone: (602) 385-3370<br>Fax: (602) 385-3371<br><br>Attorneys for Defendant<br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | Case No.: 4:10-cv-01811-YGR<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: February 13, 2017<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor<br><br>Hon. Yvonne Gonzalez Rogers |

The parties to the above-captioned class action lawsuit hereby file their Joint Case Management Statement.

- 1 -

**Status of Case**

Following the Court's January 31, 2017, Order Denying Motion for Final Approval of Class Action Settlement without Prejudice [Dkt. 300], the parties met and conferred to discuss how to proceed in light of the Court's Order. The parties respectfully request that this case remain stayed for an additional 90 days to afford the parties time to address the evidentiary and other issues raised by the Court in its Order. The parties will be prepared to discuss these issues with the Court at the February 13, 2017, Case Management Conference.

Dated: February 3, 2017             Respectfully submitted,

                                    SACKS, RICKETTS & CASE LLP

                                    By: /s/ *Michele Floyd*
                                        LUANNE SACKS
                                        CINDY RICKETTS
                                        MICHELE FLOYD
                                        Attorneys for Defendant
                                        SONY COMPUTER ENTERTAINMENT
                                        AMERICA, LLC

Dated:  February 3, 2017            FINKELSTEIN THOMPSON LLP


                                    By:  /s/ *Quentin Roberts*
                                        QUENTIN ROBERTS
                                        Interim Co-Lead Counsel and Counsel for
                                        Plaintiffs ANTHONY VENTURA,
                                        JONATHAN HUBER, JASON BAKER,
                                        JAMES GIRARDI and DERRICK ALBA

Dated:  February 3, 2017            CALVO FISHER & JACOB LLP


                                    By:  /s/ *Kathleen Fisher*
                                        KATHLEEN FISHER
                                        Interim Co-Lead Counsel and Counsel for
                                        Plaintiffs ANTHONY VENTURA,
                                        JONATHAN HUBER, JASON BAKER,
                                        JAMES GIRARDI and DERRICK ALBA

Dated:  February 3, 2017                         HAUSFELD LLP

By:  /s/ *James Pizzirusso*
       JAMES PIZZIRUSSO
       Interim Co-Lead Counsel and Counsel for
       Plaintiffs ANTHONY VENTURA,
       JONATHAN HUBER, JASON BAKER,
       JAMES GIRARDI and DERRICK ALBA

- 3 -

**JOINT CASE MANAGEMENT STATEMENT**
**CASE NO. 4:10-CV-01811-YGR**

**ATTESTATION CLAUSE**

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Joint Case Management Statement.  I hereby attest under penalty of perjury that the above-referenced signatories to this stipulation have concurred in the filing of this document.

Dated:  February 3, 2017                              SACKS, RICKETTS & CASE LLP

                                                              By:  /s/ *Michele Floyd*
                                                                     LUANNE SACKS
                                                                     CINDY RICKETTS
                                                                     MICHELE FLOYD
                                                                     Attorneys for Defendant
                                                                     SONY COMPUTER ENTERTAINMENT AMERICA, LLC