UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: SONY PS3 "OTHER OS" )
LITIGATION                  )   Case No. C-10-1811 (YGR)
                            )
                            )
                            )

## AMENDMENTS TO THE CLAIM AND OBJECTIONS OF PATRICK S. SWEENEY, PRO SE

NOW COMES, Pro Se Objector PATRICK S. SWEENEY ("Objector") and hereby files this amendment to his Objections and his Claim. Both are hereby amended to correct the serial number previously submitted to the Settlement Administrator. The correct Serial Number of the Sony PS3 purchased by this Objector is AA114452764.

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully submits this Amendment to his Claim and the Objection to the Court and the Settlement Administrator.

Respectfully submitted,

Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, Wi 53719
310-339-0548
patrick@sweeneylegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I caused to be filed this Amendment to my Objection and my Claim ("Amendment") by mailing this Amendment to Settle Administrator via U.S. Class Mail to: "In Re: Sony PS3 "Other" Litigation C/O Garden City Group, LLC, P. O. Box 10312, Dublin, OH, 43017- 5912" Said address which is the address stated in the Legal Notice of Settlement in this action. I have also caused to be served this Amendment to the Clerk of Courts who, will file this Notice of Appeal in the CM/ECF system thus effectuating service of this Amendment on all CM/ECF registered attorneys in this case.

Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53719
PH: 310-339-0548
Fax: 561-395-0548
patrick@sweeneylegalgroup.com