| | |
|---|---|
| James Pizzirusso (*pro hac vice*) <br> jpizzirusso@hausfeld.com <br> **HAUSFELD LLP** <br> 1700 K. Street NW, Suite 650 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 <br> Facsimile: (202) 540-7201 <br><br> Kathleen V. Fisher (SBN 70838) <br> kfisher@calvofisher.com <br> **CALVO FISHER & JACOB LLP** <br> 555 Montgomery Street, Suite 1155 <br> San Francisco, CA 94111 <br> Telephone: (415) 374-8370 <br> Facsimile: (415) 374-8373 <br><br> *Interim Co-Lead Counsel for Plaintiffs* | Luanne Sacks (SBN 120811) <br> lsacks@srclaw.com <br> Michele Floyd (SBN 163031) <br> mfloyd@srclaw.com <br> **SACKS, RICKETTS & CASE LLP** <br> 177 Post Street, Suite 650 <br> San Francisco, CA 94108 <br> Telephone: (415) 549-0580 <br> Facsimile: (415) 374-0640 <br><br> *Attorneys for Defendant* <br> *SONY COMPUTER* <br> *ENTERTAINMENT AMERICA LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO.  4:10-CV-01811-YGR <br><br> **JOINT STATEMENT REGARDING COMPLIANCE HEARING AND REQUEST TO CONTINUE THE FILING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Date:          July 21, 2017 <br> Time:         9:01 a.m. <br> Courtroom: 1; 1301 Clay Street, Oakland <br> Judge:        Hon. Yvonne Gonzalez Rogers |

1  Pursuant to the Court's May 31, 2017 Order Continuing Status Hearing to July 21, 2017
2  [Dkt. 325], the Parties to the above-captioned consolidated class actions hereby submit the
3  following Joint Statement and Request to Continue the Filing Date for Plaintiffs' Motion for
4  Preliminary Approval of Settlement:
5  The Parties, with the assistance of mediator Hon. James Lambden (Ret.), have reached a
6  settlement agreement in principle and are in the final stages of reducing their agreement to
7  writing.  The Parties accepted a mediator's proposal yesterday which resolved one of two
8  outstanding issues.  Due to vacation schedules, the Parties anticipate reaching agreement on the
9  last outstanding issue within the next two weeks.  The written settlement agreement and all
10  accompanying exhibits are otherwise drafted.
11  In light of the above and subject to the Court's approval, the Parties respectfully request
12  that Plaintiffs' deadline for filing a motion for preliminary approval of settlement be extended and
13  that the hearing date on Plaintiffs' motion for preliminary approval of settlement be set for
14  October 3, 2017, or as soon thereafter as the Court's schedule allows.  Counsel for Defendant will
15  be out of the country and therefore unavailable from early September through September 25, and
16  due to other scheduling conflicts, October 3, 2017 is the earliest date upon which all counsel are
17  available for hearing.  Accordingly, the Parties propose the following schedule:

- August 25, 2017: Last day for Plaintiffs to file Renewed Motion for Preliminary Approval of Settlement;
- October 3, 2017, or as soon thereafter as the Court's schedule allows: Hearing on Renewed Motion for Preliminary Approval of Settlement.

Dated:  July 11, 2017                    SACKS, RICKETTS & CASE LLP

By: */s/ Luanne Sacks*
LUANNE SACKS
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC (n/k/a Sony Interactive
Entertainment America. LLC)

| | | |
|---|---|---|
| Dated: July 11, 2017 | | HAUSFELD LLP |
| | By: | */s/ James Pizzirusso* |
| | | JAMES PIZZIRUSSO |
| | | Interim Co-Lead Counsel and Counsel for Plaintiffs ANTHONY VENTURA, JONATHAN HUBER, JASON BAKER, JAMES GIRARDI and DERRICK ALBA |

**Filer's Attestation**

I, Luanne Sacks, am the ECF user whose identification and password are being used to file this Joint Statement Regarding Compliance Hearing. In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

Dated: July 11, 2017            By: */s/ Luanne Sacks*