UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE SONY PS3 "OTHER OS" LITIGATION**

Case No.  10-cv-01811-YGR

**ORDER CONTINUING COMPLIANCE HEARING TO SEPTEMBER 1, 2017**

The Court understands from the Joint Statement filed July 11, 2017 (Dkt. No. 326) that the parties have nearly completed negotiation of their settlement agreement. In light thereof, the compliance hearing currently set for July 21, 2017, is **CONTINUED** to **September 1, 2017**, at 9:01 a.m., in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than July 11, 2017, the parties shall file either: (1) a renewed motion for preliminary approval; or (2) a joint statement setting forth the status of motion and a proposed schedule. If compliance is completed timely, the Court may take the compliance hearing off calendar without the need for an appearance. If a hearing is necessary, telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: July 14, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**