James Pizzirusso (*pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Kathleen V. Fisher (SBN 70838)
kfisher@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Gordon M. Fauth, Jr. (SBN 190280)
gfauth@finkelsteinthompson.com
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Interim Co-Lead Counsel for Plaintiffs*

Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 374-0640

*Attorneys for Defendant*
*SONY COMPUTER*
*ENTERTAINMENT AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 4:10-CV-01811-YGR<br><br>**JOINT STATEMENT AND REQUEST TO CONTINUE THE FILING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT FOR ONE WEEK**<br><br>Date: September 1, 2017<br>Time: 9:01 a.m.<br>Courtroom: 1; 1301 Clay Street, Oakland<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's July 14, 2017 Order Continuing Status Hearing to September 1, 2017 [Dkt. 328], the Parties to the above-captioned consolidated class actions hereby submit the following Joint Statement and Request to Continue the Filing Date for Plaintiffs' Motion for Preliminary Approval of Settlement for One Week:

The Parties have agreed to and finalized a new Settlement Agreement that will provide for a common fund to be distributed to the class without any onerous proof requirements in order to submit a claim. The agreement is out for signature to the Class Representatives and the Defendant, but given various vacations and other scheduling conflicts, the Parties do not anticipate that they will have all of the signatures in order to file a Motion for Preliminary Approval by August 25, 2017.

In light of the above and subject to the Court's approval, the Parties respectfully request that Plaintiffs' deadline for filing a motion for preliminary approval of settlement be extended for one week to September 1, 2017 and that the hearing date on Plaintiffs' motion for preliminary approval of settlement remain as October 3, 2017, or as soon thereafter as the Court's schedule allows. Counsel for defendant will be out of the country and therefore unavailable from early September through September 25, and due to other scheduling conflicts, October 3, 2017 is the earliest date upon which all counsel are available for hearing. Accordingly, the Parties propose the following amended schedule:

- September 1, 2017: Last day for Plaintiffs to file Renewed Motion for Preliminary Approval of Settlement;
- October 3, 2017, or as soon thereafter as the Court's schedule allows: Hearing on Renewed Motion for Preliminary Approval of Settlement.

Dated: August 25, 2017                SACKS, RICKETTS & CASE LLP

By: */s/ Luanne Sacks*
LUANNE SACKS
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA LLC

-1-
JOINT STATEMENT AND REQUEST TO CONTINUE
CASE NO. 4:10-CV-01811-YGR

| | |
|---|---|
| Dated:  August 25, 2017 | HAUSFELD LLP<br><br>By: */s/ James Pizzirusso*<br>JAMES PIZZIRUSSO<br>Interim Co-Lead Counsel and Counsel for Plaintiffs ANTHONY VENTURA, JONATHAN HUBER, JASON BAKER, JAMES GIRARDI and DERRICK ALBA |

**Filer's Attestation**

I, Luanne Sacks, am the ECF user whose identification and password are being used to file this Joint Statement Regarding Compliance Hearing.  In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

| | |
|---|---|
| Dated:  August 25, 2017 | By:  */s/ Luanne Sacks* |