1  James Pizzirusso (*pro hac vice*)                Luanne Sacks (SBN 120811)
   jpizzirusso@hausfeld.com                         lsacks@srclaw.com
2  **HAUSFELD LLP**                                 Michele Floyd (SBN 163031)
   1700 K. Street NW, Suite 650                     mfloyd@srclaw.com
3  Washington, DC 20006                             **SACKS, RICKETTS & CASE LLP**
   Telephone: (202) 540-7200                        177 Post Street, Suite 650
4  Facsimile: (202) 540-7201                        San Francisco, CA 94108
                                                    Telephone: (415) 549-0580
5  Kathleen V. Fisher (SBN 70838)                   Facsimile: (415) 374-0640
   kfisher@calvofisher.com
6  **CALVO FISHER & JACOB LLP**
   555 Montgomery Street, Suite 1155                *Attorneys for Defendant*
7  San Francisco, CA 94111                          *SONY COMPUTER*
   Telephone: (415) 374-8370                        *ENTERTAINMENT AMERICA LLC*
8  Facsimile: (415) 374-8373

9  *Interim Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 4:10-CV-01811-YGR<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING THE HEARING DATE ON PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers |

STIPULATED REQUEST FOR AN ORDER CONTINUING THE HEARING DATE ON
PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS
CASE NO. 4:10-CV-01811-YGR

# STIPULATION

IT IS HEREBY STIPULATED AMONG THE PARTIES hereto, through their respective counsel of record, as follows:

1. On September 1, 2017, Plaintiffs filed their Renewed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (the "Renewed Motion"), noticed for hearing on October 10, 2017 (*see* Dkt. 331).

2. On September 6, 2017, the Court continued the hearing on the Renewed Motion to October 24, 2017 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland (*see* Dkt. 333).

3. Counsel for Defendant are unavailable on October 24, 2017.  After having met and conferred regarding a new hearing date, counsel hereby stipulate, subject to Court approval, to continue the hearing on the Renewed Motion, from October 24, 2017 to November 7, 2017.

Accordingly, the parties request that the date for the Renewed Motion be continued to November 7, 2017 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland, California.


Dated:  September 7, 2017         SACKS, RICKETTS & CASE LLP

                                  By: /s/ Luanne Sacks
                                      LUANNE SACKS
                                      Attorneys for Defendant
                                      SONY COMPUTER ENTERTAINMENT
                                      AMERICA LLC (n/k/a Sony Interactive
                                      Entertainment America. LLC)


Dated:  September 7, 2017         HAUSFELD LLP

                                  By: /s/ James Pizzirusso
                                      JAMES PIZZIRUSSO
                                      Interim Co-Lead Counsel and Counsel for
                                      Plaintiffs ANTHONY VENTURA,
                                      JONATHAN HUBER, JASON BAKER,
                                      JAMES GIRARDI and DERRICK ALBA

**Filer's Attestation**

I, Luanne Sacks, am the ECF user whose identification and password are being used to file this Stipulated Request for an Order Continuing the Hearing Date on Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class. In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

Dated:  September 7, 2017                    By: */s/ Luanne Sacks*

## **[PROPOSED] ORDER**

Having considered the parties' Stipulated Request for an Order Continuing the Hearing Date on Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class ("Renewed Motion"), IT IS HEREBY ORDERED as follows:

- The date for the hearing on the Renewed Motion is continued from October 24, 2017 to November 7, 2017 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          By: _____
                                         HON. YVONNE GONZALES ROGERS
                                         District Judge
                                         U.S. District Court, Northern District of California