```
                                              PAGES 1 - 16

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA
```

**BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE**

```
IN RE: SONY PS3 OTHER OS   )   NO. C-10-1811 YGR
LITIGATION,                )
_____)

                               TUESDAY, NOVEMBER 7, 2017

                               OAKLAND, CALIFORNIA

                               PRELIMINARY APPROVAL OF
                               CLASS ACTION SETTLEMENT
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
FOR PLAINTIFFS:        HAUSFELD LLP
                       1700 K STREET, NW, SUITE 650
                       WASHINGTON, DC 20006
                  BY:  JAMES J. PIZZIRUSSO, ESQUIRE

                       LITIGATION LAW GROUP
                       1801 CLEMENT AVENUE, SUITE 101
                       ALAMEDA, CALIFORNIA 94501
                  BY:  GORDON M. FAUTH, ESQUIRE


FOR DEFENDANT:         SACKS RICKETTS & CASE
                       177 POST STREET, SUITE 650
                       SAN FRANCISCO, CALIFORNIA 94108
                  BY:  LUANNE SACKS, ESQUIRE
                       ADRIANNA RUBINO, ESQUIRE
                       MICHELE FLOYD, ESQUIRE

REPORTED BY:           DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                       OFFICIAL COURT REPORTER


      TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

|    |                                                                    |
|----|--------------------------------------------------------------------|
| 1  | TUESDAY, NOVEMBER 07, 2017                    2:02 P.M.            |
| 2  | P R O C E E D I N G S                                              |
| 3  | **THE CLERK:** CALLING CIVIL ACTION 10-1811 IN RE SONY             |
| 4  | PS3 OTHER LITIGATION.                                              |
| 5  | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.           |
| 6  | **MR. PIZZIRUSSO:** GOOD AFTERNOON, YOUR HONOR. JAMES              |
| 7  | PIZZIRUSSO FOR THE PLAINTIFFS. I'M HERE WITH MY CO-COUNSEL.        |
| 8  | **MR. FAUTH:** GORDON FAUTH, YOUR HONOR.                           |
| 9  | **MS. SACKS:** GOOD AFTERNOON, YOUR HONOR. LUANNE                  |
| 10 | SACKS, MICHELLE FLOYD, AND ADRIANNA RUBINO ON BEHALF OF            |
| 11 | DEFENDANT SONY COMPUTER.                                           |
| 12 | **THE COURT:** OKAY. GOOD AFTERNOON.                               |
| 13 | SO YOU'RE BACK.                                                    |
| 14 | **MR. PIZZIRUSSO:** WE ARE, YOUR HONOR, INDEED.                    |
| 15 | **THE COURT:** YOU HAD MY PRIOR ORDER, SO TELL ME WHY I            |
| 16 | SHOULD APPROVE IT THIS TIME.                                       |
| 17 | **MR. PIZZIRUSSO:** WELL, WE TOOK WHAT YOU HAD TO SAY TO           |
| 18 | TASK, YOUR HONOR. WE PARTICIPATED IN ANOTHER ROUND OF              |
| 19 | MEDIATION WITH JUSTICE LAMBDEN AND REALLY FOCUSED ON THE FLAWS     |
| 20 | THAT THE COURT FOUND IN THE INITIAL SETTLEMENT AS WELL AS SOME     |
| 21 | OF THE THINGS THAT HAD BEEN RAISED BY OBJECTORS, AND SPENT, I      |
| 22 | THINK, A LOT OF TIME PUTTING TOGETHER A SETTLEMENT THAT WE         |
| 23 | THINK IS MUCH STRONGER, MUCH BETTER FOR THE CLASS THAT WE          |
| 24 | BELIEVE IS WORTHY OF APPROVAL.                                     |
| 25 | IF THE COURT WOULD LIKE, I CAN GO OVER SOME OF THE                 |

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1    DIFFERENCES OF WHAT WE HAVE NOW VERSUS WHAT WE HAD BEFORE.
2            **THE COURT:**  I WANTED TO KNOW FROM YOU WHY -- IT IS
3    NOT AS IF I HAVEN'T GONE THROUGH THIS.
4            **MR. PIZZIRUSSO:**  SURE.
