James Pizzirusso (*pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Gordon M. Fauth, Jr. (SBN 190280)
gfauth@finkelsteinthompson.com
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (510) 238-9610
Telephone: (415) 398-8700
Facsimile:  (415) 398-8704

Kathleen V. Fisher (SBN 70838)
kfisher@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

*Interim Co-Lead Counsel for Plaintiffs*

Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 374-0640

*Attorneys for Defendant
SONY COMPUTER
ENTERTAINMENT AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO.  4:10-CV-01811-YGR<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING THE FILING AND HEARING DATES OF PLAINTIFFS' RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers |

# STIPULATION

IT IS HEREBY STIPULATED AMONG THE PARTIES hereto, through their respective counsel of record, as follows:

1. In its Minute Order dated November 7, 2017 (*see* Dkt. 338) following the hearing on Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (the "Renewed Preliminary Approval Motion"), the Court ordered that Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (the "Renewed Final Approval Motion") be filed by March 20, 2018, and set the hearing on Plaintiffs' Renewed Final Approval Motion on April 24, 2018, at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland, California.

2. The current schedule would require Plaintiffs to file their Renewed Final Approval Motion before the deadline for filing claims, opt-out requests and objections.

3. Accordingly, the parties request that the date for the hearing on Plaintiffs' Renewed Final Approval Motion be changed to May 29, 2018 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland, California, or as soon thereafter as the Court's schedule allows and that Plaintiffs' Renewed Final Approval Motion filing deadline be extended to April 24, 2018.

Dated: November 14, 2017        **SACKS, RICKETTS & CASE LLP**

By: */s/ Luanne Sacks*
LUANNE SACKS
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC (n/k/a Sony Interactive
Entertainment America. LLC)

Dated: November 14, 2017        **CALVO FISHER & JACOB LLP**

By: */s/ Kathleen V. Fisher*
KATHLEEN V. FISHER

555 Montgomery Street, Suite 1155
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

**Filer's Attestation**

I, Kathleen V. Fisher, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: November 14, 2017                                Respectfully submitted,

**CALVO FISHER & JACOB LLP**

By: */s/ Kathleen V. Fisher*
    Kathleen V. Fisher

**[PROPOSED] ORDER**

Having considered the parties' Stipulated Request for an Order Changing the Filing and Hearing Dates of Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class ("Renewed Final Approval Motion"), IT IS HEREBY ORDERED as follows:

- Plaintiffs will file their Renewed Final Approval Motion on April 24, 2018;
- Plaintiffs' Renewed Final Approval Motion will be heard on May 29, 2018 at 2:00 p.m. in Courtroom 1, 4th Floor, Oakland, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    By: _____
HON. YVONNE GONZALEZ ROGERS
District Judge
U.S. District Court, Northern District of California