**Law Office of Sam Miorelli, P.A.**
Sam A. Miorelli (Florida Bar No. 99886, *Pro Hac Vice*)
764 Ellwood Avenue
Orlando, FL 32804
Telephone: (352) 458-4092
E-Mail: sam.miorelli@gmail.com

**Framework Law Group PC**
Grant Atkinson (SBN 293760)
1275 E. 6th Street, Suite 8A
Los Angeles, CA 90021
Telephone: (847) 987-7361
E-Mail: grant@frameworklaw.com

*Attorneys for Objectors Eric Lindberg and Susan Lindberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | Case No. 4:10-CV-01811-YGR <br><br> **DECLARATION OF GRANT ATKINSON IN SUPPORT OF MOTION BY OBJECTOR LINDBERG FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD** |

I, Grant Atkinson, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am the founder and owner of Framework Law Group PC, co-counsel of record for objectors Eric Lindberg and Susan Lindberg in the above referenced litigation. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. My hourly rate is $325 and my lodestar for work performed in this matter from December 2016 through April 2018 (the "Objection Period") is approximately $1755.

-1-
DECLARATION OF GRANT ATKINSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
In re SONY PS3 "OTHER OS" LITIGATION Case No. 4:10-CV-01811-YGR

3. I am experienced with Plaintiff's litigation matters, such as in this case.

4. My co-counsel, Sam A. Miorelli, informed me of the *Sony PS3* matter in December of 2016. Agreeing with Mr. Miorelli that the terms of the proposed settlement did not fairly represent the interests of the class members, I helped draft and edit objector Lindberg's Objection. While Mr. Miorelli is responsible for the vast majority of work done on behalf of the Lindbergs, as the local attorney I assisted in the drafting and editing of all pleadings filed on his behalf.

5. In summary, during the Objection Period I reviewed and evaluated the release language in the *Sony PS3* objection along with other filings, objections, and responses to those objections. I helped draft, and edit the initial Objection on behalf of Mr. Lindberg, and regularly reviewed all subsequent filings. The total number of hours reasonably expended by me during the Objection Period was 5.4.

6. This work was necessary and beneficial for the Lindbergs' case and was not duplicative of Mr. Miorelli's work.

7. The total number of hours reasonably expended by me during the Objection Period was 5.4, and my total lodestar at current rates ($325/h) is $1755.

8. The figures stated above were prepared from a time sheet, drafted be me, that I use to track time spent on tasks and the nature of those tasks. I prepare and maintain this work log in the ordinary course of business, and it reflects all hours worked and tasks performed in order to represent the interests of objector Lindberg and the *Sony PS3* class. A detailed report of the work performed by me, including each individual time entry with a description of the work performed, is attached as Exhibit A.

9. This Motion seeks attorney's fees only for time spent working on this matter and does not include any hours expended in preparing this Motion.

10. My hourly rate is the usual and customary hourly rate charged for my services in litigation such as this case. Based on average hourly rates for attorneys in my area, I

-2-
DECLARATION OF GRANT ATKINSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
In re SONY PS3 "OTHER OS" LITIGATION Case No. 4:10-CV-01811-YGR

believe the rates are reasonable and in line with the rates charged for similar work by professionals with similar levels of experience and expertise. The rate stated above was determined by me, as the principal of Framework Law Group PC, in the ordinary course of business.

11. The time and effort expended by me in this matter was a risky commitment of my significantly limited resources.

12. Given the public utility and inherent risk of litigating matters such as this one, incentive awards should be approved for Objector Lindberg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 20, 2018 in Los Angeles, California.

    /s/ Grant Atkinson
Grant Atkinson
State Bar No. 293760
1275 E. 6th Street Suite 8A
Los Angeles, CA 90021
Telephone: (847) 987-7361
E-Mail: grant@frameworklaw.com

# EXHIBIT A

| Date | EE | Activity | Description | Rate | Hours |
|---|---|---|---|---|---|
| 12/07/2016 | GA | Legal Drafting | Review and drafting of Lindberg objection | 325.00 | 1.0 |
| 12/09/2016 | GA | Legal Drafting | Preparation of PHV Motion | 325.00 | 0.5 |
| 12/23/2016 | GA | Legal Drafting | Review and drafting of consolidated objections | 325.00 | 1.0 |
| 1/05/2017 | GA | Legal Filing | Filing of PHV Motion | 325.00 | 0.5 |
| 01/13/2017 | GA | Case Review | Review of Motion for Rule 11 Sanctions | 325.00 | 0.3 |
| 01/17/2017 | GA | Case Review | Review of proposed order granting Leave to file reply to Plaintiff's and defendant's responses to objections, and review of reply to Plaintiffs response to objections, and declarations of Eric Lindberg, Susan Lindberg, and Sam Miorelli | 325.00 | 1.0 |
| 01/19/2017 | GA | Case Review | Review of Rivas, opposition and declaration opposing Lindberg administrative motion for leave to file reply to settling parties' responses to objections | 325.00 | 0.5 |
| 1/24/2017 | GA | Correspondence | Correspondence with Sam Miorelli regarding the outcome of the fairness hearing. | 325.00 | 0.2 |
| 2/01/2017 | GA | Correspondence | Correspondence with Sam Miorelli regarding the denial of the final approval. | 325.00 | 0.2 |
| 3/31/2018 | GA | Case Review | Review of change of address filing. | 325.00 | 0.2 |