**Law Office of Sam Miorelli, P.A.**
Sam A. Miorelli (Florida Bar No. 99886, pro hac vice)
4715 N Harbor City Blvd
Melbourne, FL 32935
Telephone: (352) 458-4092
E-Mail: sam.miorelli@gmail.com

**Framework Law Group PC**
GRANT ATKINSON (SBN 293760)
1275 E. 6th Street, Suite 8A
Los Angeles, CA 90021
Telephone: (847) 987-7361
E-Mail: grant@frameworklaw.com
*Attorneys for Objectors Eric Lindberg and Susan Lindberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | Case No. 4:10-CV-01811-YGR |
| ERIC MICHAEL LINDBERG and SUSAN LINDBERG,<br><br>Objectors. | **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>Date:  May 29, 2018<br>Time:  2:00 p.m.<br>Courtroom: 1, 4th floor<br>Judge:  The Honorable Yvonne Gonzalez Rogers |

The Court, having reviewed Eric Michael Lindberg and Susan Lindberg's Notice of Motion, Motion for Attorneys' Fees, and Memorandum in Support ("Motion") and the pleadings and other papers on file in this action, hereby finds that:

1. The Motion requests (1) an award of attorneys' fees in the amount of $75,000, or approximately 3.30% of the $2,272,795 pecuniary benefit achieved for the class by their objection; (2) expenses in the amount of $1,360.15; and (3) an incentive award of $3,500 for Eric Lindberg, all to be paid out of class

Case No. 4:10-CV-01811-YGR

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD

counsel's fee award.

2. The Court finds that pursuant to the terms of the Settlement Agreement, Eric Michael Lindberg is a member of the class. As such, the Settlement Administrator is ordered to ignore Susan Lindberg's claim and only pay the claim of Eric Lindberg.

3. The Court finds that the requested fee award of $75,000 is fair and reasonable under the percentage-of-recovery method based upon the following factors: (1) the results obtained in this case; (2) the skill, experience, and efficiency of their counsel; and (3) the risk of non-payment. The Court further confirmed the reasonableness of the fee request by conducting a lodestar cross-check.

4. The Court has carefully considered the requested expenses and deems the requested $1,360.15 fair and reasonable.

5. The Court has carefully considered the requested incentive award and deems the requested $3,500 award reasonable and justified, given the risks in bringing the objection, Mr. Lindberg's active participation in making the objection, the *ad hominem* attacks he suffered for bringing the objection, and the benefit he obtained for the class.

Accordingly, it is hereby ORDERED and DECREED that:

6. Eric Michael Lindberg is awarded attorneys' fees of $75,000, expenses of $1,360.15, and an incentive award of $3,500, all to be paid out of class counsel's fee award.

**IT IS SO ORDERED.**

DATED: _____

                                              Honorable Yvonne Gonzalez Rogers
                                              United States District Court Judge

| | | |
|---|---|---|
| 1 | Dated: April 23, 2018 | Respectfully submitted, |
| 2 | Grant F. Atkinson (SB# 293760) | /s/ *Sam A. Miorelli, E.I., Esq.* |
|   | **Framework Law Group PC** | Sam A. Miorelli (*pro hac vice*) |
| 3 | 1275 E 6th Street | **Law Office of Sam Miorelli, P.A.** |
|   | Suite 8A | 764 Ellwood Avenue |
| 4 | Los Angeles, CA 90021 | Orlando, FL 32804 |
| 5 | Telephone: (847) 987-7361 | Telephone: (352) 458-4092 |
|   | Email: grant@frameworklaw.com | Email: sam.miorelli@gmail.com |

*Attorneys for Objectors Eric Lindberg and Susan Lindberg*

---

Case No: 4:10-CV-01811-YGR                                                                                                 3
[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD