1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8    In re SONY PS3 "OTHER OS"          )    Case No. 4:10-cv-01811-YGR
     LITIGATION                         )
9                                       )
                                        )    **DECLARATION OF BRANDON**
10                                      )    **SCHWARTZ REGARDING NOTICE**
                                        )    **AND SETTLEMENT**
11                                      )    **ADMINISTRATION**
                                        )
12                                      )
     _____)
13

14        I, BRANDON SCHWARTZ, declare and state as follows:

15        1.      I am the Director, Notice & Media of Garden City Group, LLC ("GCG").  The

16   following statements are based on my personal knowledge and information provided by other

17   experienced GCG employees working under my supervision, and if called on to do so, I could

18   and would testify competently thereto.

19        2.      GCG was appointed as the Settlement Administrator pursuant to the Court's

20   Order Granting Renewed Motion for Preliminary Approval of Class Action Settlement and

21   Certification of Settlement Class (the "Order") dated November 21, 2017, and in accordance

22
23   with the Parties' Stipulation of Class Action Settlement and Release (the "Agreement")[1].  I

24   _____

25        [1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them in
26   the Agreement.

27

**DECLARATION OF BRANDON SCHWARTZ**
**CASE NO. 10-01811-YGR**

submit this Declaration in order to advise the Parties and the Court regarding the implementation of the Court-approved Class Notice program, Claims Process, and to report on Settlement administration, in accordance with the Order and the Agreement.

## CLASS ACTION FAIRNESS ACT NOTICE

3. Pursuant to Paragraph VI.84 of the Agreement, and on behalf of Sony Computer Entertainment America LLC ("SCEA"), on September 8, 2017, GCG provided notice of the proposed settlement pursuant to the Class Action Fairness Act 28 U.S.C. §1715(b) ("CAFA Notice"). Specifically, on September 8, 2017, GCG served the CAFA Notice and an accompanying CD containing the documents specified by 28 U.S.C. § 1715(b)(1)-(8) to the Attorney General of the United States and to the state Attorneys General identified in the CAFA Notice Service List attached hereto as **Exhibit A**. Federal Express and USPS Express Mail deliveries were confirmed for each recipient to whom the CAFA Notice was sent, and those confirmations are attached hereto as **Exhibit B**.

## CLASS DATA TRANSFER

4. Pursuant to Paragraph VI.79(A)(i) of the Agreement, on December 4, 2017, SCEA provided to GCG, via a File Transfer Protocol ("FTP") site, an electronic data file reasonably calculated to include the email addresses of all potential PS3 purchasers known by SCEA through its Playstation Network Database. The file provided to GCG contained 12,225,685 unique email addresses. GCG downloaded this file directly from the FTP site and promptly loaded all the information SCEA provided into a database created for the purpose of Settlement Administration.

5. GCG integrated the 12,225,685 unique email addresses with the email addresses that existed in GCG's records from the previous settlement administration. After controlling for

duplicate email addresses, facially invalid email addresses, and email addresses for potential class members that had previously requested not to be contacted regarding the Other Os Settlement, GCG identified 12,273,317 unique and potentially valid email addresses ("Class Data").

## OVERVIEW OF NOTICE PROGRAM

6. As set forth in more detail in the September 11, 2017 Declaration of Stephen Cirami Regarding Notice and Settlement Administration ("Pre-Notice Declaration"), based upon the Class Definition and GCG's analysis and research, GCG determined that the best qualitative target audience for this case is "Adults 18 years of age or older that own a PlayStation or web-enabled console."

7. In compliance with the Order, and as noted in the Pre-Notice Declaration, GCG utilized a variety of communication methods in the Notice Program. The elements in this multilayered and comprehensive Notice Program include:

(1) direct email notice to class members known through the PlayStation Network database for whom contact information is available;

(2) targeted banner notice on English and Hispanic websites and networks including Yahoo, Google, Pulpo, and Twitch.tv;

(3) social ads on Facebook, Instagram, and Twitter;

(4) Gmail promoted ads;

(5) notice by press release;

(6) print notice in USA Today, California edition to satisfy CLRA;

(7) a settlement website; and,

(8) a toll-free information telephone number.

## SUMMARY

8. The Notice Program outlined above and described in further detail below included an appropriate mix of different types of media and direct notice designed and implemented in

order to properly and effectively provide notice to the Class. The measured portion of the Notice Program reached approximately 79% of the Target Audience approximately 2.87 times. This is higher than the estimated 78% reach that GCG had anticipated when fashioning the Notice Program outlined in our Pre-Notice Declaration, but lower than the estimated 86% reach achieved in the previous Notice Program. Both the prior and the current Notice Programs were fashioned to targeted a reach of at least 77% of the Class, but the prior Notice Program achieved higher reach results due to stronger email campaign deliverability then had been anticipated. As described in more detail below, the current Notice Program email campaign deliverability results) were in line with Pre-Notice Declaration assumptions, which assumed approximately 55% deliverability based on prior experience with the Class data. Therefore, actual reach results for the current Notice Program were slightly higher than anticipated.

### DIRECT NOTICE

9. Pursuant to Paragraph VI.79(A)(ii) of the Agreement and Paragraph 14 of the Order, GCG caused the Court-Approved Summary Notice to be formatted for electronic distribution by email to Class Members for whom an email address existed in the Class Data. Attached hereto as **Exhibit C** is a template of the Court-approved Summary Notice that GCG prepared to be electronically disseminated to the 12,273,317 Class Members for whom a potentially valid email address existed in the Class Data ("Email Notice").

10. The Email Notice provided Class Members with a link to the Settlement Website. GCG also followed standard email protocols, including utilizing "unsubscribe" links and GCG's contact information in the Email Notice. The contents of the Email Notice were reviewed to minimize SPAM triggers and were also run through a set of sender authentication mechanisms, such as SPF (Sender Policy Framework), DomainKeys, DKIM (DomainKeys Identified Mail), Barracuda, and SpamAssassin, to evaluate the probability that the email would encounter spam

filtering issues. The evaluation scored the Email Notice content at 1.5, recognizing that a score under 5.0 is good. Finally, the Email Notice was distributed at gradually increasing levels to maximize the deliverability rate to the available Class Members' email addresses.

11.     Before sending the Email Notice, GCG caused to be validated the 12,273,317 potential Class Member email addresses. GCG did this by contacting the internet service providers ("ISPs") associated with each email address to confirm that the email address still existed and was valid. Upon reaching out and completing the validation process with each of the ISPs, GCG was informed that 7,719,582 email addresses in the Class Data were potentially valid and received positive confirmation that 4,553,735 email addresses in the Class Data were invalid or no longer existed. Accordingly, GCG sent the Email Notice to these 7,719,582 potentially valid email addresses between December 19, 2017 and January 12, 2018.

12.     For all Class Members with potentially valid email addresses in the Class Data, GCG closely monitored all deliverability attempts of the Email Notice throughout the Email Notice campaign. A total of 6,790,775 Email Notices were delivered. Of the 928,807 Email Notices that could not be delivered, 899,340 of them were undeliverable because the email address no longer existed, the email account was closed, or the email address had a bad domain name or address error (collectively, "Hard Bouncebacks"). After three attempts, the remaining 29,467 Email Notices could not be delivered due to an inactive or disabled account, the recipient's mailbox was full, technical auto-replies, or the recipient server was busy or unable to deliver (collectively, "Soft Bouncebacks"). Ultimately, GCG was able to deliver direct Email Notice to 55% of the email addresses attempted.

13.     Pursuant to Paragraph VI.80 of the Agreement and Paragraph 15 of the Order, GCG caused a reminder email notice to be formatted for electronic distribution by email to the

6,785,622 potential Class Members who received an Email Notice but who had not yet submitted a Claim Form ("Reminder Email Notice"). The Reminder Email Notice included a link to the Settlement Website. GCG sent the Reminder Email between March 7 and March 14, 2018. Attached hereto as **Exhibit D** is a template of the Reminder Email Notice.

14.     GCG closely monitored all deliverability attempts of the Reminder Email Notice. A total of 62,341 Reminder Email Notices could not be delivered. Of these, 22,077 Reminder Email Notices were Hard Bouncebacks. After three attempts, a remaining 40,264 Reminder Email Notices were Soft Bouncebacks.

## DISPLAY, SOCIAL, AND GMAIL ADVERTISEMENTS

15.     Pursuant to Paragraph VI.79(A)(iii) of the Agreement, Paragraph 17 of the Order, and Paragraphs 18 through 24 of the Pre-Notice Declaration, GCG caused display or banner advertisements, social media advertisements, and Gmail advertisements to commence on December 5, 2017, and to run through January 15, 2018. All three sets of advertisements allowed website visitors to identify themselves as potential Settlement Class Members and then click on a link that would take them directly to the Settlement Website.

16.     **Display or banner advertisements:** Display or banner advertisements were published on several digital networks including Google, Yahoo, Twitch.tv, and Pulpo. The combined ad networks cover 92% of the U.S. population on the internet. Ads ran on thousands of English and Hispanic websites, including CNET, GameSpot, Gizmodo, ESPN, and Twitch.tv, which is the largest game-themed website in the United States.

17.     **Social media advertisements:** Social media advertisements were published on the leading social network sites of Facebook, Instagram, and Twitter. Combined these three sites cover over 220 million active social media users in the U.S. GCG targeted and served ads to site

users based on their behavior, type of purchases (gaming), and via a look-alike audience modeling[2] process that utilized information provided by claimants as part of the prior settlement.

18. **Gmail advertisements:** Gmail promotional advertisements were published to users of Gmail's email platform. GCG targeted these advertisement by user's interests, behaviors, email content (i.e. PlayStation Network), and via a look-alike process that utilized information provided by claimants as part of the prior settlement.

19. The total number of impressions delivered for each of the three media vehicles is listed below:

| INTERNET | | |
|---|---|---|
| **Media Vehicle** | **Website/Network** | **Impressions** |
| Display or banner advertisements | Yahoo, Google, Pulpo, and Twitch.tv | 137,482,293 |
| Social advertisements | Facebook, Twitter, Instagram | 73,219,019 |
| Gmail Advertisements | Gmail | 2,523,104 |
| | **Total Impressions:** | **213,224,416** |

20. In total, the banner advertisement campaign delivered over 213,224,416 impressions or opportunities for potential Class Members to click on the banner advertisement and learn about the Settlement. A screenshot of the advertisements as they were displayed on each media vehicle is attached hereto as **Exhibit E**.

### PRESS RELEASE

21. Pursuant to Paragraph VI.79(A)(iii) of the Agreement, Paragraph 17 of the Order,

---

[2] Look-alike audience modeling uses known data, in this instance data provided by claims filed during the initial Notice Program as discussed in the Pre-Notice Declaration, to target potential class members that share similar characteristics and serve the digital notice across social media websites.

and Paragraph 25 of the Pre-Notice Declaration, a press release was distributed on December 6, 2017, over PR Newswire's US1 newsline and National Hispanic newslines. US1 press releases are issued broadly to more than 15,000 media outlets, including newspapers, magazines, national wire services, television and radio broadcast media, web sites, online databases, Internet networks and social networking media in all 50 states. The Hispanic newsline reaches over 7,000 U.S. Hispanic media contacts including online placement of approximately 100 Hispanic websites nationally. The combined release resulted in 392 pickups by media outlets. Copies of the press releases as they were distributed are attached hereto as **Exhibit F**.

