Kathleen Fisher (SBN 70838)
kfisher@calvofisher.com
Alexander M. Freeman (SBN 237811)
afreeman@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, California 94111
Telephone: (415) 373-8370
Facsimile: (415) 374-8373

*Class Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re SONY PS3 "OTHER OS" LITIGATION | Case No. 4:10-CV-01811-YGR |
|---|---|
| | **NOTICE OF APPEARANCE** |

1  Please take notice that the following attorney with Calvo Fisher & Jacob LLP, hereby enters his

2  appearance as counsel for Plaintiffs and the Class in this action:

3      Alexander M. Freeman
    Calvo Fisher & Jacob LLP
4      555 Montgomery Street, Suite 1155
    San Francisco, CA 94111
5      Tel: (415) 374-8370
6      Fax: (415) 3748373
    Email: afreeman@calvofisher.com
7

8  DATED: May 25, 2018      Respectfully submitted,
    *Class Counsel for Plaintiffs and the Class*
9
    **CALVO FISHER & JACOB LLP**
10

11      By: */s/ Alexander M. Freeman*
        Alexander M. Freeman
12

13      555 Montgomery Street, Suite 1155
    San Francisco, California 94111
14      Telephone: (415) 374-8370
    Facsimile: (415) 374-8373

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on May 25, 2018 via the Court's CM/ECF system.

                              */s/ Alexander M. Freeman*
                              Alexander M. Freeman