UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 5/29/18 | Time: 2:00pm-2:27pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 10-cv-01811-YGR | Case Name: In Re Sony PS3 "Other OS"Litigation | |

**Attorney for Plaintiff:** James Pizzirusso; Gordon Fauth and Alexander Freeman
**Attorney for Defendant:** Luann Sacks and Adrianna Rubino for Defendants.
Objectors Lindbergs: Grant Atkinson.

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Diane Skillman

### PROCEEDINGS

**Plaintiffs' Renewed Motion for Award of Attorney Fees, costs, and Incentive Awards [Dkt. No. 346]- HELD and SUBMITTED.**

**Plaintiffs' Renewed Motion For Final Approval of Class Action Settlement and Certification of Class [Dkt. no. 350]-HELD and SUBMITTED.**

**Objectors Eric and Susan Lindberg Motion for Attorney Fees, Costs and an Incentive Award [Dkt. no. 348]-HELD and SUBMITTED**.

Order to be prepared by: Court

**Notes:** Counsel to submit a WORD version of form of order to the proposed order email box. Court will require counsel to file a final accounting and will set a compliance calendar date for the filing.