UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: SONY PS3 "OTHER OS" LITIGATION

Docket No 10-1811 (YGR)

**FILED**
JUN -6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☒ OBJECTOR
☐ Plaintiff
☐ Defendant

Patrick S. Sweeney,
Pro Se Objector
**Name (Last, First, MI)**

**Address**  **City**  **State**  **Zip Code**

e-mail address: patrickshanesweeney@gmail.com

**Telephone Number**

Date: 3-2-18

Signature: Pat Sweeney, Pro Se

PATRICK S. SWEENEY, Pro Se