# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 16 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: SONY PS3 "OTHER OS" ) 
LITIGATION ) Case No. C-10-1811 (YGR)
)
)
)

## NOTICE OF APPEAL

**Patrick S. Sweeney, Pro Se**
2672 Mutchler Road
Madison, WI 54711
Phone: (424)-488-4383
Email:patrickshanesweeney@gmail.com

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from that certain Order Granting in Part Motion of Plaintiffs' Counsel for Attorneys' Fees, Costs, and Incentive Awards; Granting in Part Motion of Objector's Counsel for Attorneys' Fees (Dkt. # 359), that certain Order Granting Final Approval of Class Action Settlement; Setting Compliance Hearing Re: Final Report and Accounting (Dkt # 360) and that certain Final Judgment (Dkt # 361) each entered in this action on June 8, 2018.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: June 27, 2018

Respectfully Submitted,

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: (424)-488-4383
patrickshanesweeney@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018 10, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

Patrick S. Sweeney, Pro Se