UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 23 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In re: SONY PS3 "OTHER OS" )
LITIGATION ) Case No. C-10-1811 (YGR)
)
)
)
)

**PATRICK S. SWEENEY'S MOTION TO FILE OUT OF TIME NOTICE OF APPEAL PURSUANT TO RULE 4 (B)(1) F.R.A.P.**

COMES NOW, Pro Se objector Patrick S. Sweeney (the Appellant/Objector") and hereby moves this Honorable Court for permission to file an Out of Time Notice of Appeal (the "Motion). In Support of the Motion Appellant/Objector hereby states as follows:



## I. <u>BACKGROUND</u>

On June 8, 2018 this Court issued a Final Judgement in this case. Prior to that, on June 6, 2018 Appellant/Objector filed a Notice of Appearance in that he came to realize he was not being copied on activity in the docket. On June 28, 2018 Appellant/Objector mailed his Notice of Appeal (see Exhibit "A" attached hereto).

On or about July 12, 2018 Appellant/Objector Appellant/Objector received an email from Class Counsel James Pizzirusso. In the course of that conversation Appellant/Objector learned that his Notice of Appeal did not show as being filed on the PACER docket. After the conversation Appellant/Objector checked the PACER docket and it conformed Class Counsel's representation. Thereafter

Appellant/Objector search his file and other files for the envelope containing the Notice of Appeal searching to see if he was the problem and maybe mistakenly omitted to mail the document. He found nothing. The file for this case had a copy of the Notice of Appeal executed and the Certificate of Service showed that it was placed in the mail box on June 28, 2018. Over the weekend Appellant/Objector search his entire office and all open files but did not find the missing envelope. Appellant/Objector can only assume that either the U.S.P.S. did not deliver the envelope or it was lost after it was received by the Clerk's office.

Given that he hereby drafted and filed this Motion.

## II. ARGUMENT

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, federal courts have the authority to accept an out of time Notice of Appeal ("Notice") by granting a motion to allow the appellant to file the Notice out of time (i.e. late), if the court, finds that party shows excusable neglect or ***good cause***. Good caused has been found when it appears the U.S.P.S. did not deliver the Notice. Rule 4 (a) (5).

> Federal Rule of Appellate Procedure 4 reads: Upon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b). FED. R. APP. P. 4(b)(4). The Advisory Committee notes to the rule read: The good cause and excusable neglect standards have different domains. They are not interchangeable, and one is not inclusive of the other. The excusable neglect standard applies in situations in which there is fault; in such situations, the

need for an extension is usually occasioned by something within the control of the movant. The good cause standard applies in situations in which there is no fault – excusable or otherwise. In such situations, the need for an extension is usually occasioned by something that is not within the control of the movant. Thus, the good cause standard can apply to motions brought during the 30 days following the expiration of the original deadline. ***If, for example, the Postal Service fails to deliver a notice of appeal, a movant might have good cause to seek a post-expiration extension. It may be unfair to make such a movant prove that its "neglect" was excusable, given that the movant may not have been neglectful at all.*** Similarly, the excusable neglect standard can apply to motions brought prior to the expiration of the original deadline. For example, a movant may bring a pre-expiration motion for an extension of time when an error committed by the movant makes it unlikely that the movant will be able to meet the original deadline. Advisory committee notes. (Emphasis added).

### III. CONCLUSION

For the reasons set forth above, Appellant respectfully requests the Court allow the Appellant Objector additional time (5 days) to refile his Notice of Appeal.

Dated: July 16, 2018.

Respectfully submitted,

_____
Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383
patrickshanesweeney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I via First Class U.S. Mail, filed the foregoing with the Clerk of the Court for the United States District Court of Northern California. All participants who are in the case are registered CM/ECF user and therefore will be served by the appellate CM/ECF system. I have also served counsel of record via electronic mail.

July 17, 2018

Patrick S. Sweeney, Pro Se

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: SONY PS3 "OTHER OS")  
LITIGATION )     Case No. C-10-1811 (YGR)
)
)
)

## NOTICE OF APPEAL

**Patrick S. Sweeney, Pro Se**
2672 Mutchler Road
Madison, WI 54711
Phone: (424)-488-4383
Email:patrickshanesweeney@gmail.com

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from that certain Order Granting in Part Motion of Plaintiffs' Counsel for Attorneys' Fees, Costs, and Incentive Awards; Granting in Part Motion of Objector's Counsel for Attorneys' Fees (Dkt. # 359), that certain Order Granting Final Approval of Class Action Settlement; Setting Compliance Hearing Re: Final Report and Accounting (Dkt # 360) and that certain Final Judgment (Dkt # 361) each entered in this action on June 8, 2018.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: June 27, 2018

Respectfully Submitted,

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: (424)-488-4383
patrickshanesweeney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018 10, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

Patrick S. Sweeney, Pro Se