James Pizzirusso (*pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Kathleen V. Fisher (SBN 70838)
kfisher@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Gordon M. Fauth, Jr. (SBN 190280)
gfauth@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 374-0640

*Attorneys for Defendant*
*SONY COMPUTER*
*ENTERTAINMENT AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 4:10-CV-01811-YGR<br><br>**REPORT ON THE STATUS OF OBJECTOR PATRICK S. SWEENEY'S APPEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**REPORT ON THE STATUS OF OBJECTOR PATRICK S. SWEENEY'S APPEAL**

1. In its Order dated July 20, 2018 (*see* Dkt. 365), the Court ordered the Parties to submit to the Court, no later than August 31, 2018, either (1) a Final Report and Accounting of the settlement payments; or (2) an update on the status of the appeal by Patrick S. Sweeney. As Mr. Sweeney's appeal is still pending, the parties have not yet been able to distribute the settlement proceeds in this matter.

2. On August 10, 2018, Plaintiffs filed a motion to dismiss Mr. Sweeney's appeal: MOTION OF PLAINTIFFS-APPELLEES FOR SUMMARY DISPOSITION: TO DISMISS APPEAL FOR LACK OF APPELLATE JURISDICTION, OR IN THE ALTERNATIVE FOR SUMMARY AFFIRMANCE (Case: 18-16390, Dkt. Entry: 2-1). Mr. Sweeney's response was due August 20, 2018. He did not respond.

3. On August 14, 2018, the Ninth Circuit Court of Appeals ordered Mr. Sweeney to pay the $505.00 filing and docketing fees for his appeal or file a motion to proceed in forma pauperis within 21 days. His deadline to file is September 4, 2018 and he has not yet filed as of the date of this submission.

4. In light of the above, the Parties request that the Compliance Hearing set for September 7, 2018 be continued for 30 days to allow time for the appellate court to resolve Plaintiffs' Motion for Summary Disposition.

Dated: August 31, 2018                    SACKS, RICKETTS & CASE LLP

                                          By: */s/ Luanne Sacks*
                                              LUANNE SACKS
                                              Attorneys for Defendant
                                              SONY COMPUTER ENTERTAINMENT
                                              AMERICA LLC (n/k/a Sony Interactive
                                              Entertainment America. LLC)

Dated: August 31, 2018                    HAUSFELD LLP

                                          By: */s/ James Pizzirusso*
                                              JAMES PIZZIRUSSO
                                              Co-Lead Counsel and Counsel for Plaintiffs
                                              ANTHONY VENTURA, JONATHAN
                                              HUBER, JASON BAKER, JAMES GIRARDI
                                              and DERRICK ALBA

**Filer's Attestation**

I, Luanne Sacks, am the ECF user whose identification and password are being used to file this REPORT ON THE STATUS OF OBJECTOR PATRICK S. SWEENEY'S APPEAL. In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

Dated: August 31, 2018                    By: */s/ Luanne Sacks*