James Pizzirusso (*pro hac vice*)
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Kathleen V. Fisher (SBN 70838)
kfisher@calvofisher.com
**CALVO FISHER & JACOB LLP**
555 Montgomery Street, Suite 1155
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Gordon M. Fauth, Jr. (SBN 190280)
gfauth@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (510) 238-9610
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Interim Co-Lead Counsel for Plaintiffs*

Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 374-0640

*Attorneys for Defendant*
*SONY COMPUTER*
*ENTERTAINMENT AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | CASE NO. 4:10-CV-01811-YGR<br><br>**FINAL REPORT AND ACCOUNTING RE: CLASS ACTION SETTLEMENT**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

**FINAL STATUS REPORT**

1. In its Order dated June 8, 2018 (*see* Dkt. 360) granting Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (the "Renewed Final Approval Motion"), the Court ordered the Parties to submit to the court a Final Report and Accounting of the settlement payments by July 23, 2018, and set an initial Compliance Hearing on the Final Report and Accounting on August 3, 2018, at 2:01 p.m. in Courtroom 1, 4th Floor, Oakland.

2. After Mr. Patrick S. Sweeney sought to appeal Final Approval of the Settlement, the Court agreed with the parties' request to continue the deadline for a status report which was ultimately extended to October 5, 2018 (*see* Docket 374).

3. On August 14, 2018, the Court of Appeals ordered Mr. Sweeney to pay filing and docketing fees or a motion to proceed *in forma pauperis* within 21 days in order to pursue his appeal. (*See* Docket 372). Plaintiffs also filed a Motion to Strike Mr. Sweeney's Notice of Appeal in the Court of Appeals as he was not a class member, did not object, and did not have standing to appeal. Mr. Sweeney did not respond to the Court's Order, did not file an opposition to Plaintiffs' Motion, and has not responded to multiple emails from Plaintiffs' Counsel.

4. On September 10, 2018, the Court of Appeals dismissed Mr. Sweeney's appeal for failure to prosecute. Further, the Court directed that 21 days after the date of the dismissal, the Court's Order shall "act as the mandate of this court as to [Mr. Sweeney's] Notice of Appeal." (*See* Docket 375). Thus, as of October 1, 2018, Mr. Sweeney's appeal is dismissed and the parties are ready to distribute the settlement proceeds.

**FINAL ACCOUNTING**

5. The claims administrator in the case (Epiq, formerly known as Garden City Group), has provided an accounting of the settlement fund as follows:

| | |
|---|---|
| **Total Fund Amount** | $3,750,000.00 |
| **Attorney Fees and Expenses** | $1,250,000.00 |
| **Class Representative Service Payments ($3,500 for each Class Representative)** | $17,500.00 |
| **Notice and Administrative Fees and Expenses** | $495,000.00 |

| **Funds Remaining for Distribution** | $1,987,500.00 |
|---|---|
| **Verified Claim Count** | 197,244 |
| **Individual Award Amount** | $10.07 |

Thus, the amount expected to be distributed to the class is $1,987,500.00 which will result in payments of $10.07 to each eligible class member. This is based on anticipated fees and expenses for Notice and Administration totaling $495,000.00.  The anticipated fee and expense figure is inclusive of all invoices to date for this settlement ($291,698.96), Epiq's pre-bill invoice ($116,373.96) for check printing and postage, and also accounts for additional mail handling (returned mail, reissues, etc.) and the expected class member communications that will result from a distribution this size.  Aside from hard costs like check and postage, Epiq has made efforts to reasonably estimate communications levels going forward and through administration completion and believes that the remainder (approximately $88,000) should be sufficient.  If it is not, the parties may seek additional guidance from the Court.  Epiq expects to be able to distribute funds by early November as it will take approximately four weeks to prepare and print the checks once there is a mailing date.

Dated:  October 5, 2018                SACKS, RICKETTS & CASE LLP

                                       By: /s/ Luanne Sacks
                                           LUANNE SACKS
                                           Attorneys for Defendant
                                           SONY COMPUTER ENTERTAINMENT
                                           AMERICA LLC (n/k/a Sony Interactive
                                           Entertainment America. LLC)

Dated:  October 5, 2018                HAUSFELD LLP

                                       By: /s/ James Pizzirusso
                                           JAMES PIZZIRUSSO
                                           Interim Co-Lead Counsel and Counsel for
                                           Plaintiffs ANTHONY VENTURA,
                                           JONATHAN HUBER, JASON BAKER,
                                           JAMES GIRARDI and DERRICK ALBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Filer's Attestation**

I, James Pizzirusso, am the ECF user whose identification and password are being used to file this Final Report and Accounting Re: Class Action Settlement. In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

Dated: October 5, 2018                    By: James Pizzirusso