UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SONY PS3 "OTHER OS" LITIGATION | Case No. 10-cv-01811-YGR <br><br> **ORDER VACATING HEARING ON MOTION FOR CY PRES DISTRIBUTION** <br><br> Dkt. No. 380 |

    Presently before the Court is the motion of plaintiffs Derrick Alba, et al., for disbursement for *cy pres* distribution of residual settlement funds (Dkt. No. 380).  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion appropriate for decision without oral argument.  Accordingly, the Court **VACATES** the hearing set for July 16, 2019, at 2:00 p.m.  The Court will issue an order.

    **IT IS SO ORDERED.**

Dated: July 9, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**