UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SONY PS3 "OTHER OS" LITIGATION** | Case No. 10-cv-01811-YGR<br><br>**ORDER DIRECTING SUBMISSION OF SUPPLEMENTAL DECLARATION REGARDING MOTION FOR CY PRES DISTRIBUTION**<br><br>Dkt. No. 380 |

Presently before the Court is the motion of plaintiffs Derrick Alba, et al., for disbursement for *cy pres* distribution of residual settlement funds (Dkt. No. 380). The motion indicates that nearly one-third of the total disbursement to class members remains because some 53,724 class members did not cash the checks mailed to them.

The Court is considering the propriety of ordering a second distribution to those class members who cashed the checks sent them in the origination distribution. The declaration of James Page, Project Manager for Epiq Class Action & Claims Solutions, Inc. does not provide sufficient explanation of the estimated additional $160,000 in administrative costs for a second distribution to the individuals with Valid Claims who cashed their initial checks.

The Court **DIRECTS** plaintiffs to submit a supplemental declaration of James Page, or other person with knowledge, to explain the basis for the estimate and whether other, more cost-effective options, such as electronic distribution based on the information provided by class members who submitted claims, could be used to distribute the remaining settlement funds. Plaintiffs are directed to submit the supplemental declaration no later than **July 26, 2019**.

**IT IS SO ORDERED.**

Dated: July 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**