# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONY PS3 "OTHER OS" LITIGATION | Case No. 4:10-cv-01811-YGR<br><br>**SUPPLEMENTAL DECLARATION OF JAMES PAGE REGARDING SETTLEMENT DISTRIBUTION** |

I, JAMES PAGE, declare and state as follows:

1. I am a Project Manager in Client Services for Epiq Class Action & Claims Solutions, Inc. The following statements are based on my personal knowledge and information provided by other experienced GCG employees working under my supervision and, if called on to do so, I could and would be competent to testify thereto.

2. Pursuant to the Court's Order Directing Submission of Supplemental Declaration Regarding Cy Pres Distribution ("Order Regarding Cy Pres"),[1] I submit this Declaration in order to advise the Parties and the Court regarding the anticipated administrative fees and expenses related to a potential second distribution to Valid Claimants who cashed their initial checks.

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them as set forth in the Settlement Agreement.

3. Epiq anticipates it will cost roughly $160,000.00 for a second distribution by mailed postcard checks, broken down as outlined below.

4. In order to facilitate dissemination of a second distribution of approximately 144,000 checks, including project management and check file preparation time, printing, and ongoing bank account reconciliations for cashed postcard checks, Epiq anticipates fees totaling approximately $43,000.00. After the supplemental wave of checks initially goes out, Epiq anticipates post-distribution fees and expenses of approximately $4,802.40 for handling undeliverable checks and remails for approximately 3% of the redistribution population. Additionally, Epiq anticipates combined postage costs for the check distribution and any potential remails to total approximately $73,395.00.

5. Under the assumption that Epiq will maintain an IVR through completion of the redistribution campaign, Epiq anticipates approximately $11,642.50 in fees and expenses related to class member communications. This includes approximately 3,250 minutes worth of calls to the recorded toll-free telephone number, approximately 2,750 minutes worth of calls to live agents, and additional time spent responding to inquires sent by mail or email.

6. Epiq anticipates approximately $6,000.00 in fees related to Project Management, Quality Assurance, and IT Programming time.

7. Lastly, Epiq anticipates that keeping the project open for the additional time needed for a second distribution, potentially up to 8 months, will result in $20,849.09 in additional fees and expenses related to maintaining the Settlement Website, maintaining the Settlement P.O. Box, and additional electronic and physical storage costs.

8. Pursuant to the Order Regarding Cy Pres, Epiq has also investigated the potential fees and expenses for a second distribution using PayPal, rather than paper checks. Epiq currently

believes this payment delivery method would likely be a more expensive option, costing roughly $180,000.00, due to higher anticipated administrative expenses as broken down below.

9. Epiq anticipates distribution expenses for a second distribution by PayPal, including preparation time, PayPal fees for each payment, and bank fees to total approximately $72,843.90. Because Class Members were not asked on their Claim Form to provide an email address that would specifically allow for PayPal-based electronic payments, Epiq anticipates as many as half of attempted payments by PayPal may not be successfully claimed by Class Members within PayPal's 30-day claiming period. Epiq would then expect to provide payment by paper check for the second distribution to those Class Members that were unable to receive their payment by PayPal.

10. Epiq anticipates expenses for a second distribution by checks to Class Members unable to receive funds by PayPal (including preparation time, printing, and bank fees) to total approximately $17,942.75. Epiq anticipates fees and expenses for handling any undeliverable checks or remails of approximately $2,385.85. Additionally, Epiq anticipates postage costs for a check distribution and any remails to total approximately $36,673.00.

11. Epiq anticipates approximately $17,615.00 in fees and expenses related to class member communications in the event of a second distribution by PayPal. This includes approximately 5,250 minutes worth of calls to the recorded toll-free telephone number, approximately 4,000 minutes worth of calls to live agents, as well as additional time spent responding to inquires sent by mail or email. Epiq anticipates a second distribution by PayPal to result in increased class member communications due to potential confusion, as there were not references to any electronic distribution on the Claim Form.

12. Epiq anticipates approximately $9,750.00 in fees related to Project Management,
SUPPLEMENTAL DECLARATION OF JAMES PAGE
CASE NO. 10-01811-YGR

Quality Assurance and IT Programming time for a distribution by PayPal.

13. Lastly, as with a distribution by check only, Epiq anticipates that keeping the project open for the additional time needed for a second distribution will result in $20,849.09 in additional fees and expenses related to maintaining the Settlement Website, maintaining the Settlement P.O. Box, and additional electronic and physical storage costs

14. Cumulatively, Epiq anticipates the fees and expenses of a second distribution by PayPal would total $178,059.59. Under the assumptions outlined above, due to the potential higher administrative costs of attempting to disseminate payments using PayPal instead of checks, Epiq anticipates up to $0.13 less per payment being available to Class Members receiving a second distribution via PayPal.

15. Additionally, it is worth noting that checks of lower value and which are part of supplemental distributions typically experience lower cashing rates. Epiq currently anticipates that if a supplemental distribution occurs cashing rates for supplemental checks, which are expected to have a value under $3.00, will be lower than for the initial distribution of checks, where the check value was over $10. As compared to the initial check distribution, Epiq currently anticipates that a higher percentage of funds distributed through a supplemental distribution would likely remain unclaimed.

16. In the event the Court directs Epiq to undertake either of the redistribution options outlined above and Epiq's fees and expenses for a second distribution are ultimately lower than initially anticipated, Epiq anticipates that any unused funds would be available for the eventual *cy pres* payment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25th day of July 2019 in Seattle, Washington.

_____
James Page