UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SONY PS3 "OTHER OS" LITIGATION** | Case No. 10-cv-01811-YGR<br><br>**ORDER VACATING HEARING ON MOTION FOR ATTORNEYS' FEES BY OBJECTOR**<br><br>Dkt. No. 391 |

Presently before the Court is the motion of objector by Eric Michael Lindberg for Attorney Fees and an Incentive Award (Dkt. No. 391). Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for October 1, 2019, at 2:00 p.m. The Court will issue an order.

**IT IS SO ORDERED.**

Dated: September 27, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**