UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SONY PS3 "OTHER OS" LITIGATION** | Case No. 10-cv-01811-YGR |
| | **ORDER GRANTING IN PART MOTION FOR ATTORNEYS' FEES BY OBJECTOR SUSAN LINDBERG** |
| | Dkt. No. 391 |

The Court, having reviewed Objector Susan Lindberg's Motion for Attorneys' Fees, Costs, and an Incentive Award (Dkt. No. 391) and the opposition thereto, as well as the pleadings and other papers on file in this action, Orders that the Motion is **GRANTED IN PART** as set forth herein.

Objector Lindbergh's opposition to the motion to approve the *cy pres* distribution contributed to the Court's decision to order a second distribution of the residual funds to class members with valid claims. The Ninth Circuit has held that objectors who provide a material benefit to the class through their objections are entitled to fees as a matter of law. *Rodriguez v. Disner*, 688 F.3d 645, 658-59 (9th Cir. 2012) ("*Rodriguez II*").

1. The Court awards attorneys' fees in the amount of $9,300. The Court finds counsel's requested rate to be reasonable and finds that 25 hours is a reasonable amount of time to incurred in opposing the *cy pres* motion and arguing in support of a second distribution. The Court did not adopt the objector's reasoning on the issue of a different *cy pres* recipient, which objector could have raised at the time of the original approval motion, nor does the Court find additional hours of preparation or tracking to be reasonably necessary to the improved outcome for the class here.

2. The Court awards additional costs reasonably incurred in connection with the opposition to the cy pres motion in the amount of $106.42 for FedEx and Pacer fees. The Court does not find payment of travel expenses not actually incurred to be reasonable, even if the fees

were non-refundable airfare for a hearing that was cancelled one week prior to the hearing date.

3. The Court awards an additional incentive award to objector Susan Lindberg in the amount of $1,750 to bring her incentive award to one equal to the named plaintiffs in this action ($3,500) in recognition of the benefits her efforts have conferred upon the class.

The attorneys' fees, costs, and incentive award ordered herein shall be paid first, from any remaining residual funds after the payment process from the second distribution is complete and the settlement administrator has been paid reasonable administration costs. The Settlement Administrator shall pay the sum of **$11,156.42** to objector Lindbergh prior to making any *cy pres* payment. To the extent that the residual funds are insufficient to pay the total, any remaining amount shall be paid from class counsel's fee award.

**IT IS SO ORDERED.**

Dated: October 25, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**