5            **THE COURT:**  I AM JUST CURIOUS WHAT IT WAS THAT, YOU
6    KNOW, YOU THOUGHT GOT YOU OVER THE HUMP.
7            **MR. PIZZIRUSSO:**  WELL, WE HAVE A SETTLEMENT FUND NOW,
8    YOUR HONOR.  THAT'S, I THINK, ONE OF THE KEY THINGS.  SO IT'S
9    A $3.75 MILLION FUND THAT WILL GUARANTEE PAYMENT TO CLASS
10   MEMBERS OF AT LEAST TEN TIMES WHAT THE PREVIOUS SETTLEMENT WAS
11   GOING TO PAY OUT.
12       THE PLAINTIFFS' COUNSEL HAVE AGREED TO REDUCE OUR FEES
13   THAT WE WILL SEEK AND EXPENSES BY ALMOST HALF OF WHAT WE WERE
14   GOING TO SEEK IN THE INITIAL SETTLEMENT OUT OF THE FUND.
15       WE -- OF COURSE, ONE OF THE COURT'S CHIEF CONCERNS WAS
16   WITH THE LEVEL OF PROOF THAT WAS NEEDED IN ORDER TO SUBMIT A
17   CLAIM.  WE HAVE ELIMINATED ALL PROOF REQUIREMENTS.  ALL A
18   CLASS MEMBER NEEDS NOW IS TO FILL OUT AN ATTESTATION THAT
19   VERIFIES THAT THEY BELIEVE THAT THEY USED THE OTHER OS, KNEW
20   ABOUT IT, OR LOST FUNCTIONALITY AS WELL AS IDENTIFY THE PS3
21   SERIAL NUMBER, THEIR EMAIL ADDRESS, OR THE PSN I.D.; ANY OF
22   THOSE THINGS WHICH EVERY CLASS MEMBER SHOULD CERTAINLY HAVE.
23       SO THAT'S WHY, YOUR HONOR, WE BELIEVE THE SETTLEMENT IS
24   FAIR, ADEQUATE, AND REASONABLE AND WORTHY OF PRELIMINARY
25   APPROVAL SO WE CAN GET OUT NOTICE TO THE CLASS, SEE WHAT THE

1   CLASS MEMBERS THINK.
2       BUT WE HAVE ALSO INCREASED, OBVIOUSLY, AS THE COURT IS
3   AWARE OF, THE CLAIM. IT WAS $55 OR $9. NOW EVERY CLASS
4   MEMBER WILL GET $65 SUBJECT OF COURSE TO PRO RATA REDUCTION
5   OUT OF THE FUND IF MORE PEOPLE MAKE CLAIMS THAN THAT IS
6   ALLOWED.
7       THE WAY THE SETTLEMENT IS SET UP NOW, ABOUT 32,000 PEOPLE
8   COULD MAKE CLAIMS BEFORE THE PRO RATA REDUCTION COULD COME
9   INTO EFFECT ASSUMING, OF COURSE, THE COURT GRANTS THE FULL FEE
10  AND EXPENSE AWARD AS WELL AS THE NOTICE COSTS OF AROUND
11  $400,000, WHICH WE THINK IS THE MAXIMUM IT WILL BE. IT
12  DEPENDS ON HOW MANY PEOPLE MAKE CLAIMS TO KNOW WHAT THE TOTAL
13  FOR CLAIMS ADMINISTRATION WILL BE. BUT WE THINK THERE WILL BE
14  AT LEAST $2.1 MILLION LEFT TO PAY CLASS MEMBERS AND ABOUT
15  32,000 CAN MAKE CLAIMS.
16      OF COURSE, WE HAVE ALSO AGREED THAT THOSE WHO SUBMITTED
17  CLAIMS IN THE FIRST SETTLEMENT WILL NOT HAVE TO RESUBMIT
18  CLAIMS. THE 11,300 WHO MADE CLAIMS WILL JUST AUTOMATICALLY BE
19  ABLE TO PARTICIPATE IN THIS ROUND AS WELL.
20          **THE COURT:** SO LET ME ASK, GIVEN THAT THE $65 IS ONLY
21  16 PERCENT OF THE PURCHASE PRICE AND YOU WOULD NEED 32,000 TO
22  REDUCE THAT MAXIMUM AMOUNT -- I GUESS A COUPLE OF QUESTIONS.
23      ONE, HOW DO YOU THINK YOU'RE GOING TO GET MORE THAN THE
24  11,300 YOU ALREADY HAVE AND, TWO, IF YOU DON'T GET MUCH MORE
25  THAN THE 11,300, WHY SHOULDN'T THEY GET MORE THAN 16 PERCENT?

1         **MR. PIZZIRUSSO:**  TWO VERY GOOD QUESTIONS, YOUR HONOR.