## CALIFORNIA CONSUMER LEGAL REMEDIES ACT ("CLRA") PUBLICATION

22.     Pursuant to Paragraph VI.79(A)(iii) of the Agreement, Paragraph 17 of the Order, and Paragraph 26 of the Pre-Notice Declaration, GCG caused the Summary Notice to be published in *USA Today* California edition[3], over four (4) consecutive weeks. The Summary Notice appeared in the December 14, 2017, December 19, 2017, December 26, 2017, and January 3, 2018 editions. A copy of the Summary Notice as it appeared in each edition is attached hereto as **Exhibit G**.

## SETTLEMENT WEBSITE

23.     Pursuant to Paragraph VI.81 of the Agreement and Paragraph 18 of the Order, on December 4, 2017, GCG launched an updated version of the Settlement Website, www.otherossettlement.com, containing detailed information about the Settlement. A live "clickable" link to the Settlement Website was contained in the Email Notice. *See Exhibit C*.

---

[3] The California edition of USA Today is comprised of the Los Angeles and San Francisco print markets that, combined, distribute across the state.

24.     The Settlement Website includes a copy of the Long Form Class Notice, the Summary Notice, the Second Amended Class Action Complaint, the Agreement, the Motion for Preliminary Approval, the Order, Plaintiffs' Notice of Motion and Motion for Attorney's Fees and Expenses and for Service Awards for Plaintiffs, and various information about the Settlement, including an overview of the Settlement, important dates and deadlines, searchable answers to 26 frequently asked questions, and a contact information page for the Settlement Administrator. Class Members could also view and download a sample request for exclusion letter. From the date the website updates went live through the claim filing deadline, Class Members could also download paper copies of the Claim Form or submit a Claim Form using an online portal.

25.     GCG has maintained and will continue to maintain and update the Settlement Website throughout the Settlement administration. As of May 8, 2018, the Settlement Website has received 1,189,605 visits.

## TOLL-FREE NUMBER

26.     Pursuant to Paragraph VII.85(B) of the Agreement and Paragraph 19 or the Order, on December 4, 2017, GCG launched an updated toll-free telephone number, 1 (855) 720-1264 (the "Settlement Toll-Free Number"), with an Interactive Voice Response ("IVR") system, to accommodate inquiries regarding the Settlement. Since the launch date, callers have had the ability to listen to important information about the Settlement and to request copies of the Claim Form. The IVR system also provides callers with the ability to speak to a live operator during business hours.

27.     As of May 8, 2018 GCG has received 2,827 calls related to this Settlement on the Settlement Toll-Free Number.

28. GCG has maintained and will continue to maintain the Settlement Toll-Free Number and update the IVR throughout the Settlement administration.

## CLAIMS

29. Pursuant to Paragraph V.72 of the Agreement and Paragraph 20 of the Order, Class Members who wished to make a claim for up to Sixty-Five Dollars ($65.00) were required to submit a completed Claim Form to GCG and could do so via email, via the Settlement Website online claims portal, or via U.S. Mail, so long as it was submitted or postmarked no later than April 15, 2018. GCG maintained an email account and a post office box for the receipt of Claim Forms, exclusion requests, objections, and any other correspondence related to the Settlement. As of May 8, 2018, GCG has received 263,841 timely Claim Forms and 27 late Claim Forms. This is in addition to 11,328 Claim Forms received under the previous Settlement. As GCG continues to receive, process, and review claims, the information provided above is preliminary and subject to further analysis and quality control, and is intended only for informational purposes at this time.

30. Pursuant to Paragraphs 74 and 75 of the Agreement, working with SCEA and Class Counsel, GCG undertook a review of all claims received in the prior and current settlements to identify duplicate, invalid, and potentially fraudulent claims. Based on a review of name, address, and email information, as well as information provided to GCG by SCEA regarding valid serial numbers, valid PlayStation Network Sign-In IDs, and valid PlayStation Network IDs, GCG was able to identify 77,957 claims that are duplicative, fraudulent, or otherwise invalid. Amongst the aforementioned claims, 22,267 were duplicate, 60 were fraudulent, and 55,630 were otherwise invalid.

## OBJECTIONS AND OPT OUTS

31.     Pursuant to Paragraph IX.96 of the Agreement and Paragraph 24 of the Order, Class Members wishing to object to the fairness, reasonableness, or adequacy of the Settlement or to the Fee Request had the option to submit written objections to GCG, emailed or postmarked no later than April 15, 2018.  As of May 8, 2018, GCG has received no timely or late objections.

32.     Pursuant to Paragraph VIII.92 of the Agreement and Paragraph 22 of the Order, Class Members wishing to be excluded from the Settlement were required to submit written requests for exclusion to GCG, emailed or postmarked no later than April 15, 2018.  Pursuant to the request of the Parties, a sample request for exclusion letter was included on the Settlement Website.  A true and correct copy of the sample request for exclusion letter is attached as **Exhibit H.**  As of May 8, 2018 GCG has received 40 timely requests for exclusion and no late requests for exclusion from the Settlement.  A true and correct copy of the list of Class Members who requested to be excluded from the Settlement is attached as **Exhibit I**.

## CONCLUSION

33.     The Notice Program, in my opinion, was implemented to achieve the best practicable notice under the circumstances and satisfied due process and the applicable rules governing class actions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of May, 2018 in Seattle, Washington.

_____
Brandon Schwartz

Exhibit A

Attorney General for Alabama
501 Washington Avenue
Montgomery, AL  36104
(334) 242-7300

Attorney General for Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK  99501
(907) 269-5100

Attorney General for Arkansas
323 Center St., Suite 200
Little Rock, AR  72201
(501) 682-2007

Attorney General for Arizona
1275 W. Washington St.
Phoenix, AZ  85007
(602) 542-5025

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102
(415) 703-5500

Attorney General for Colorado
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203
(720) 508-6000

Attorney General for Connecticut
55 Elm St.
Hartford, CT  06106
(860) 808-5318

Attorney General for Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801
(302) 577-8400

Attorney General for DC
441 4th St. NW
Washington, DC  20001
(202) 727-3400

Attorney General for Florida
The Capitol PL-01
Tallahassee, FL  32399
(850) 414-3300

Attorney General for Georgia
40 Capitol Square SW
Atlanta, GA  30334
(404) 656-3300

Attorney General for Hawaii
425 Queen St.
Honolulu, HI  96813
(808) 586-1500

Attorney General for Iowa
1305 E Walnut St
Des Moines, IA  50319
(515) 281-5126

Attorney General for Idaho
700 W. Jefferson St.
Suite 210
Boise, ID  83720
(208) 334-2400

| | |
|---|---|
| Attorney General for Illinois<br>500 South Second Street<br>Springfield, IL  62706<br>(217) 782-1090 | Attorney General for Indiana<br>302 W. Washington St, 5th Floor<br>Indianapolis, IN  46204<br>(317) 232-6201 |
| Attorney General for Kansas<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS  66612<br>(785) 296-2215 | Attorney General for Kentucky<br>700 Capitol Avenue<br>Suite 118<br>Frankfort, KY  40601<br>(502) 696-5300 |
| Attorney General for Louisiana<br>1885 North 3rd Street<br>Baton Rouge, LA  70802<br>(225) 326-6000 | Office of Massachusetts<br>Attorney General<br>ATTN: CAFA Coordinator<br>1 Ashburton Pl.<br>Boston, MA  02108<br>(617) 727-2200 |
| Attorney General for Maryland<br>200 St. Paul Pl.<br>Baltimore, MD  21202<br>(410) 576-6300 | Attorney General for Maine<br>6 State House Station<br>Augusta, ME  04333<br>(207) 626-8800 |
| Attorney General for Michigan<br>G. Mennen Williams Bldg., 7th Fl.<br>525 W. Ottawa St.<br>Lansing, MI  48909<br>(517) 373-1110 | Attorney General for Minnesota<br>445 Minnesota St. Ste 1400<br>St. Paul, MN  55101<br>(651) 296-3353 |
| Attorney General for Missouri<br>Supreme Court Building<br>207 W High St.<br>Jefferson City, MO  65101<br>(573) 751-3321 | Attorney General for Mississippi<br>550 High St., Ste. 1200<br>Jackson, MS  39201<br>(601) 359-3680 |
| Attorney General for Montana<br>Justice Building, 3rd Fl.<br>215 North Sanders<br>Helena, MT  59601<br>(406) 444-2026 | Attorney General for North Carolina<br>114 West Edenton Street<br>Raleigh, NC  27603<br>(919) 716-6400 |

Attorney General for North Dakota
600 E. Blvd. Ave., Dept. 125
Bismarck, ND  58505
(701) 328-2210

Attorney General for Nebraska
2115 State Capitol
Lincoln, NE  68509
(402) 471-2683

Attorney General for New Hampshire
33 Capitol St.
Concord, NH  03301
(603) 271-3658

Attorney General for New Jersey
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ  08625
(609) 292-4925

Attorney General for New Mexico
408 Galisteo St.
Santa Fe, NM  87501
(505) 490-4060

Attorney General for Nevada
100 N. Carson St.
Carson City, NV  89701
(775) 684-1100

Attorney General for New York
The Capitol
Albany, NY  12224
(800) 771-7755

Attorney General for Ohio
30 E. Broad St., 14th Floor
Columbus, OH  43215
(614) 466-4986

Attorney General for Oklahoma
313 NE 21st St.
Oklahoma City, OK  73105
(405) 521-3921

Attorney General for Oregon
Oregon Department of Justice
1162 Court St. NE
Salem, OR  97301
(503) 378-4400

Attorney General for Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-3391

Attorney General for Rhode Island
150 S. Main St.
Providence, RI  02903
(401) 274-4400

Attorney General for South Carolina
1000 Assembly St., Room 519
Columbia, SC  29201
(803) 734-3970

Attorney General for South Dakota
1302 E. Hwy. 14, Suite 1
Pierre, SD  57501
(605) 773-3215

Attorney General for Tennessee
PO Box 20207
Nashville, TN  37202
(615) 741-3491

Attorney General for Texas
300 W. 15th St.
Austin, TX  78701
(512) 463-2100

Attorney General for Utah
350 N. State St., Suite 230
Salt Lake City, UT  84114
(800) 244-4636

Attorney General for Virginia
202 North Ninth St
Richmond, VA  23219
(804) 786-2071

Attorney General for Vermont
109 State St.
Montpelier, VT  05609
(802) 828-3171

Attorney General for Washington
1125 Washington St. SE
Olympia, WA  98504
(360) 753-6200