2     FIRST OF ALL, HOW DO WE PLAN TO GET MORE?  WE THINK ONE OF
3  THE KEY THINGS THAT WAS HOLDING PEOPLE BACK FROM MAKING CLAIMS
4  THE FIRST ROUND WAS THE PROOF REQUIREMENTS.  SO WE HAVE
5  ELIMINATED THOSE.  WE THINK THAT WILL MAKE IT A LOT EASIER FOR
6  CLASS MEMBERS TO SUBMIT CLAIMS.
7     WE'VE ALSO PUT INTO THE RECORD -- WELL, SONY HAS, THE
8  RESULTS OF THEIR OWN SURVEY WHICH SHOWS THAT APPROXIMATELY
9  6 PERCENT OF PEOPLE WHO BOUGHT THE PLAYSTATION KNEW ABOUT THIS
10  FEATURE, AND ONLY ABOUT 2 PERCENT USED IT.  SO ASSUMING THEIR
11  SURVEY IS CORRECT, WHICH IS CONSISTENT WITH THE OTHER EVIDENCE
12  IN THE RECORD IN TERMS OF THE NUMBER OF PURCHASERS WHO KNEW OR
13  CARED OR USED THIS FEATURE, YOU KNOW, ONLY ABOUT 200,000 OF
14  THE 10 MILLION PURCHASERS USED IT.
15     SO, YOU KNOW, BUT WE WERE GOING TO SEND OUT NOTICE TO
16  APPROXIMATELY 6 OR 7 MILLION EMAIL ADDRESSES THAT SONY HAS ON
17  FILE FOR PSN I.D. MEMBERS AS WELL AS A ROBUST PAID NOTICE
18  PROGRAM THROUGH VARIOUS SOCIAL MEDIA, GOOGLE, ELSEWHERE, TO
19  TARGET FOLKS WHO -- FOR WHOM SONY MIGHT NOT HAVE AN EMAIL
20  ADDRESS.
21     SO WE THINK COMBINED WITH THE ROBUST NOTICE, REDUCED CLAIM
22  REQUIREMENTS, WE'RE GOING TO SEE A SIZEABLE NUMBER OF
23  INCREASED CLAIMS AS WELL AS THE FACT, OF COURSE, YOUR HONOR,
24  THAT'S IT'S NOW $65 INSTEAD OF 55.
25     WE HAD A LONG -- IN TERMS OF YOUR SECOND QUESTION, THAT

1  WAS A FOCUS OF INTENSE DISCUSSION AND NEGOTIATION BETWEEN THE
2  PARTIES.  WE CERTAINLY BELIEVE THAT ANYTHING LESS THAN 65, AND
3  WE'RE CERTAINLY AWARE OF THE NORTHERN DISTRICT OF CALIFORNIA
4  GUIDANCE ON THIS ISSUE THAT IT SHOULD BE DISTRIBUTED PRO RATA
5  TO THE CLASS MEMBERS IF LESS THAN 32,000 MAKE CLAIM SO THAT
6  SOME COULD GET MORE THAN $65.
7     WE ARE GOING TO WAIT -- THE PARTIES AGREED IN THE
8  SETTLEMENT TO WAIT AND SEE WHAT HAPPENS.  IF IT DOES COME OUT
9  TO BE THE FACT THAT LESS THAN 32,000 APPROXIMATELY MAKE
10 CLAIMS, THE PARTIES WILL SEE IF WE CAN AGREE, AND IF WE CAN'T,
11 WE WOULD PRESENT IT TO YOUR HONOR.  BUT CERTAINLY IT IS THE
12 PLAINTIFFS' POSITION THAT ANYTHING REMAINING SHOULD GO TO THE
13 REST OF THE CLASS MEMBERS IN A PROPORTIONAL AMOUNT.
14          **THE COURT:**  RESPONSE?