Attorney General for Wisconsin
114 East State Capitol
Madison, WI  53702
(608) 266-1221

Attorney General for West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
(304) 558-2021

Attorney General for Wyoming
2424 Pioneer Ave  3rd FL
Cheyenne, WY  82002
(307) 777-7886

Attorney General for American Samoa
American Samoa Gov't.
A.P. Lutali Executive Office Bldg
Pago Pago, AS  96799
(684) 633-4163

Attn: Adminstrative Section
Attorney General for Guam
590 S.Marine Corps Drive
ITC Bldg., Suite 706
Tamuning, GU  96913
(671) 475-3324

Attorney General for the
Northern Mariana Islands
Admin Bldg, PO Box 10007
Saipan, MP  96950
(670) 664-2341

Edificio Principal del Depto. De Justicia
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
San Juan, PR  00907
(787) 721-7771

Acting Attorney General for Virgin Islands
34-38 Kronprindsens Gade
GERS Bldg, 2nd Fl
St. Thomas, VI  00802
(340) 774-5666

Acting Attorney General for Palau
PO Box 1365
Koror, PW  96940
(680) 488-2481

Secretary, Dept. of Justice for the
Federated States of Micronesia
PS 105, Palikir
Pohnpei, FM  96941
(691) 320-2644

Attorney General for the
Republic of the Marshall Islands
PO Box 890
Majuro, MH  96960
(692) 625-8245

Exhibit B

| Project | Recipient | Tracking# | Type | Req'd By | Created By | Sent | Recv'd |
|---------|-----------|-----------|------|----------|------------|------|--------|
| PS3 | US Attorney General | 724681047108 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Alabama | 724681047119 | Priority Overnight | JP | LP | 9/8/2017 | 9/12/2017 |
| PS3 | Attorney General for Alaska | 724681047120 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Arkansas | 724681047130 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Arizona | 724681047141 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Office of the Attorney General / CAFA Coordinator | 724681047152 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Colorado | 724681047163 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Connecticut | 724681047174 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Delaware | 724681047185 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for DC | 724681047196 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Florida | 724681047200 | Priority Overnight | JP | LP | 9/8/2017 | 9/14/2017 |
| PS3 | Attorney General for Georgia | 724681047211 | Priority Overnight | JP | LP | 9/8/2017 | 9/13/2017 |
| PS3 | Attorney General for Hawaii | 724681047222 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Iowa | 724681047233 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Idaho | 724681047244 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Illinois | 724681047255 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Indiana | 724681047266 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Kansas | 724681047277 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Kentucky | 724681047288 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Louisiana | 724681047299 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General / ATTN: CAFA Coordinator | 724681047303 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Maryland | 724681047314 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Maine | 724681047325 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Michigan | 724681047336 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Minnesota | 724681047347 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Missouri | 724681047358 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Mississippi | 724681047369 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Montana | 724681047370 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for North Carolina | 724681047380 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for North Dakota | 724681047391 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Nebraska | 724681047406 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for New Hampshire | 724681047417 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for New Jersey | 724681047428 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for New Mexico | 724681047439 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Nevada | 724681047440 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for New York | 724681047450 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Ohio | 724681047461 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Oklahoma | 724681047472 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Oregon | 724681047483 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Pennsylvania | 724681047494 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Rhode Island | 724681047509 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for South Carolina | 724681047510 | Priority Overnight | JP | LP | 9/8/2017 | 9/13/2017 |
| PS3 | Attorney General for South Dakota | 724681047520 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Texas | 724681047531 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Utah | 724681047542 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Virginia | 724681047553 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Vermont | 724681047564 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Washington | 724681047575 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Wisconsin | 724681047586 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for West Virginia | 724681047597 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Wyoming | 724681047601 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for American Samoa | 724681047612 | Priority Overnight | JP | LP | 9/8/2017 | 9/19/2017 |
| PS3 | Attorney General for Guam / Attn: Adminstrative Section | 724681047623 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Edificio Principal del Depto. De Justicia | 724681047634 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Acting Attorney General for Virgin Islands | 724681047645 | Priority Overnight | JP | LP | 9/8/2017 | 9/28/2017 |
| PS3 | Sacks Ricketts & Case LLP / Michele Floyd | 724681047656 | Priority Overnight | JP | LP | 9/8/2017 | 9/11/2017 |
| PS3 | Attorney General for Tennessee | 947011269935000238393 | Priority Express | JP | LP | 9/8/2017 | 9/9/2017 |
| PS3 | Attorney General for the / Northern Mariana Islands | EI456606715US | Priority Express | JP | LP | 9/8/2017 | 9/13/2017 |
| PS3 | Acting Attorney General for Palau | EI456606724US | Priority Express | JP | LP | 9/8/2017 | 9/18/2017 |
| PS3 | Secretary, Dept. of Justice for the / Federated States of Micronesia | EI456606738US | Priority Express | JP | LP | 9/8/2017 | 9/14/2017 |
| PS3 | Attorney General for the / Republic of the Marshall Islands | EI456606741US | Priority Express | JP | LP | 9/8/2017 | 9/21/2017 |

| Carrier | Tracking No. or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---------|--------------------------|---------------------|-----------------|--------|-----------------------|---------------|-----------------|
| FedEx | 724681047108 | Seattle, WA | 9/8/2017 | Delivered | Washington, DC | 9/11/2017 10:32 | Yes |
| FedEx | 724681047119 | Seattle, WA | 9/8/2017 | Delivered | Montgomery, AL | 9/12/2017 10:03 | Yes |
| FedEx | 724681047120 | Seattle, WA | 9/8/2017 | Delivered | Anchorage, AK | 9/11/2017 10:12 | Yes |
| FedEx | 724681047130 | Seattle, WA | 9/8/2017 | Delivered | Little Rock, AR | 9/11/2017 9:54 | Yes |
| FedEx | 724681047141 | Seattle, WA | 9/8/2017 | Delivered | Phoenix, AZ | 9/11/2017 9:58 | Yes |
| FedEx | 724681047152 | Seattle, WA | 9/8/2017 | Delivered | San Francisco, CA | 9/11/2017 9:50 | Yes |
| FedEx | 724681047163 | Seattle, WA | 9/8/2017 | Delivered | Denver, CO | 9/11/2017 10:13 | Yes |
| FedEx | 724681047174 | Seattle, WA | 9/8/2017 | Delivered | Hartford, CT | 9/11/2017 9:05 | Yes |
| FedEx | 724681047185 | Seattle, WA | 9/8/2017 | Delivered | Wilmington, DE | 9/11/2017 9:25 | Yes |
| FedEx | 724681047196 | Seattle, WA | 9/8/2017 | Delivered | Washington, DC | 9/11/2017 9:17 | Yes |
| FedEx | 724681047200 | Seattle, WA | 9/8/2017 | Delivered | Tallahassee, FL | 9/14/2017 9:20 | Yes |
| FedEx | 724681047211 | Seattle, WA | 9/8/2017 | Delivered | Atlanta, GA | 9/13/2017 9:09 | Yes |
| FedEx | 724681047222 | Seattle, WA | 9/8/2017 | Delivered | Honolulu, HI | 9/11/2017 12:42 | Yes |
| FedEx | 724681047233 | Seattle, WA | 9/8/2017 | Delivered | Des Moines, IA | 9/11/2017 10:19 | Yes |
| FedEx | 724681047244 | Seattle, WA | 9/8/2017 | Delivered | Boise, ID | 9/11/2017 9:45 | Yes |
| FedEx | 724681047255 | Seattle, WA | 9/8/2017 | Delivered | Springfield, IL | 9/11/2017 8:42 | Yes |
| FedEx | 724681047266 | Seattle, WA | 9/8/2017 | Delivered | Indianapolis, IN | 9/11/2017 9:16 | Yes |
| FedEx | 724681047277 | Seattle, WA | 9/8/2017 | Delivered | Topeka, KS | 9/11/2017 9:32 | Yes |
| FedEx | 724681047288 | Seattle, WA | 9/8/2017 | Delivered | Frankfort, KY | 9/11/2017 10:12 | Yes |
| FedEx | 724681047299 | Seattle, WA | 9/8/2017 | Delivered | Baton Rouge, LA | 9/11/2017 10:31 | Yes |
| FedEx | 724681047303 | Seattle, WA | 9/8/2017 | Delivered | Boston, MA | 9/11/2017 9:38 | Yes |
| FedEx | 724681047314 | Seattle, WA | 9/8/2017 | Delivered | Baltimore, MD | 9/11/2017 9:31 | Yes |
| FedEx | 724681047325 | Seattle, WA | 9/8/2017 | Delivered | Augusta, ME | 9/11/2017 10:18 | Yes |
| FedEx | 724681047336 | Seattle, WA | 9/8/2017 | Delivered | Lansing, MI | 9/11/2017 8:38 | Yes |
| FedEx | 724681047347 | Seattle, WA | 9/8/2017 | Delivered | St. Paul, MN | 9/11/2017 8:53 | Yes |
| FedEx | 724681047358 | Seattle, WA | 9/8/2017 | Delivered | Jefferson City, MO | 9/11/2017 9:00 | Yes |
| FedEx | 724681047369 | Seattle, WA | 9/8/2017 | Delivered | Jackson, MS | 9/11/2017 8:19 | Yes |
| FedEx | 724681047370 | Seattle, WA | 9/8/2017 | Delivered | Helena, MT | 9/11/2017 10:02 | Yes |
| FedEx | 724681047380 | Seattle, WA | 9/8/2017 | Delivered | Raleigh, NC | 9/11/2017 9:26 | Yes |
| FedEx | 724681047391 | Seattle, WA | 9/8/2017 | Delivered | Bismarck, ND | 9/11/2017 8:59 | Yes |
| FedEx | 724681047406 | Seattle, WA | 9/8/2017 | Delivered | Lincoln, NE | 9/11/2017 8:42 | Yes |