15          **MS. SACKS:**  YOUR HONOR, JUSTICE LAMBDEN WAS AN
16 INCREDIBLY EFFECTIVE MEDIATOR IN THIS CASE, AND WE'D LIKE TO
17 FIRST OF ALL THANK THE COURT FOR GIVING US THE IDEA OF USING
18 SOMEBODY DIFFERENT THAN WE HAD USED BEFORE.
19     AS COUNSEL JUST SAID IT WAS JUSTICE LAMBDEN WHO MADE THE
20 SUGGESTION OF $65 WHEN THE PARTIES SUBMITTED ALTERNATIVE
21 POSITIONS ON IT.  $65 WOULD STILL BE APPROACHING A WINDFALL.
22 WE'VE SUBMITTED TO THE COURT AND PROVIDED TO PLAINTIFFS SURVEY
23 EVIDENCE THAT SHOW THAT EVEN AMONGST THOSE PEOPLE WHO KNEW
24 ABOUT THIS FEATURE, NOBODY PUT A VALUE ON IT.  THIS WAS NOT A
25 PURCHASE DRIVER.  SO A RECOVERY OF EVEN $65 WILL BE A

1     SUBSTANTIAL BENEFIT.
2          WE HAVE TO REMEMBER THAT THIS WAS ONE VERY SMALL COMPONENT
3     OF A VERY ROBUST PERFORMING DEVICE ON WHICH THE VAST MAJORITY
4     OF PEOPLE DIDN'T USE.
5          I DO NEED TO JUST CORRECT SOMETHING THAT MR. PIZZIRUSSO
6     SAID WITH REGARD TO THE SURVEY INFORMATION.  THAT 2 PERCENT
7     NUMBER THAT HE SAID, THAT'S THE CORRECT NUMBER, BUT IT'S NOT
8     THE 2 PERCENT OF THE PEOPLE USED IT.  IT'S 2 PERCENT OF THE
9     PEOPLE THOUGHT IT WAS AN IMPORTANT FEATURE OF THOSE SURVEYED.
10    SO WE'VE GOT THE 600,000 ROUGHLY WHO SAID THEY KNEW ABOUT IT.
11    OF THAT, ONLY 2 PERCENT SAID THEY CARED ABOUT IT.
12         SO REALLY THE DIFFERENCE BETWEEN THIS SETTLEMENT AND THE
13    PRIOR SETTLEMENT IS THAT THE CLASS AND THOSE WHO CAN OBTAIN
14    BENEFITS AND THOSE WHO WILL BE BOUND FOR THE PURPOSES OF RES
15    JUDICATA IS IDENTICAL IN ITS PARAMETERS.  IT'S THE PEOPLE WHO
16    BELIEVE THEY WERE INJURED.  AND THERE'S A LOT OF GOOD CASE LAW
17    THAT SAYS YOU ARE NOT SUPPOSED TO DILUTE THE BENEFITS BY
18    ALLOWING PEOPLE WHO WEREN'T INJURED TO MAKE CLAIMS.
19         THE OTHER THING THAT I THINK THAT GOES TO YOUR QUESTION OF
20    WHY WILL WE SEE GREATER RESPONSE:  WE KNOW THAT THERE'S
21    PROBLEM WITH NOTICE.  WE HAD AN 86 PERCENT REACH LAST TIME.
22    THAT WILL CERTAINLY BE ATTAINED AGAIN AND EVEN MORE BECAUSE
23    THERE IS ADDITIONAL SOCIAL MEDIA NOTICE THAT'S GOING TO GO
24    OUT.
25         BUT, YOUR HONOR, JUST IF YOU THINK ABOUT IT FROM AN