| Carrier | Tracking No. or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---|---|---|---|---|---|---|---|
| FedEx | 724681047108 | Seattle, WA | 9/8/2017 | Delivered | Washington, DC | 9/11/2017 10:32 | Yes |
| FedEx | 724681047119 | Seattle, WA | 9/8/2017 | Delivered | Montgomery, AL | 9/12/2017 10:03 | Yes |
| FedEx | 724681047417 | Seattle, WA | 9/8/2017 | Delivered | Concord, NH | 9/11/2017 9:57 | Yes |
| FedEx | 724681047428 | Seattle, WA | 9/8/2017 | Delivered | Trenton, NJ | 9/11/2017 10:00 | Yes |
| FedEx | 724681047439 | Seattle, WA | 9/8/2017 | Delivered | Santa Fe, NM | 9/11/2017 9:47 | Yes |
| FedEx | 724681047440 | Seattle, WA | 9/8/2017 | Delivered | Carson City, NV | 9/11/2017 9:34 | Yes |
| FedEx | 724681047450 | Seattle, WA | 9/8/2017 | Delivered | Albany, NY | 9/11/2017 9:04 | Yes |
| FedEx | 724681047461 | Seattle, WA | 9/8/2017 | Delivered | Columbus, OH | 9/11/2017 9:48 | Yes |
| FedEx | 724681047472 | Seattle, WA | 9/8/2017 | Delivered | Oklahoma City, OK | 9/11/2017 9:38 | Yes |
| FedEx | 724681047483 | Seattle, WA | 9/8/2017 | Delivered | Salem, OR | 9/11/2017 9:07 | Yes |
| FedEx | 724681047494 | Seattle, WA | 9/8/2017 | Delivered | Harrisburg, PA | 9/11/2017 9:55 | Yes |
| FedEx | 724681047509 | Seattle, WA | 9/8/2017 | Delivered | Providence, RI | 9/11/2017 9:33 | Yes |
| FedEx | 724681047510 | Seattle, WA | 9/8/2017 | Delivered | Columbia, SC | 9/13/2017 9:54 | Yes |
| FedEx | 724681047520 | Seattle, WA | 9/8/2017 | Delivered | Pierre, SD | 9/11/2017 9:03 | Yes |
| FedEx | 724681047531 | Seattle, WA | 9/8/2017 | Delivered | Austin, TX | 9/11/2017 10:14 | Yes |
| FedEx | 724681047542 | Seattle, WA | 9/8/2017 | Delivered | Salt Lake City, UT | 9/11/2017 10:58 | Yes |
| FedEx | 724681047553 | Seattle, WA | 9/8/2017 | Delivered | Richmond, VA | 9/11/2017 9:11 | Yes |
| FedEx | 724681047564 | Seattle, WA | 9/8/2017 | Delivered | Montpelier, VT | 9/11/2017 9:32 | Yes |
| FedEx | 724681047575 | Seattle, WA | 9/8/2017 | Delivered | Olympia, WA | 9/11/2017 10:56 | Yes |
| FedEx | 724681047586 | Seattle, WA | 9/8/2017 | Delivered | Madison, WI | 9/11/2017 8:31 | Yes |
| FedEx | 724681047597 | Seattle, WA | 9/8/2017 | Delivered | Charleston, WV | 9/11/2017 8:45 | Yes |
| FedEx | 724681047601 | Seattle, WA | 9/8/2017 | Delivered | Cheyenne, WY | 9/11/2017 9:10 | Yes |
| FedEx | 724681047612 | Seattle, WA | 9/8/2017 | Delivered | PAGO PAGO, AS | 9/19/2017 13:50 | No |
| FedEx | 724681047623 | Seattle, WA | 9/8/2017 | Delivered | TAMUNING, GU | 9/11/2017 8:03 | Yes |
| FedEx | 724681047634 | Seattle, WA | 9/8/2017 | Delivered | SAN JUAN, PR | 9/11/2017 13:31 | Yes |
| FedEx | 724681047645 | Seattle, WA | 9/8/2017 | Delivered | ST. THOMAS, VI | 9/28/2017 13:58 | Yes |
| FedEx | 724681047656 | Seattle, WA | 9/8/2017 | Delivered | San Francisco, CA | 9/11/2017 10:04 | Yes |
| USPS | 9470112699350006238393' | Seattle, WA | 9/8/2017 | Delivered | Nashville, TN | 9/9/2017 7:54 | No |
| USPS | EI456606715US | Seattle, WA | 9/8/2017 | Delivered | Saipan, MP | 9/13/2017 13:43 | No |
| USPS | EI456606724US | Seattle, WA | 9/8/2017 | Delivered | Koror, PW | 9/18/2017 15:32 | No |
| USPS | EI456606738US | Seattle, WA | 9/8/2017 | Delivered | Pohnpei, FM | 9/14/2017 10:08 | No |

| Carrier | Tracking No. or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---------|--------------------------|---------------------|-----------------|--------|-----------------------|---------------|-----------------|
| FedEx | 724681047108 | Seattle, WA | 9/8/2017 | Delivered | Washington, DC | 9/11/2017 10:32 | Yes |
| FedEx | 724681047119 | Seattle, WA | 9/8/2017 | Delivered | Montgomery, AL | 9/12/2017 10:03 | Yes |
| USPS | EI456606741US | Seattle, WA | 9/8/2017 | Delivered | Majuro, MH | 9/21/2017 10:32 | No |

Exhibit C

**From:**
**Sent:**
**To:**
**Subject:**                    Important - Notice of New Class Action Settlement Regarding PlayStation 3 'Other OS'
                                Function

### IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU

**The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation,* United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you:  (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3.**   Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted.  The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA.  All exclusion requests and objections must be submitted by April 15, 2018.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit.  To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit:

[www.OtherOsSettlement.com](www.OtherOsSettlement.com) for more information.  The Settlement Administrator is:

In re Sony PS3 "Other OS" Litigation
c/o Garden City Group, LLC
P.O. Box 10312
Dublin, OH 43017-5912


**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

---

If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this [link](link).

Exhibit D

| | |
|---|---|
| From: | Settlement Administrator <donotreply@legalclaimsadmin.com> |
| Sent: | |
| To: | |
| Subject: | Important Reminder - Notice of New Class Action Settlement Regarding PlayStation 3 'Other OS' Function |

**IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU**

**Our records show that you were recently sent a notice regarding this Settlement  but that you have not yet submitted a claim.  The purpose of this notice is to remind you that you have until April 15, 2018 to decide whether file a claim, exclude yourself from the Settlement, object to the Settlement, or take no action.  If you have already done any of the above, you do not do need to take further action.  If you would like additional information about the Settlement, please review the information below or visit** www.OtherOSsettlement.com**.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation,* United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you: (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3.**  Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted.  The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA. All exclusion requests and objections must be submitted

by April 15, 2018.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit. To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit:

www.OtherOsSettlement.com for more information. The Settlement Administrator is:

In re Sony PS3 "Other OS" Litigation
c/o Garden City Group, LLC
P.O. Box 10312
Dublin, OH 43017-5912

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

---

If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this link.

# Exhibit E

Inicio | PC | PS4 | XOne | Switch | 3DS | PS3 | X360 | Wii U | iOS | Android | Noticias | Videos | Foros | Comunidad | eSports

Portada | Noticias | Videos | Imágenes | Análisis | Artículos y Reportajes | Guías | Trucos | Todos los Juegos | Top100 | Tienda | Lanzamientos



Si compró una PLAYSTATION 3 el 1 de abril de 2010 o antes de esta fecha, es posible que se vea afectado por un acuerdo de demanda colectiva.

**LO MÁS CONSULTADO** | CALL OF DUTY: WWII | STAR WARS: BATTLEFRONT 2 | ASSASSIN'S CREED: ORIGINS | SUPER MARIO ODYSSEY | FIFA 18 | PES 2018 | MÁS ▾

## SECRET OF MANA

Assassin's Creed: Origins
El Veredicto Final

**Secret of Mana 3D**
Impresiones jugables

30 años de Final Fantasy
Reportaje

A Hat in Time
Análisis

**Impresiones jugables** (PS4, PC, Vita)
Secret of Mana 3D, nostalgia 16 bit remasterizada

**NOTICIA**
**The Game Awards 2017:** Sigue en directo la gala esta noche con 3DJuegos



**NOTICIA**
Ya hay **2,5 millones de Switch** y **5,5 millones de PS4** en Japón

**NOTICIA**
Habrá novedades de **Beyond Good & Evil 2** en las próximas horas

---

### DESTACADOS



**NOTICIA + VÍDEO**
Dragon's Crown Pro llega a Occidente en primavera de 2018



**NOTICIA + VÍDEO**
Portal vuelve con Bridge Constructor para PC y consolas



**NOTICIA**
EA asegura haber aprendido de la polémica con Star Wars: Battlefront 2



Ads by plursteloght.com

**Quick Start to Rigging i...**
Welcome to the Quick Start to Rigging in Maya. Quick Starts are a series of specially-const...

Click

**Exploring Maya 2017**
Maya is a very broad 3D application and it can be difficult at the beginning to know wher...



⊠⊡
If you purchased a **PLAYSTATION 3** on or before April 1, 2010,
gcg ◊                                                              a class action settlement may affect you



WARCRAFT LOGS

Sign Up    Log In

Welcome to Warcraft Logs, a Web site that provides combat analysis for Blizzard's World of Warcraft MMO. Record your combats, upload them to the site and analyze them in real time. Find out exactly what went wrong and discover what you need to do to fix it!

UPLOAD.  ANALYZE.  IMPROVE.

### New Forums!
By Kihra - Feb 22 2016

In order to have only one forum site to check for new posts instead of four, I have decided to consolidate (and modernize) the forums. There is a single new site, forums.combatlogforums.com, that is used across Warcraft Logs, Wildstar Logs, FF Logs and Rift Logs. You will need to create a new account on those forums.

The old forum sites at forums.warcraftlogs.com, forums.fflogs.com and forums.wildstarlogs.com will remain up to preserve the posts and history, but I won't be checking there for new posts any longer.

### Support Warcraft Logs! Become a Patron Today!
By Kihra - Apr 22 2015

It is now possible to make donations to Warcraft Logs through this Patreon page. Become a patron today and earn premium rewards that include permanent log storage, the removal of ads from the Web site (yes, ads are coming in May), and no more

# TECHNOLOGY



TECHNOLOGY
## Surface Pro 4: 14-inch display and Windows 10
**Lily Matthews** - December 5, 2017



TECHNOLOGY
## Moonspike: Go to the Moon in Crowdfunding
**Lily Matthews** - December 5, 2017



Technology
### Autonomous Driving with Uber
**Lily Matthews** - December 4, 2017

Tesla in 2020 will produce approximately 500,000 electric cars annually. The company of Musk is planning to become the biggest player in the field...



Technology
### Important Features of 3D Pens
**Carol McGie** - December 4, 2017

A 3D pen looks like a bigger version of a regular pencil or pen, but instead of using ink or led, the 3D pen...


If you purchased a
**PLAYSTATION 3**
on or before April 1, 2010, a class action settlement may affect you
gcg

Ads by Revcontent



Technology



Technology
### Microsoft is Laying Off Another 2,850 People


**The Amazon Trick You Need to Know Before Christmas**
Honey

SHARE


f
y
G+

# It's Not Just Battlefront 2: Five Of The Worst EA Games Ever Created

2 WEEKS AGO                                                    by CLAUDIA GUTHRIE



Image Source

The force is not strong with Electronic Arts. The company's newest release, Star Wars: Battlefront 2 doesn't launch until Nov. 17, but it's already off to a terribly rocky start.

The game is causing controversy after it was revealed that iconic Star Wars characters such as Darth Vader and Luke Skywalker will be locked until players log a certain number of hours, then a "loot crate" will be unlocked.

A loot crate is an unpopular feature in the gaming community. Basically, after reaching a certain amount of hours, the gamer is given a crate of random items and characters. So after 40 hours of gameplay, you still might not be able to access the character you want.