1  INDIVIDUAL'S MOTIVATION:  IF I KNOW THAT I HAVE A RIGHT TO GET
2  $65, I HAVE A LOT MORE INCENTIVE TO SUBMIT A CLAIM THAN IF
3  IT'S GOING TO BE $9.  AND ESPECIALLY IF I DON'T HAVE TO GO AND
4  FIND THINGS, IF ALL I HAVE TO DO IS SOMETHING THAT'S PROVIDED.
5  YOU KNOW, I KNOW OFF THE TIP OF MY TONGUE LIKE MY EMAIL
6  ADDRESS OR THE HANDLE.  SO I EXPECT THAT WE WILL SEE BETTER
7  RESPONSE RATES.
8      AND AS MR. PIZZIRUSSO SAID, THIS WAS A VERY HOTLY
9  CONTESTED ISSUE.  AND, YOUR HONOR, RATHER THAN LETTING THE
10 SETTLEMENT FALL BECAUSE OF THE IDEA OF HAVING TO HAVE SOME
11 TYPE OF A CAP, WE AGREED TO SUBMIT IT TO JUDGE -- JUSTICE
12 LAMBDEN WHO TOOK EVIDENCE ON IT, WE HAD ORAL ARGUMENT ON IT,
13 AND THEN HE MADE THE MEDIATOR'S PROPOSAL.  AND WE AGREED IN
14 ADVANCE TO BE BOUND BY THAT.
15     WE'VE ALSO AGREED, YOUR HONOR, THAT TO THE EXTENT THE
16 CLAIMS RATE DOES NOT EXHAUST THE ROUGHLY $2.1 MILLION, THAT
17 WILL BE SUBMITTED TO THE COURT EITHER BY STIPULATION OR
18 CONTESTED MOTION.  WE HAVE ALSO AGREED AS THE PARTIES NOT TO
19 APPEAL THAT DETERMINATION BY YOUR HONOR.
20         **THE COURT:**  ALL RIGHT.  WELL, I APPRECIATE ALL OF THE
21 HARD WORK THAT YOU BOTH ENGAGED IN ON BEHALF OF THE CLASS, ON
22 BEHALF OF YOUR CLIENTS, SO LET'S TRY AGAIN.
23     I AM PREPARED TO APPROVE BUT THERE ARE A NUMBER OF THINGS
24 THAT YOU'RE GOING TO HAVE TO CLEAN UP.  BEFORE AN ORDER GOES
25 OUT, YOU'LL HAVE TO SEND IT BACK TO ME.

1    FIRST OF ALL, AT LEAST YOU WERE CONSISTENT, BUT YOU
2    CONSISTENTLY MISSPELLED MY NAME.  AND I DON'T TEND TO SEND OUT
3    DOCUMENTS UNDER MY NAME WHERE MY NAME IS MISSPELLED.  SO
4    GONZALEZ IS SPELLED WITH A "Z" AT THE END AND NOT AN "S".  AS
5    ALTURO GONZALEZ FROM MOFO SAYS, IT'S EASY TO REMEMBER.  E-Z AT
6    THE END.
7        **MR. PIZZIRUSSO:**  APOLOGIES FOR THAT, YOUR HONOR.  I
8    KNOW WE'VE MESSED THAT UP BEFORE, AND I DON'T KNOW HOW IT GOT
9    PASSED US, BUT IT.  IT WON'T HAPPEN AGAIN.
10       **THE COURT:**  OKAY.  NEXT, IN TERMS OF YOUR CONSUMER
11   CLAIM FORM, AND THIS IS EXHIBIT 1.  I'M AT DOCKET NO. 335-1.
12       I AM NOT EXACTLY SURE HOW THIS IS GOING TO WORK.  AND I
13   TAKE IT THIS IS THE ONLINE FORM?  BECAUSE IT LOOKS -- I MEAN,
14   FOR INSTANCE, THE SECOND HALF, IF YOU GO HALFWAY DOWN THE
15   PAGE, THAT SEEMS TO REPEAT.  SO I DON'T KNOW IF I'M SEEING
16   POTENTIAL SCREEN SHOTS ON THE CLAIM FORM ITSELF.
17       THE PLAYSTATION I.D. COULD ALSO BE THE EMAIL.  I DON'T
18   KNOW THAT IT'S CLEAR THAT YOU'VE GOT FOUR OPTIONS, BUT YOU --
19   THAT IS, YOU HAVE THE EMAIL, SERIAL NUMBER, SIGN-IN I.D.,
20   ONLINE I.D.  IT IS NOT CLEAR WHETHER THE CLAIMANT IS GOING TO
21   KNOW THAT ANY ONE OF THOSE FOUR ARE FINE.
22       **MS. SACKS:**  YOUR HONOR, IF I MAY.  THAT'S ALL
23   EXPLAINED IN FAQ'S THAT ARE ON THE WEBSITE ALSO, BUT WE CAN
24   CERTAINLY MAKE IT CLEAR THAT YOU NEED ONLY PROVIDE ONE OF
25   THOSE.

1   **THE COURT:** I GUESS THE QUESTION IS, IS THIS GOING
2   TO -- IS THIS A FORM THAT'S GOING TO BE ON THE INTERNET WHERE
3   PEOPLE GO AND THEY PUT IT IN AND THEN IT POPS TO THE NEXT ONE?
4   **MS. SACKS:** YES.
5   **THE COURT:** SO IF THEY PUT THEIR EMAIL ADDRESS IN,
6   DOES IT AUTOMATICALLY POP TO THE BOTTOM?
7   **MS. SACKS:** YOUR HONOR, THE EMAIL ADDRESS LINE THERE
8   IS FOR THE PURPOSE OF COMMUNICATING WITH THEM.
9   THE PLAYSTATION NETWORK SIGN-IN I.D. IS AN EMAIL ADDRESS
10  BUT IT MAY NOT BE THAT SAME EMAIL ADDRESS.  IF THAT MAKES
11  SENSE.
12  SO WE NEED THEIR CURRENT EMAIL ADDRESS SO THE CLAIMS
13  ADMINISTRATOR CAN CONTACT THEM.  THEIR PLAYSTATION NETWORK
14  SIGN-IN I.D. WOULD BE WHATEVER EMAIL THEY PROVIDED WHEN THEY
15  CREATED THEIR ONLINE ACCOUNT.
16  **THE COURT:** OKAY.  WELL, I THINK YOU PROBABLY WANT TO
17  MAKE THAT CLEAR.
18  **MS. SACKS:** YES, YOUR HONOR.