To be fair, EA is allowing gamers to expedite the process and unlock loot crates — for an additional cost. But again, you are buying crates without knowing what they will unlock. And after dropping $80 to begin the game alone, players are enraged.

People took to Reddit to voice their complaints and the EA Community Team responded to the criticism. But their attempt to explain backfired when their reply became the most downvoted comment in Reddit's history, earning over 677,000 negative responses in three days.

As players flocked en masse to cancel their Battlefront 2 pre-order, EA disabled the refund option on its site. If gamers want to cancel their order, they will have to go through the customer

If you purchased a

PLAYSTATION 3

on or before April 1, 2010,
a class action settlement
gcg                      may affect you



brain    BrainJet
net      630,352 likes

f Like Page                    Share

Be the first of your friends to like this

LATEST ARTICLES

Oxford Universtiy Is Older Than The Aztec Civilization



France Was Still Executing People By Guillotine When Star Wars: A New Hope Hit Theatres



Si compró una PLAYSTATION 3 el 1 de abril de 2010
o antes de esta fecha, es posible que se vea
afectado por un acuerdo de demanda colectiva.
gcg

# LA VANGUARDIA | Deportes

RESULTADOS ▾

☰  🏠  Al Minuto   Internacional   Política   Opinión   Vida   Deportes   Economía   Local   Gente   Cultura   Sucesos   Temas

Deportes      Fútbol   Fórmula 1   Motociclismo   Tenis   Baloncesto   Otros Deportes   Ciclismo   Lugares de Nieve   Vela   Motor

**Partidos Jornada**
Elige competición ▾

La Liga Santander

ALA — 21h00 — UDL
Vie 08/12 | BeIN LaLiga

RMA — 16h15 — SEV
Sáb 09/12 | BeIN LaLiga

GET — 13h00 — EIB
Sáb 09/12 | BeIN LaLiga

La Liga 123

GRA — 18h00 — ALM
Vie 08/12 | LaLiga123



**REAL MADRID**

## La defensa inédita que deberá improvisar Zidane ante el Sevilla

ORIOL DOTRAS



Tendrá lugar el lunes

## Los posibles rivales de Barça y Madrid en el sorteo de octavos de la Champions

Con el final de la fase de grupos quedaron definidos los ocho primeros y los ochos segundos








**jet**
Let your table
do the talking.

Can not serve default ad

Can not serve default ad

MÁS EN REDES SOCIALES



**YouTube: Los 10 éxitos musicales más vistos en el 2017 [FOTOS]**



**WhatsApp: mira cómo puedes subir hologramas a tus estados**



**Instagram lanzó función para fijar 'stories' favoritas**



**Facebook: Estas fueron las tendencias que marcaron el año 2017**



**WhatsApp: app Files Go te permite enviar archivos más rapido**



**YouTube: Estos fueron los videos más vistos del 2017**

---

REDES SOCIALES

# YouTube: "Despacito" y lo más viral del 2017

El servicio de Google destacó que "Despacito" es el video más visto del año y de toda su historia



YouTube resume todos los años con un pintoresco video. (Foto: captura de YouTube)



Si compró una PLAYSTATION 3 el 1 de abril de 2010 o antes de esta fecha, es posible que se vea afectado por un acuerdo de demanda colectiva.

LAS MÁS LEÍDAS

**Llegó a Iquitos como turista y se quedó para limpiar el río Itaya**

 **MeriStation**

  TUMS Chewy Bites — FAST RELIEF IN EVERY BITE™ — SAVE NOW — gsk Consumer Healthcare

MeriStation / Juegos / Captain Tsubasa: Dream Team (AND) / Vídeos / Captain Tsubasa: Dream Team - Gameplay e impresiones

# CAPTAIN TSUBASA: DREAM TEAM (AND)

AND, IPD, IPH

FICHA   NOTICIAS   **VÍDEOS**   IMÁGENES

## Captain Tsubasa: Dream Team - Gameplay e impresiones

Salva Fernández 06 de Diciembre, 2017   AND IPD IPH Vídeo Reportaje

Ya hemos probado en profundidad como funciona el título de Campeones. Se vienen Oliver, Benji y los demás.

publicidad

 Si compró una PLAYSTATION 3 el 1 de abril de 2010 o antes de esta fecha, es posible que se vea afectado por un acuerdo de demanda colectiva.

**1** comentarios

 f 0    0    g 0   



AND   IPD   IPH



Captain Tsubasa: Dream Team (AND)

| | | |
|---|---|---|
| NOTA MERI | USUARIOS | TU NOTA |
| -- | -- | **Votar** |
| SIN NOTA | | |
| Plataforma | AND | |
| También en | IPD, IPH | |
| Lanzamiento | España: 06/12/2017 | |
| Developer | Klab Games | |





Exhibit F



**PR Newswire**

# If You Purchased A Sony "Fat" PlayStation® 3 Computer Entertainment Console Between November 1, 2006 And April 1, 2010, A Class Action Settlement May Affect You  English ▾

NEWS PROVIDED BY
**Hausfeld LLP →**
Dec 06, 2017, 08:00 ET

WASHINGTON, Dec. 6, 2017 /PRNewswire/ -- The following statement is being issued by Hausfeld LLP regarding the *In re Sony PS3 "Other OS" Litigation* described below.

The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation,* United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3

computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you:  (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3.**  Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted.  The deadline for submitting claim forms to the Settlement Administrator is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, and/or PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA.  All exclusion requests and objections must be submitted to the Settlement Administrator by **April 15, 2018**.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit; however, if your mailing or email address has changed since you submitted your claim, you must update your address with the Settlement Administrator.  To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit: **www.OtherOSsettlement.com** for more information.  The Settlement Administrator is Garden City Group and can be reached at:

**Sony PS3 Other OS Litigation**

**c/o GCG**

**P.O. Box 10312**

**Dublin, OH 43017-5912**

**1-855-720-1264** 

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

SOURCE Hausfeld LLP



**PR Newswire**

# Si usted compró una consola Sony "Fat" PlayStation® 3 Computer Entertainment entre el 1 de noviembre de 2006 y el 1 de abril de 2010, podría estar afectado por un acuerdo de demanda colectiva

USA - español ▾

NEWS PROVIDED BY
**Hausfeld LLP** ➞
Dec 06, 2017, 11:22 ET

WASHINGTON, 6 de diciembre de 2017 /PRNewswire-HISPANIC PR WIRE/ -- La siguiente declaración se emite por parte de Hausfeld LLP en relación con el litigio *In re Sony PS3 "Other OS"* que se describe a continuación.

El único propósito de este aviso es informar sobre el acuerdo para que usted pueda decidir qué hacer.

Se ha llegado a una propuesta de acuerdo en la demanda judicial colectiva nacional *In re Sony PS3 "Other OS" Litigation,* Tribunal de Distrito de los Estados Unidos para el Distrito del Norte de California, Caso No. C-10-1811

(YGR). Esta demanda rechaza la decisión de inhabilitar la función Other OS de las consolas de entretenimiento "Fat" PS3 hasta la Actualización de Firmware 3.21, lanzada el 1 de abril de 2010. Las consolas "Fat" PS3 se fabricaban con la capacidad de instalar un sistema operativo Linux como alternativa al sistema operativo para juegos. La parte acusada es Sony Computer Entertainment America LLC ("SCEA") (ahora conocida como Sony Interactive Entertainment America LLC), y rechaza todas las acusaciones.

Si el acuerdo se aprueba y usted es miembro de la demanda colectiva, puede ser elegible para presentar una reclamación de beneficios. Usted es miembro de la demanda colectiva si compró una Fat PS3 entre el 1 de noviembre de 2016 y el 1 de abril de 2010 a un minorista autorizado para uso familiar, personal y/o doméstico, y si: 1) usó la función **Other OS**; 2) conocía la función **Other OS**; o 3) asevera o cree que perdió valor o la funcionalidad deseada o se vio de algún modo perjudicado como consecuencia de la **Actualización de Firmware 3.21** y/o la desactivación de la función **Other OS** en la **Fat PS3.** Los miembros de la demanda serán elegibles para recibir un pago en efectivo de hasta US$ 65 por reclamación legítima, y el monto exacto dependerá de la cantidad de reclamaciones legítimas que se presenten. El plazo para presentar formularios de reclamación ante el Administrador del Acuerdo vence el 15 de abril de 2018. Los formularios de reclamación están disponibles en el sitio web del Acuerdo o pueden obtenerse llamando al Administrador del Acuerdo.

Usted puede decidir excluirse del acuerdo enviando su nombre, dirección, número de serie de la PS3, y/o identificación (ID) de inicio de sesión en PlayStation Network y/o ID de PlayStation Network Online, junto con una declaración de que desea ser excluido dirigida al Administrador del Acuerdo, a la dirección de abajo. Si usted se excluye, no recibirá nada, pero conservará su derecho a litigar. También puede ser objeto del Acuerdo con la opción de presentarse en la audiencia de aprobación final con su propio abogado, pagado por usted mismo. Si usted no hace nada ni objeta el

acuerdo, estará sujeto a sus términos y condiciones, y no podrá demandar a SCEA más adelante. Todas las solicitudes de exclusión y objeciones deben enviarse al Administrador del Acuerdo antes del **15 de abril de 2018**.

Si usted presentó una reclamación ante el Administrador del Acuerdo por un beneficio bajo el acuerdo previo propuesto del litigio de demanda de clase arriba mencionado, no necesita volver a presentarla; no obstante, si su envío o dirección de correo electrónico ha cambiado desde que presentó la reclamación, debe actualizar su dirección ante el Administrador del Acuerdo. Para verificar el estado de su reclamación anterior, póngase en contacto con el Administrador del Acuerdo.

Para más información, comuníquese con el Administrador del Acuerdo en la dirección de abajo o visite **www.OtherOSsettlement.com**. El Administrador del Acuerdo es Garden City Group y se lo puede encontrar en:



**Sony PS3 Other OS Litigation**

**c/o GCG**

**P.O. Box 10312**

**Dublin, OH 43017-5912**

**1-855-720-1264** 

**POR FAVOR, NO SE COMUNIQUE CON SCEA O EL TRIBUNAL PARA SOLICITAR INFORMACIÓN**

FUENTE Hausfeld LLP

SOURCE Hausfeld LLP

Exhibit G

# Clash

Continued from Page 1C

wondering if his mechanics have been compromised — especially if he's nursing his plant foot.

Against Miami on Monday, he missed several throws he would normally complete with ease. More specifically, Brady short-armed passes to the sideline or deep parts of the field. Both of his interceptions were underthrown. When asked afterward whether the problem was physical or mechanical, Brady said: "I think it's a little of everything."

**2. Receivers need to step up**

Tight end Rob Gronkowski's one-game suspension, levied for a dirty hit at Buffalo in Week 13, further crippled the passing attack.