19  **THE COURT:** AND, IF POSSIBLE, I WOULD LIKE TO SEE THE
20  SCREEN SHOTS, AND HERE'S WHY.
21  I'VE BEEN SPENDING MUCH MORE TIME ON THE CLAIMS PROCESS IN
22  MY CLASS ACTIONS.  AND EVEN THOUGH I NEVER PARTICIPATE MYSELF,
23  I GET NOTICES ALL THE TIME.  SO I HAPPEN TO GO TO ONE, AND I
24  PUT IN MY LITTLE NUMBER, AND THE PROCESS WAS INCREDIBLY
25  ONEROUS.  IT WAS TERRIBLE.  AND I USED IT AS AN EXAMPLE DURING

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1  A JUDGE'S TRAINING BECAUSE IT WAS SO BAD.
2      SO I THINK THAT AT LEAST FOR NOW, I'M GOING TO BE A LITTLE
3  BIT MORE HANDS ON TO MAKE SURE THAT I THINK THE PROCESS IS
4  ACTUALLY ACCESSIBLE TO PEOPLE.  AND THEN ONCE I GET A HANDLE
5  ON KIND OF WHAT THE BEST PRACTICES ARE, THEN I'LL BACK OFF
6  SOME.  BUT FOR RIGHT NOW, I WOULD LIKE TO SEE WHAT IT'S GOING
7  TO LOOK LIKE.
8      SO WE CAN DO THE DOCUMENTS FOR PURPOSES OF THE PUBLIC
9  FILING, BUT I DO WANT TO HAVE INFORMATION FROM THE
10 ADMINISTRATOR SO THAT I CAN VERIFY FOR MYSELF THAT I THINK IT
11 WORKS.
12         **MS. SACKS:**  AND, YOUR HONOR, THE ONE ADDITIONAL THING
13 THAT WE DO KNOW HERE IS THE SAME CLAIMS ADMINISTRATOR IS BEING
14 USED AS LAST TIME.  AND DESPITE THE SEVEN OBJECTIONS THAT WE
15 RECEIVED, SOME OF WHICH WERE VERY DETAILED, NO ONE OBJECTED TO
16 THE CLAIMS PROCESS BEING BURDENSOME IN TERMS OF FILLING OUT
17 THE FORM.
18     I HAVE SEEN THOSE INSTANCES ARISE ALSO, YOUR HONOR, AND I
19 AM VERY COGNIZANT OF THEM.  BUT THIS WAS ONE WHERE NO ONE FELT
20 THAT THERE WAS AN ONEROUS BURDEN IN TERMS OF TRYING TO INPUT
21 THE INFORMATION.
22         **THE COURT:**  OKAY.  LET'S MOVE TO 335-1, WHICH IS
23 EXHIBIT 4.  THIS IS YOUR LONGER NOTICE.
24     THE REASON THAT I HAVE PEOPLE DO THESE LITTLE SHORT
25 EXPLANATIONS UP FRONT IS BECAUSE I THINK PEOPLE'S ATTENTION

| | |
|---|---|
| 1 | SPANS TEND TO BE DECREASING. |
| 2 | IF YOU SUBMIT A CLAIM, I THINK YOU JUST NEED TO REVISE |
| 3 | THAT TO SAY YOU RECEIVE UP TO $65 WITH SOME VALID CLAIM FORM, |
| 4 | WITH SUBMISSION OF A VALID CLAIM FORM.  IF YOU FEEL COMPELLED |
| 5 | TO SAY SEE SECTIONS 8 THROUGH 10 LATER, THAT'S FINE, BUT THE |
| 6 | ANSWER SECTION, THE WHOLE POINT OF THOSE BOXES IS TO MAKE IT |
| 7 | QUICK AND SOME KIND OF EASY EXPLANATION.  SO IF THEY SUBMIT A |
| 8 | CLAIM, THEY SHOULD KNOW THEY ARE GOING TO GET UP TO $65, |
| 9 | RIGHT? |
| 10 | IN TERMS OF THE SECOND ONE, YOU KNOW, IF THEY EXCLUDE |
| 11 | THEMSELF, THEN THEY RECEIVE NOTHING AND THEY RESERVE THE RIGHT |
| 12 | TO SUE.  YOU JUST NEED TO TELL THEM VERY FLATLY THAT'S WHAT |