Gronk will be back against the Steelers, but the loss to the Dolphins emphasized how limited the Patriot receivers are when the dominant tight end isn't drawing attention away from them. Brandin Cooks was targeted seven times Monday but caught just one ball. In fact, no wideout had a reception in the first half. The Patriots failed to convert all 11 of their third-down tries and gained a season-low 248 yards. New England appeared lost facing the relentless pass rush and disguised coverages the Dolphins utilized.

It's easier said than done, but if the Steelers can limit Gronkowski and pressure Brady like the Dolphins did, New England may lack the firepower — even if newly acquired Kenny Britt is active Sunday — to compete with Pittsburgh's high-scoring offense.

**3. Thin depth in front seven is ominous**

Injuries have decimated New England's front seven. Defensive end Trey Flowers (ribs) and linebacker Kyle Van Noy (calf) — and their combined 11 ½ sacks — were sorely missed in Miami. Making matters worse, defensive tackle Alan Branch (knee) was forced out Monday night. New England simply couldn't disrupt Jay Cutler before the Dolphins raced to a 17-point second-half lead.

"You're not going to be able to do as much with (backups) as guys that have done a lot of things against different teams, different situations, different looks," Patriots coach Bill Belichick said Tuesday in a rare moment of candor.

Steelers running back Le'Veon Bell leads the NFL with 1,684 yards from scrimmage and is the type of multi-purpose threat who can take advantage of mismatches posed by an injury-weakened unit.

**STEELERS**

**1. Mixed coverages**

During an interview with USA TODAY Sports in August, Steelers defensive coordinator Keith Butler was asked about his takeaways from last season's 36-17 loss to New England in the AFC title game. "I learned that we've got to play something else besides zone," he responded.

Brady dismantled the Pittsburgh defense, completing 76.2% of his throws


Patriots tight end Rob Gronkowski will return from a suspension to face the Steelers. TIMOTHY T. LUDWIG/USA TODAY SPORTS

for 384 yards and three scores, and a repeat performance would be no surprise if the Steelers rely on zone concepts again.

Butler speculated during training camp that Pittsburgh would "play a little bit more man-to-man" this year against the Patriots, which seems wise. Miami played a lot of single-high safety coverage with a linebacker playing zone in the middle of the field while cornerbacks were man-to-man on the outside.

The Steelers will get a boost if cornerback Joe Haden is ready to return from a broken fibula Sunday.

**2. Pittsburgh really misses Ryan Shazier**

There is probably no player more important to the defense than the uber-athletic inside linebacker. And the emotional loss of Shazier, who recently underwent spinal stabilization surgery after an awkward tackle at Cincinnati, can't be understated.

Schematically, the Pro Bowler normally chases running backs from sideline to sideline and monitors the short-to-intermediate space in the middle of the field on passing downs. His absence Sunday night against the Ravens was palpable. Baltimore entered the game ranked 30th in yards per game (288.5) and 18th in yards per carry (4.0) but gained 413 yards and averaged 5.8 yards per rush while Shazier watched from his hospital room.

Sean Spence and Arthur Moats are trying to fill the void, but as coach Mike Tomlin said Tuesday: "It's just not a

realistic discussion to talk about one guy replacing (Shazier)."

The Steelers may be forced to bring a safety into the box for run support. Doing that, however, will likely be an open invite for Brady to go to the air.

**3. Can Pittsburgh afford to play from behind?**

The AFC North champion Steelers have won eight in a row yet have needed a game-winning field goal from Chris Boswell inside the final minute over the past three weeks.

But it's not sustainable to continue surmounting substantial deficits at the wire — especially against veteran teams like the Patriots, who are 40-11 since 2001 following a loss.

Brady is 10-2 in his career against Pittsburgh and has won the last four by

compiling 13 touchdowns and zero interceptions. Even playing on the road, Brady and Co. have a mental edge on the Steelers.

But Pittsburgh may be able to neutralize that by jumping out to an early lead.

**PREDICTION**

Expect the Patriots to be hot early, but look for the Steelers to strike back in the second half. Lessons learned from recent failures against New England — combined with the Patriots' defensive injuries — give the Steelers a great chance, especially if Antonio Brown continues his MVP campaign with another huge performance. **> Steelers 28-26**

---

# #MeToo

Continued from Page 1C

er been greater in the wake of Alabama's stunning repudiation of Republican Senate candidate Roy Moore?

Actually, why do we have to imagine that? Why is it not real? Did the Modern Era committee consider Morris' behavior from 27 years ago? What about the "character clause" voters cite when not supporting a player connected to performance-enhancing drugs?

Alabama voters just used allegations of sexual misconduct by Moore with minors that date back 40 years — allegations that Moore has rigorously denied — to defeat him.

Minnesota Sen. Al Franken resigned last week over 11-year-old allegations of inappropriate sexual conduct. The allegations of sexual misconduct that have ruined the career of actor Kevin Spacey go back to 1983. The long list of allegations that ran movie executive Harvey Weinstein out of Hollywood and triggered criminal investigations in three cities dates back to 1980.

And on and on it goes. If the Modern Era committee is indeed from the Modern Era — as in the here and now — it should immediately reconsider Morris' selection. To not do so would be to entirely miss what's happening in this country.

These are extraordinary times. They'll be studied in the history books 100 years from now. How can the Baseball Hall of Fame remain untouched by

the most important current issue in American society? How is the Hall of Fame different from the U.S. Senate, Hollywood, the news media?

It's not, of course, even if the sports world has been glaringly missing from the #MeToo conversation so far. But that's changing.

On Tuesday, the NFL Network and ESPN suspended commentators Marshall Faulk, Heath Evans, Ike Taylor, Donovan McNabb and Eric Davis after allegations of sexual harassment by a former co-worker.

And then there's Peyton Manning and a 1996 sexual harassment allegation that has been in the news over the years, but certainly is worth reviewing now. While at Tennessee, Manning was accused of exposing his genitals to a female trainer, Jamie Naughright, as she worked on his foot in the football team's training room. A witness corroborated Naughright's version of events, and Manning and Naughright settled an initial lawsuit.

Then, inexplicably, Manning and his father, Archie, decided to go after Naughright in their football memoir, saying she had "a vulgar mouth," triggering a defamation lawsuit that also ended in a settlement.

Some might recoil at the notion of sifting through Manning's past now. To that, I'd simply ask why? These are historic times. Manning is a pitchman who remains entrenched in American culture.

Why should he — why should Morris — be treated any differently than all the others?

---

**LEGAL NOTICE**

## IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU

**The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation*, United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you: (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3**. Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted. The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA. All exclusion requests and objections must be submitted by **April 15, 2018**.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit. To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit: **www.OtherOSsettlement.com** for more information. The Settlement Administrator is:

**Sony PS3 Other OS Litigation**
**c/o GCG**
**P.O. Box 10312**
**Dublin, OH 43017-5912**

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

**www.OtherOSsettlement.com**

# Congress' spending bill may hinge on undocumented immigrants

## Dems insist on safeguards against deportations

**Alan Gomez**
USA TODAY

The fate of nearly 700,000 undocumented immigrants could blow up negotiations to keep the federal government running past this week.

The federal program that protects from deportation undocumented immigrants brought to the USA before age 16 could be a bargaining chip as Congress faces a deadline Friday to pass a spending bill.

President Trump said in September that he would end the Obama-era Deferred Action for Childhood Arrivals program March 5 if Congress didn't act.

Democrats insist that any year-end spending deal must include a solution for those undocumented immigrants, known as DREAMers, so they won't be deported. Though some Republicans agree, most say the question should be hammered out on its own, since Congress has more than two months before DACA shuts down.

DACA protects undocumented immigrants attending school or serving in the military who have not committed any serious crimes. They are granted work permits and deportation protection for two years, which can be renewed.

Members of both parties are trying to find a compromise, but a solution is far from certain.

### Options to save DREAMers

Members of both parties have filed a variety of bills that could be included in a spending deal. The main difference is how long DREAMers would have to wait before applying for citizenship.

Democrats prefer letting DACA enrollees become documented permanent residents able to apply for citizenship after five years.

One Republican proposed those in DACA should wait 10 years before they can become citizens, and another GOP lawmaker wants to push the wait time to 15 years. Another option would extend DACA for three years, but that measure would not include a pathway to citizenship.

### What do Republicans want?

Republicans have made clear that any DACA proposal needs to be part of a broader deal that gives something to opponents of illegal immigration.

The White House released a set of priorities in October that includes funding for a wall along the U.S. border with Mexico, plus more immigration agents, judges and jails. The Trump plan calls for all businesses to use E-Verify, which lets employers screen the immigration status of job applicants.

The White House wants to reduce the number of immigrants accepted into the USA, selecting people based on potential economic contributions rather than family relationships to U.S. citizens.

Other Republicans have been more lenient. "We all have empathy for these young people, who came to this country through no fault of their own," said Chuck Grassley, R-Iowa, chairman of the Senate Judiciary Committee.

Moderate Republicans, including Sen. Jeff Flake, R-Ariz., proposed a DACA fix in exchange for $1.6 billion in border security measures.

Hard-line immigration groups, such as NumbersUSA, have never endorsed a DACA deal. They want an end to "chain migration" — allowing U.S. citizens to sponsor extended family.

### What if Congress does nothing?

If Congress does nothing, the nearly 700,000 DACA enrollees will lose their protections.

Immigration and Customs Enforcement has said it would not target former DACA enrollees for arrest and deportation. The agency has arrested a higher percentage of undocumented immigrants without a criminal record since Trump took office.



Rep. Luis Gutierrez, D-Ill., second from left, joins demonstrators outside the Capitol on Dec. 6 in support of the Deferred Action for Childhood Arrivals (DACA) and Temporary Protected Status (TPS) programs. JOSE LUIS MAGANA/AP



The blaze caused an 11-hour outage at Hartsfield-Jackson International. AP

## Tunnel fire cut Atlanta's main and backup power supply

**Bart Jansen**
USA TODAY

The fire that knocked out the Atlanta airport's power for 11 hours Sunday erupted in a tunnel that housed both the main power lines and a backup supply, according to officials investigating the incident.

The cause of the fire beneath Hartsfield-Jackson Atlanta International Airport remains under investigation, which could take several days, Georgia Power CEO Paul Bowers said Monday.

But the fire was traced to a failed switchgear, equipment that regulates the flow of power, in a tunnel that carries seven power lines from two sources to the airport.

"This fire was located adjacent to the redundant circuit cables and switching mechanisms serving the airport and those cables were damaged, resulting in the outage and loss of redundant service methods," Georgia Power said.

Atlanta Mayor Kasim Reed said he had heard concerns about how the world's busiest airport didn't have a backup power supply.

It did, he said, but the cables ran through the same tunnel as the regular supply, and the intensity of the fire prevented fixing the cables faster.

There was "damage to two systems rather than one," Reed said.

LEGAL NOTICE



Irresistibly **lucrative.**

**Download our free app, now with virtual reality.**

Invest in expert financial advice, breaking news from Wall Street, and growing your financial future.