| 13 | THEY ARE DOING. |
| 14 | I WOULDN'T USE THE WORD "SEE QUESTION 8 TO 10 BELOW" OR |
| 15 | "SEE QUESTION 16".  THAT'S ODD.  THIS WHOLE NOTICE IS SUPPOSED |
| 16 | TO BE GIVING ANSWERS.  PERHAPS USING THE WORD "SECTION" AS |
| 17 | OPPOSED TO "QUESTION" WOULD BE EASIER FOR PEOPLE TO |
| 18 | UNDERSTAND. |
| 19 | OKAY.  THOSE ARE THE COMMENTS THAT I HAD ON THE SPECIFICS. |
| 20 | WHEN I GET A FORM OF JUDGMENT, JUST A REMINDER, I LIKE |
| 21 | THINGS TO BE COMPREHENSIVE.  I DON'T THINK ANYBODY SHOULD HAVE |
| 22 | TO DIG THROUGH THESE LONG DOCKETS.  SO EVERY DOCUMENT, IF IT'S |
| 23 | A JUDGMENT, IF IT'S THE APPROVAL, THERE CAN BE NO |
| 24 | CROSS-REFERENCES TO SOME OTHER DOCKET -- SOME OTHER DOCUMENT |
| 25 | IN THE DOCKET.  IF IT CROSS-REFERENCES DEFINITIONS IN THE |

1  SETTLEMENT AGREEMENT, YOU HAVE TO ATTACH THE SETTLEMENT
2  AGREEMENT.  ONE COMPREHENSIVE DOCUMENT.  OKAY?
3       WHEN DO YOU WANT YOUR HEARING?  AND EVERYTHING NEEDS TO BE
4  BACKED UP FROM THERE.  AND OBVIOUSLY -- AND MOTIONS FOR
5  ATTORNEYS' FEES NEED TO BE DONE 35 DAYS IN ADVANCE SO THAT THE
6  CLASS HAS TIME TO OBJECT.  AND OBVIOUSLY THE CLASS, THE
7  ULTIMATE TIME TO OBJECT HAS TO BE AFTER THE MOTION FOR
8  ATTORNEYS' FEES AND COSTS HAS ALREADY BEEN SUBMITTED,
9  OTHERWISE THEY WON'T HAVE THAT OPPORTUNITY.
10      SO KNOWING WHAT YOU HAVE TO DO AND GET THAT BACK TO ME, WE
11 CAN TURN IT AROUND QUICKLY.  BUT KNOWING WHAT YOU HAVE TO DO
12 AND KNOWING HOW MUCH TIME YOU'RE GOING TO NEED, WE'RE LOOKING
13 FOR SOME DATE... YOU SUGGESTED A DATE IN MARCH.  I'M NOT SURE
14 THAT'S GOING TO BE ENOUGH TIME.
15           **MS. SACKS:**  AND, YOUR HONOR, IN THE INTERVENING
16 PERIOD OF TIME SINCE THE PAPERS WERE FILED, OTHER MATTERS HAVE
17 BEEN SET.  I NEED TO PUSH THAT BACK A BIT.  NOT VERY FAR.
18 MAYBE IF WE LOOKED AT MAYBE SOMETIME IN THE MIDDLE OF APRIL,
19 THAT WOULD GIVE EVERYONE THE CUSHION.  BUT I'M JUST SUGGESTING
20 THAT.
21           **MR. PIZZIRUSSO:**  THAT IS CERTAINLY FINE WITH THE
22 PLAINTIFFS, YOUR HONOR.
23           **THE COURT:**  OKAY.
24           **MR. PIZZIRUSSO:**  ONE THING, OF COURSE, TO NOTE IS
25 THAT IN THIS SETTLEMENT WE HAVE GIVEN OURSELVES A LONGER

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1    PERIOD FOR CLAIMS PROCESSING AS WELL; 90 DAYS AS OPPOSED TO 45
2    DAYS IN THE FIRST SETTLEMENT.  SO THAT WILL ALSO HELP IN TERMS
3    OF YOUR FIRST QUESTION OF HOW TO GET MORE CLAIMS IN.
4            **THE COURT**:  WELL, WHY DON'T WE DO THE END OF APRIL.
5    DOES APRIL 24TH WORK?
6            **MS. SACKS**:  THAT'S FINE, YOUR HONOR.