---

**IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU**

**The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation*, United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you: (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3**. Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted. The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA. All exclusion requests and objections must be submitted by **April 15, 2018.**

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit. To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit: **www.OtherOSsettlement.com** for more information. The Settlement Administrator is:

**Sony PS3 Other OS Litigation
c/o GCG
P.O. Box 10312
Dublin, OH 43017-5912**

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

**www.OtherOSsettlement.com**

## I am an American    We are One Nation

# YOUTHS INCARCERATED BUT INSPIRATIONAL

## Marginalized people have a lot to offer in changing systems, woman says

**David Waters**
Memphis Commercial Appeal
USA TODAY NETWORK

*Each week, this series has introduced you to an exceptional American who unites, rather than divides, our communities. To read more people profiled here and more average Americans who are doing exceptional things, visit onenation.usatoday.com.*

**What does it mean to you to be an American?**

When I think of being American, I think of shame, struggle and conflict within our country. I think of our country, our government, our identity that claims "American" to mean only the United States and our celebrated patriotic history of white supremacy, genocide and enslavement. And I think of the many people I know, admire and link arms with in fighting systemic racism, sexism, heterosexism, classism, anti-Semitism, ableism as well as other forms of oppression.

I think America is still struggling to accept all that it is, and I wonder what American would mean if we embraced Fannie Lou Hamer's quote, "Nobody's free until everybody's free."

**What moment touched and motivated you to launch this effort?**

I know the precise moment. For an hour, the chief jailer had been listening to 18 incarcerated youth share their insights regarding the causes of youth violence and then brainstorm their own solutions. Then the chief jailer spoke. He said to the group, "I have just learned things from you all that I never would have even thought about otherwise." It was in this moment that everyone in the room realized that not only do these young men have insightful knowledge, but also that their knowledge and insights are necessary to strengthen the systems that failed them.

**What gives you hope or what concerns you?**

The more I know, the more concerns I have and the more I realize how much needs to be done, if we hope to dismantle systemic oppression that causes so


JIM WEBER/MEMPHIS COMMERCIAL APPEAL

**MAHAL BURR**

**Location:** Memphis

**Age:** 27

**Profession:** Community organizer

**Mission:** To involve youth in solving systemic problems that affect their lives and futures

much brokenness in our country: youth being kicked out of schools into prisons; racial hatred and violence; sexual objectification, abuse and discrimination. All of these and more are supported by systems in our society, and we have the responsibility to dismantle them to build something better. What gives me hope is when people come together across experiences, age, socioeconomic class, race and even jails bars and begin listening, valuing and acting on their combined knowledge for a collective good.

**What do you hope to accomplish through your efforts?**

My hope is to create a mechanism by which we get the insight of firsthand experience at the table to crafting solutions to systems that are oppressing marginalized people in our society. Right now, those in charge of our government, jails, law enforcement and schools are like doctors who do not listen to the voices of their patients. In the words of one of the incarcerated young men as he spoke to the youth of our city, "We need solutions that include the insights and knowledge of people who have experienced the problem firsthand." In my dream world, we would expand the idea of Incarcerated Youth Speaking Out for Change across the country and begin a wave of stronger, more informed and more just government, jails, law enforcement and school systems.

## ONE NATION

### Nominate an American

Who are your American heroes? Share stories and nominees at onenation .usatoday.com or via email to onenation@usatoday.com or post a video submission to Twitter, Facebook or Instagram (no longer than 2 minutes, please) with the hashtags #IAmAnAmerican #WeAreOneNation.

# Recalls

Continued from Page 1A

including the Consumer Product Safety Commission.

If the FDA doesn't have authority, Gottlieb said, he will ask Congress for it.

The FDA has had the power to order recalls since 2011 but has rarely used it, said Sandra Eskin of the Pew Charitable Trusts' Safe Food Project.

Of the 30 recalls reviewed by the inspector general, 23 were Class 1 recalls, which report author George Nedder said means they could cause death and irreversible health problems such as kidney failure. The other seven were Class 2, which could cause reversible illnesses that could require up to months-long hospital stays, he said. Of those recalls, it took a median of 29 days and an average of 57 days for the recall to start after the FDA became aware of the hazardous condition.

One infant and two fetuses died in the recalls examined from October 2012 to May 2015, and multiple illnesses were reported.

The FDA relies primarily on voluntary recalls, which makes timeliness, oversight and its system of assessing risk crucial, said Nedder, an HHS assistant regional inspector general based in Boston. It is required to do "health hazard


Sandra
Eskin

George
Nedder

evaluations," which determine the severity of risk to the public.

How time matters:

❚ **Diet supplements.** Nutrex received a warning letter that a diet supplement was "adulterated" because it had an ingredient the FDA wasn't notified about. It took more than 10 months for the company to pull the product, and it gave out free samples for about eight months after the letter.

❚ **Cheese.** In a series of recalls of "cheese products" contaminated with a type of listeria, it was 81 days from the time the FDA learned of the adulterated food before Oasis Brands recalled it. During that time, the firm's owner, Christian Rivas, agreed to suspend manufacturing and temporarily halt distribution. Although he knew it tested positive for listeria, he had the food packaged and distributed. Rivas pleaded guilty to a felony and was sentenced to 15 months in prison.

❚ **Nut butter.** The FDA knew about salmonella in products sold by nSpired Natural Foods for more than five months before the firm agreed to a recall in August 2014. Consumers began getting ill in late 2012, but it wasn't until March 2014 that the FDA found samples were contaminated.

Though the FDA "upped their game," since last year, Eskin said, the report shows it "can go farther to better protect public health when it comes to recalls."

# Mueller

Continued from Page 1A

ing Dec. 13. The deputy attorney general cited the inquiry multiple times as the reason for declining to respond to lawmakers' questions about how the texts might affect the special counsel's investigation. "It is very encouraging to us that (Horowitz) is doing what I think is good, unbiased work," the chairman said.

Once it's completed, the inspector general's review could give opponents fodder to unleash fresh criticism of the FBI — which Trump has singled out in scathing rebukes since Mueller's indictment of former national security adviser Michael Flynn this month. Flynn, who pleaded guilty to lying to the FBI and pledged to cooperate with the special counsel, was the fourth Trump campaign official to be charged in the investigation into Russia's alleged interference in the 2016 election.

Chris Swecker, a former FBI assistant director, said the text communications unearthed by Horowitz handed leverage to attorneys representing current and possibly future defendants in the Mueller investigation, either in possible plea negotiations or at trial.

"Two star witnesses have been created for the defense," Swecker said, referring to Strzok and Page, whose communications could be introduced as evidence of an investigation biased against Trump.

Strzok was removed from the Russia investigation this summer after Mueller was informed of the communications in which the agent described Trump as an "idiot" while expressing a clear preference for Clinton. Page had completed her temporary assignment to the Russia inquiry and had returned to bureau headquarters when the texts were discovered.

Swecker said Mueller acted appropriately in dismissing Strzok but fears the damage has been done.

"I never heard anything related to politics come out of (Mueller's) mouth," Swecker said, referring to his experience working closely with the special counsel when he served as FBI director.

"But none of this is good for Mueller or his reputation for fairness," Swecker

"It is very encouraging to us that (Horowitz) is doing what I think is good, unbiased work."

**House Judiciary Committee Chairman Bob Goodlatte, R-Va.**

said. "Who knows what else the (inspector general) has?"

Mounting questions about the FBI's credibility — including Trump's jab that the bureau's reputation was in "tatters" — have landed hard at the agency.

Wray, who took over in September after Trump dismissed Comey, publicly defended the bureau's reputation in the wake of Trump's attacks. He was joined late Tuesday by the FBI Agents Association, whose members issued a rare, collective defense of their own.

"Attacks on our character and demeaning comments about the FBI will not deter agents from continuing to do what we have always done — dedicate our lives to protecting the American people," the group said in a statement.

### Corrections & Clarifications



USA TODAY is committed to accuracy. To reach us, contact Standards Editor Brent Jones at 800-872-7073 or e-mail accuracy@usatoday.com. Please indicate whether you're responding to content online or in the newspaper.

### USA TODAY

7950 Jones Branch Dr., McLean, Va. 22108, 703-854-3400
Published by Gannett, Volume 36, No. 71
(ISSN0734-7456)

**SUBSCRIPTIONS 1-800-USA-0001**
Monday – Friday, 8 a.m. – 7 p.m. ET

**Regular U.S. subscription rates:** $29 per month; $348 per year. For customer service-related inquiries, please contact Barb Smith, VP/Customer Service, PO BOX 650301, DALLAS TX 75265-0301, or fax 1-800-732-3631.

**Advertising:** All advertising published in USA TODAY is subject to the current rate card; copies available from the advertising department. USA TODAY may in its sole discretion edit, classify, reject or cancel at any time any advertising submitted.

**Classified:** 1-800-397-0070
**National, Regional:** 703-854-3400

**Reprint permission, copies of articles, glossy reprints:**
www.GannettReprints.com or call 212-221-9595

USA TODAY is a member of The Associated Press and subscribes to other news services. Published daily except Saturdays, Sundays and widely observed holidays. Periodicals postage paid at McLean, Va., and at additional mailing offices. USA TODAY, its logo and associated graphics are registered trademarks. All rights reserved.

**POSTMASTER:** Send address changes to USA TODAY, PO BOX 650301, DALLAS TX 75265-0301.

LEGAL NOTICE

**IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU**

**The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation*, United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you: (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat PS3**. Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted. The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA. All exclusion requests and objections must be submitted by **April 15, 2018**.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit. To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit: **www.OtherOSsettlement.com** for more information. The Settlement Administrator is:

**Sony PS3 Other OS Litigation**
**c/o GCG**
**P.O. Box 10312**
**Dublin, OH 43017-5912**

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

**www.OtherOSsettlement.com**

# iPhone battery fix just got easier

## Apple will make switch regardless of capacity

**Mike Snider**
USA TODAY

Apple may now swap any iPhone battery at its discounted $29 replacement price regardless of the battery's capacity, a more flexible stance than last week's offer to change batteries on older phones, according to two tweets.

This would be the latest concession to consumers since the tech giant acknowledged two weeks ago that some iPhones will operate more slowly due to a software fix to protect aging batteries. Apple says iPhone batteries are meant to retain 80% of their capacity for up to 500 complete recharge cycles.

Apple's initial olive branch to owners of iPhones with slowed responses was to say it would begin offering replacement batteries at a $50 discount to its usual $79 price later this month. Then, the company on Saturday said it would begin offering the discounted replacements immediately, noting that supply could be limited at the outset.

When a customer brings an iPhone into an Apple store citing slowness, an employee would typically run a diagnostic test on the phone. If the battery was operating at less than 80% of its original capacity and the phone was under warranty or covered by AppleCare+, the battery would be replaced for free.