7            **MR. PIZZIRUSSO**:  YES, YOUR HONOR.
8            **THE COURT**:  THEN WE COULD HAVE THE MOTION FOR FINAL
9    APPROVAL.  THAT WOULD BE DUE THEN MARCH 20TH.  AND... THE
10   OTHER DAYS RUN AFTER THE NOTICE DATE.  SO THAT SHOULD GIVE US
11   ENOUGH TIME TO GET IT OUT THERE.
12      OKAY.  SO WHY DON'T YOU GO AHEAD AND POPULATE THE ORDER
13   WHEN YOU SEND IT BACK IN ITS REVISED FORM.  HOW MUCH TIME DO
14   YOU NEED TO GET THAT BACK TO ME?
15           **MR. PIZZIRUSSO**:  I WOULD SAY A WEEK IS FINE, YOUR
16   HONOR, IF THAT'S OKAY WITH YOU.
17           **MS. SACKS**:  YOUR HONOR, AS I UNDERSTOOD IT, YOU WOULD
18   LIKE TO SEE THE SCREEN SHOTS AT THE TIME THAT THE PROPOSED
19   ORDER IS SIGNED.
20           **THE COURT**:  IDEALLY, YES.
21           **MR. PIZZIRUSSO**:  I MEAN, OF COURSE, WE WILL HAVE TO
22   TALK TO THE CLAIMS ADMINISTRATOR, BUT I CAN'T IMAGINE THAT
23   WOULD BE A PROBLEM.
24           **THE COURT**:  OKAY.  SO WHAT I WILL DO IS, I'LL JUST
25   CONTINUE THIS HEARING TWO WEEKS.  ASSUMING I GET THE DOCUMENTS

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
 1    BACK NEXT WEEK, THEN I WILL TAKE IT OFF CALENDAR.
 2              MS. SACKS:  OKAY.
 3              MR. PIZZIRUSSO:  YOUR HONOR, ONE FURTHER QUESTION.
 4    IN TERMS OF THE MOTION FOR ATTORNEYS' FEES, I DO RECALL AT THE
 5    LAST HEARING YOU HAD TALKED ABOUT THE LEVEL OF DETAIL YOU
 6    WANTED TO SEE.  AND IN TERMS OF THE DETAIL TIME AND EXPENSES,
 7    IS IT ACCEPTABLE TO SUBMIT THOSE IN CAMERA OR DO YOU WANT
 8    THOSE FILED ON THE PUBLIC DOCKET AS WELL?
 9              THE COURT:  WELL, AS I UNDERSTAND IT, THIS IS GOING
10    TO BE A REDUCTION.
11              MR. PIZZIRUSSO:  SIGNIFICANT.
12              THE COURT:  YOU NEED TO FILE ENOUGH ON THE DOCKET SO
13    THAT THE PUBLIC CAN HAVE ENOUGH INFORMATION TO QUESTION
14    WHETHER OR NOT WHAT YOU'RE ASKING FOR IS APPROPRIATE.  YOU'RE
15    ASKING FOR 33 PERCENT.  I UNDERSTAND THAT.  25 PERCENT IS
16    TYPICAL.  SO YOU'RE GOING TO HAVE TO JUSTIFY IT.
17       AND IF I NEED THE RECORDS IN CAMERA, I'LL ASK FOR THEM.
18    KIND OF DEPENDS ON HOW MUCH YOU GIVE ME IN THE PUBLIC RECORD.
19              MR. PIZZIRUSSO:  THANK YOU, YOUR HONOR.
20       JUST TO BE CLEAR, THE 33 PERCENT INCLUDES EXPENSES AND
21    FEES; NOT JUST EXPENSES WHICH IS THE -- I UNDERSTAND THE 25
22    PERCENT BENCHMARK IN THE NINTH CIRCUIT.  UNDERSTOOD.
23              THE COURT:  OKAY.  ANYTHING ELSE?
24              MS. SACKS:  NO, YOUR HONOR.
25              THE COURT:  ALL RIGHT.  CONGRATULATIONS.
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1    **MR. PIZZIRUSSO:** THANK YOU, YOUR HONOR.

2    **MS. SACKS:** THANK YOU, YOUR HONOR.

3    **THE COURT:** THANK YOU.

4    (PROCEEDINGS CONCLUDED AT 2:24 P.M.)

**CERTIFICATE OF REPORTER**

I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*[signature: Diane E. Skillman]*

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

THURSDAY, NOVEMBER 9, 2017