Apple did not say whether a diagnostic test on iPhone batteries would be required when it announced the discounted battery replacement plan. But as part of the current situation, Apple is replacing batteries for eligible phones even if they pass a diagnostic test, according to website MacRumors. The Apple news site confirmed an internal memo to employees first reported by French tech site iGeneration. Apple did not respond to a request for comment Tuesday.

Many users could have smartphones operating at below 80% capacity, as the iPhone 6 debuted in September 2014, and the iPhone 6S arrived a year later. The iPhone 7 hit in September 2016.



Apple said it has been using software updates to help prolong the battery life in many of its older iPhones. AP

**Several lawsuits have been filed seeking class action status on behalf of all iPhone owners.**

The Cupertino, Calif.-based company said last week it has been using software updates to help prolong the life of batteries in the iPhone 6, 6 Plus, 6S, 6s Plus, SE, 7 and 7 Plus. The fix helped "avoid unexpected shutdowns" and protected the phones, Apple says, but also caused some phones to take longer to launch apps and do other functions.

Some consumers are taking Apple to court. Several lawsuits have been filed seeking class-action status on behalf of all iPhone owners and are likely to be consolidated into a single case if judges allow them to proceed.

Apple failed to properly disclose at the time that the company had breached an implied contract with consumers, one of the suits says, by "purposefully slowing down older iPhone models when new models came out and by failing to properly disclose that at the time the parties entered into an agreement."

# YouTube star faces backlash over video

## Logan Paul apologizes for showing suicide victim

**Eli Blumenthal**
USA TODAY

YouTube star Logan Paul apologized for posting a video showing an apparent suicide victim in Japan's "suicide forest," drawing condemnation for appearing to use the death for comic purposes.

The video, entitled "We saw a dead body in the Japanese Suicide Forest," featured Paul and several friends arriving to camp at the forest, officially known as Aokigahara. After the group ventured off the trail, they happen upon an apparent suicide victim hanging from a tree. Paul and company then decide to venture closer to the body, filming their reactions along the way. The video shows several close-ups of the victim's body, though the victim's face is blurred.

Paul warns viewers that the video is graphic and remarks that he thinks it is a "moment in YouTube history." He says suicide is "not the answer" before jokingly replying to an off-camera, apparently distraught friend, saying "What, you've never seen a dead guy before?"

Paul became a trending topic on Twitter late Monday night, with celebrities and other YouTubers joining others on the Internet criticizing him for even posting the video that jokes about suicide. It's the latest instance that Google-owned YouTube has taken heat for user-generated content that's popular with kids — and frequently makes its amateur creators money — but that has disturbing or adult themes. YouTube has vowed to crack down on videos that exploit children and to impose tighter filters for content that requires age restrictions.

The video was pulled from Paul's official YouTube channel but was re-uploaded by other users on the service.

In a statement Tuesday, YouTube said the video violated its Community Guideline policies and shared condolences to the family of the person who appeared in the video. "YouTube prohibits violent or gory content posted in a



Logan Paul, 22, is one of YouTube's biggest stars, reportedly earning $12.5 million last year.
FRAZER HARRISON/GETTY IMAGES

shocking, sensational or disrespectful manner," an excerpt of YouTube's statement reads. "If a video is graphic, it can only remain on the site when supported by appropriate educational or documentary information and in some cases it will be age-gated."

According to *New York* magazine, which saw the original video before it was pulled, the video garnered more than 6 million views in the 24 hours after it was published. The original video also apparently included information for the American Society for Suicide Prevention.

In a second apology posted to his channel Tuesday, Paul said he regrets posting the video. "There's a lot of things I should've done differently, but I didn't," he said. "And for that, from the bottom of my heart, I am sorry."

Paul, 22, rose to Internet fame using the now-defunct video sharing service Vine. He has transitioned to making videos on YouTube, where he is one of the site's biggest stars with more than 15 million subscribers and more than 3.9 million followers on Twitter. According to *Forbes*, he earned $12.5 million last year. Paul's videos, often of various pranks and outrageous stunts, frequently get several million views from his "Logang" fanbase.

In an apology posted to his Twitter account late Monday, Paul said he "never faced criticism like this before" and that he wanted to "raise awareness for suicide and suicide prevention."

LEGAL NOTICE

**IF YOU PURCHASED A SONY "FAT" PLAYSTATION® 3 COMPUTER ENTERTAINMENT CONSOLE BETWEEN NOVEMBER 1, 2006 AND APRIL 1, 2010, A CLASS ACTION SETTLEMENT MAY AFFECT YOU**

**The sole purpose of this notice is to inform you of the settlement so that you can decide what to do.**

A proposed settlement has been reached in the nationwide class action lawsuit, *In re Sony PS3 "Other OS" Litigation*, United States District Court, Northern District of California, Case No. C-10-1811 (YGR). This lawsuit challenges the decision to disable the Other OS functionality from "Fat" PS3 computer entertainment consoles through Firmware Update 3.21, released on April 1, 2010. "Fat" PS3 consoles were consoles manufactured with the ability to install a Linux operating system as an alternative to the game operating system. Sony Computer Entertainment America LLC ("SCEA") (n/k/a Sony Interactive Entertainment America LLC) is the defendant and denies all allegations.

If the settlement is approved and you are a Class Member, you may be eligible to submit a claim for benefits. You are a Class Member if you purchased a Fat PS3 between November 1, 2006 and April 1, 2010 from an authorized retailer for family, personal and/or household use and you: (1) used the **Other OS** functionality; (2) knew about the **Other OS** functionality; or (3) contend or believe that you lost value or desired functionality or were otherwise injured as a consequence of **Firmware Update 3.21** and/or the disablement of **Other OS** functionality in the **Fat** PS3. Class Members will be eligible to receive a cash payment up to $65 per valid claim, the exact amount of which will depend on how many valid claims are submitted. The deadline for submitting claim forms is April 15, 2018. Claim forms are available on the Settlement Website or may be obtained by calling the Settlement Administrator.

You may choose to exclude yourself from the settlement by sending your name, address, PS3 serial number, PlayStation Network Sign-In ID and/or PlayStation Network Online ID, along with a statement that you wish to be excluded to the Settlement Administrator at the address below. If you exclude yourself, you will not receive anything but will retain your right to sue. You may also object to the settlement with the option to appear at the final approval hearing with your own attorney at your cost. If you do nothing or object to the settlement, you will be bound by its terms and cannot later sue SCEA. All exclusion requests and objections must be submitted by **April 15, 2018**.

If you filed a claim with the Settlement Administrator for a benefit under the previous proposed settlement of the above-referenced class action litigation, you do not need to resubmit. To check on the status of your previous claim, please contact the Settlement Administrator.

Please contact the Settlement Administrator at the below address or visit: **www.OtherOSsettlement.com** for more information. The Settlement Administrator is:

**Sony PS3 Other OS Litigation
c/o GCG
P.O. Box 10312
Dublin, OH 43017-5912**

**PLEASE DO NOT CONTACT SCEA OR THE COURT FOR INFORMATION**

**www.OtherOSsettlement.com**

Exhibit H

In re Sony PS3 "Other OS" Litigation Settlement Administrator
c/o Garden City Group, LLC
P.O. Box 10312
Dublin, OH 43017-5912
info@otherOSsettlement.com


To whom it may concern:


I wish to exclude myself from the lawsuit entitled *In re Sony PS3 "Other OS" Litigation,* U.S. District Court, N.D. Cal., Case No. C-10-1811 (YGR). I understand that by excluding myself, I cannot object to the settlement. I also understand that I will receive no benefits from the settlement, I will not be legally bound by the "Release" and I will not be legally bound by anything that happens in this lawsuit, even if the Court finally approves the settlement. My required information is as follows:


Name:
Address:
If applicable, the name and address of any person claiming to be legally entitled to submit an exclusion request on your behalf and the basis for such entitlement:
Fat PS3 Serial Number:
PlayStation Network Sign-In ID:
PlayStation Network Online ID:


Sincerely,



Your Name
Date

# Exhibit I

| GCG ID | Name | City | State |
|---|---|---|---|
| 757B416031 | REGINALD FRANCIA | SAN JOSE | CA |
| 9F8C4BC115 | JAMES COHEN | PHILADELPHIA | PA |
| 0DCAD9FBBD | Alexander Geng | | |
| B96D2AA1A8 | SUNIL GOKLANI | | |
| 0EB8D634E6 | ERIC LASKEY | RIDGECREST | CA |
| 34BB64E22C | MYRON MASON | | |
| 298FCC3624 | Joshua Craine | PELZER | SC |
| P008364266 | MICHAEL SINISCALCHI | BRIMFIELD | MA |
| DEF1FA8AAA | BRIAN CLEMENS | BRISTOL | IN |
| 27EE73A0C1 | CHANDELOR ARMSTRONG | TOPEKA | KS |
| 836D608A24 | James Patrick Embrey | CARLISLE | PA |
| 64C236D7FC | Jeff Garcia | | |
| D26F8C0EA1 | Shane Burnett | | |
| D850E8D591 | Richard Helms | | |
| D19437CE47 | William Harold Alonso | | |
| D1085121C3 | Christopher Kendall | ELGIN | SC |
| 4AC09F9DBE | Stanley Su | MONTCLAIR | CA |
| BC93C3D69F | CLARK RENDON | PEKIN | IL |
| 35721B1CB0 | DARRELL WILLIS | RIALTO | CA |
| C0147F5574 | Oscar Cintronmarina | KILLEEN | TX |
| P008368666 | MICHEL GLEMAUD | KEW GARDENS | NY |
| 42B43291A0 | ROHIT CHOUDHARY | CHICAGO | IL |
| E1EF6569A0 | Damien Diehl | | |
| 781CE0B68F | TRION INGRAM | DALLAS | TX |
| 03E26B08B8 | ELIZABETH HERNANDEZ | WINNETKA | CA |
| 84A4F412A9 | MICHAEL NIZINSKI | YORK | PA |
| 22DC981594 | ALEXANDER KING | | |
| 94F79BE037 | Clark Bilorusky | NEWAR | CA |
| 3DB50E8DB3 | RYAN DONOVAN | ROSELLE | IL |
| 33A282EE99 | Luis Almanza | | |
| F6BBB76540 | ALEXANDER KING | BROKEN ARROW | OK |
| C174DE7550 | JONATHAN BIRCHFIELD | STATEN ISLAND | NY |
| 1100178434 | MAX OFORI | CLEVELAND | TN |
| D9600E3FB1 | ADAM WHYTE | | |
| B294CBDC11 | COREY KUKIS | BEAVERTON | OR |
| 1325CDE03B | Daniel Grossklaus | PLAINFIELD | IL |
| D39AE5C657 | Kevin Susa | CARSON | CA |
| 3711BC5EA5 | James LaFemina | STATEN ISLAND | NY |
| 668514EB8A | Adrian Bynum | | |
| F66E169F4E | JASON NEVILS | SELLERSBURG | IN |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on May 8, 2018 via the Court's CM/ECF system.

By: _/s/ Gordon M. Fauth, Jr._____
Gordon M. Fauth, Jr.